# EXHIBIT 2

The Compound Houston' brings a flood of celebrities, big dollars to the Richmond strip | khou.com Houston                                           6/9/14 7:44 AM



**STANDS FOR HOUSTON**

## The Compound Houston' brings a flood of celebrities, big dollars to the Richmond strip



Photo credit: Indmix.com

by Nakia Cooper/ KHOU.com

khou.com

Posted on February 20, 2013 at 2:01 PM

Updated yesterday at 2:17 PM

HOUSTON — The nightlife along Houston's Richmond strip got an extra boost this weekend as celebrities and "celeb watchers" partied it up for All Star 2013. Partygoers packed "The Compound Houston" in hopes of catching a glimpse of stars like P Diddy, Nelly and Chris Brown. And guess what, they did!

AG Entertainment and D B Entertainment teamed up with LOC Marketing and Lisa "Queen of the Clubs" Rogers to bring the venue to town. For an admission fee, beginning at $75 pre-sale, attendees could mix and mingle or party it up VIP-style for a bit more.

It took a little more than a week to construct the 21,500 square foot tent in the 5800 block of Richmond Avenue and, once it was finished, it was "draped out" with black and red carpet, multiple levels and leather seating. When the doors opened, it was a "Who's Who" of hip hop, sports and entertainment.

Southern superstar rapper Jeezy hosted opening night, and rapper and "Apple Bottoms" founder Nelly hosted Saturday's event. For the grand finale, singer Chris Brown and rapper/actor/mogul "Diddy" were in the house to greet excited fans. Other celebs in attendance were Nas, Common, Kevin Durant, James Hardin, Akon, Andre Johnson, Christina Milian, Trina, Terrence J and Chrissy Lampkin from VH1's "Love and Hip Hop," just to name a few.

---

Check out the star-studded photos on Indmix.com

---

Rogers gave KHOU.com an **exclusive sneak peek of the massive party zone as it was being built** and welcomed us out on finale night. She expressed the importance of keeping the extra revenue right here at home.

"We tried to use all local promoters, businesses and street teams to keep the money in Houston," she said. "Basically, we just tried to keep everyone employed."

Rogers wanted to thank the hometown team who helped distribute flyers, sent email blasts and hit the streets spreading the word.

The three-day party had a few setbacks along the way, with traffic congestion and parking problems, but overall it was a success as thousands packed the house each night.

Surrounding businesses made extra money providing parking and nearby residents, some seen sitting in lawn chairs in their front yards, charged as much as $100 for allowing drivers to park on their properties.

# Party promoters turn events into hot tickets

Party promoters turning events into hot tickets

SHANNON BUGGS, Copyright 2004 Houston Chronicle
Published 06:30 a.m., Wednesday, January 28, 2004


**53-Year-Old Woman Looks 25**
Dermatologists are SCARED of...
Read More...


**Littleton Mom Turns $47 into $8,000**
We Investigated How...
Read More...


**Littleton: Super Fruit Diet...**
Our Reporter Exposes a Weight Loss Miracle. Her $5...
Read More...

They bet millions of dollars that they have the perfect mix of celebrities, ticket prices and phat locations to make their party the hottest event of Super Bowl week. They are the promoters.

Unlike party planners who spend budgets provided by companies and high-society doyennes, promoters put their own money on the line.

If they get it right, promoters recoup their investments, reap a healthy return and attract the attention of potential corporate sponsors.

And if they're local, they can parlay Super Bowl success into a reputation that lures crowds to future events here and in other cities.

"This will be the proving ground for us to take our party business to a national level," says Rob Wright, a co-owner of Houston-based R2 Entertainment and promoter of the Friday night party at the Pavilion mall on Post Oak.

The Big Game may be Sunday, but the supercharged contest to see who will reign as Party Champ starts tonight.

"The Super Bowl can take Houston, as far as promotions, to another level," says Madd Hatta, host of Radio One's 97.9 the Box's morning show. "Houston is already used to a certain amount of rubbing shoulders with music industry types. Now we're going to get to see some of those Hollywood people."

Most official Super Bowl parties this week are private, invitation-only soirees, such as Maxim and Playboy magazines' celebrity-magnet events. Or they are free street bashes, such as the downtown Main Event concert jams, where few, if any, boldfaced name personalities will be mixing and mingling with Houston's hoi polloi.

That leaves a fertile middle tier of partygoers willing to spend between $25 and $500 to attend parties where the rich and famous will be.

"When we come to town with a Super Bowl, we used to just compete with other sponsors for the best venues in town," says Houstonian Fontaine Swope, owner of ELI Marketing, who has planned corporate Super Bowl parties for 11 years. "Now all the best spaces are being booked by promoters, and I think that's brought a positive influence."

Getting big-name athletes and entertainers to attend a party takes more than sending them an invitation through their agents.

Some promoters use high school and college connections to pro athletes and entertainers to boost their events' star power.

But more often than not, promoters pay famous people to attend their parties. A-list celebrities command appearance fees of $50,000 to $200,000 from promoters who want to use their names and their presence to sell tickets.

"Naming rights and celebrity appearances is how the celebrities make their spending money for Super Bowl weekend," says Chad Mills, owner of UrbanThang.com, which sells electronic advertising to party promoters. "The outrageous door admission prices will more than cover the costs of paying the celebrities to attend the party and the rest of your costs."

Once celebrities agree to show up at a party, they then negotiate how long they will stay and at what cost, as well as the accommodations they require while in town.

"You got to spend money on Learjets to get them to the city, and security and ground transportation while they're here — and hotel rooms," says Deandre Byrd, Von-a-Don's founder and CEO.

His and President Yves Nau's goal for the 11 parties they are producing over six days of this week is to make back the "several million dollars" he's invested, plus 30 percent.

They also spread the risk around by taking on investment partners.

William Clay Fonvielle, host of the traveling First Fridays Houston happy hours, invested $100,000 into Von-A-Don's Super Bowl venture that includes celebrity-hosted parties at two venues Max's/8 Mile and Vision, the Houston version of Von-A-Don's celebrity-infested club in Atlanta.

"I've heard a lot of people saying they're putting their life savings on the line, buying Cristal and renting out clubs for this one weekend," Fonvielle says. "To me, this is really not the weekend to try to make yourself because even if you have $1 million to spend throwing a party, you have to have access to the celebrities to make it work."

Wright and business partner Rick Williams joined forces with Steven Rodgers of Bottom Line Productions to host on Friday the Celebrity Access party. A friend of a friend submitted their concept to a marketing executive at BET. The cable channel signed on as a sponsor and hooked the promoters up with celebrity publicists.

Lisa Rogers and Steve Rogers, no relation, owners of Tastemakers, are counting on long-standing relationships with Houston Texans and other NFL players to draw crowds to today's kickoff party it's hosting at the league's official party spot at the M Bar on Main Street.

Admission is $100. That's a big jump from the regular $20 average cost of getting into the Milkshake party.

But the fivefold increase includes an all-night open bar, hors d'oeuvres and a chance to see Jay Leno live doing the *Tonight Show* from the club.

"We're hoping to cover our expenses," Steve Rogers says, "and then take what we've done with

Milkshake and put it into a concept that we can sell to a liquor company or anyone else who wants to reach our demographic."

Promoters who plan parties for national sporting events tend to attract people from 21 to 40 who consider themselves urbanites, a loose term applied to all income levels of African-Americans, as well as multi-ethnic professionals who enjoy hip-hop and dance music.

To appeal to that broad spectrum, Von-A-Don will host 11 parties in six nights this week with hosts as disparate as L.L.Cool J. and Bone Crusher.

The mega-watt spotlight on Houston may do more than line the pockets of the promoters. It also could show visitors that this is a place where they can live, work and play.

"These national events showcase what a city has to offer," Von-A-Don's Nau says. "I came to Houston on a business trip and saw the opportunities. Now I live here with my wife and two kids."

**NFL Hats**
Shop for NFL Hats. 365 Day No Hassle Returns.
www.FootballFanatics.com

**$17 Wholesale Jerseys**
Shop All NFL/NHL/MLB teams Jerseys,Up 10pcs Free shipping
www.JerseysAll.com/NFL_Jerseys

**$79/HR Job - 288 Openings**
Make $79/hr Working From Home. Requirements: Computer.
www.jobsinsports.com/

Ads by Yahoo!

| CHRON.COM | City Brights | NEIGHBORHOODS | MARKETPLACE | LOCAL SERVICES | SERVICES |
|---|---|---|---|---|---|
| Home | Traffic | Aldine | Jobs | Air Conditioning Contractors in Houston | Help/Contact us |
| Houston & Texas | TOPICS | Alief | Homes | | Business directory |
| Nation & World | Small Business | Baytown | Cars | | Buy photos |
| Business | MomHouston.com | Bellaire | Coupons | | Legal notices |
| Sports | HoustonBelief.com | Clear Lake | Classifieds | Car Dealerships in Houston | Privacy policy |
| Entertainment | 29-95.com | Conroe | Place a classified ad | | Terms & Conditions |
| Life | | Cy-Fair | Place a retail ad | Cleaning Services in Houston | Employment opportunities |
| Corrections | | East End | OTHER EDITIONS | | Advertise with us |
| Blogs | | Fort Bend | Home Delivery | Family Doctors in Houston | Buy a banner ad |
| Weather | | Heights | iPad | | |
| | | Katy | iPhone | Furniture Stores in Houston | |
| | | Kingwood | Android Mobile | | |
| | | Lake Houston | RSS Feeds | Injury Attorneys in Houston | |
| | | Magnolia | e-Edition | | |
| | | Memorial | | New Car Dealer in Houston | |
| | | Montrose | | | |
| | | Pasadena | | | |
| | | Pearland | | | |
| | | Spring | | | |
| | | Tomball | | | |
| | | West U | | | |
| | | The Woodlands | | | |

hron.com/.../Party-promoters-turn-events-into-hot-tickets-1977924.php?c...                              3/

7/7/12     Party promoters turn events into hot tickets - Houston Chronicle

Real Estate Agents in Houston

Real Estate Attorneys in Houston

Restaurants in Houston

© 2012 Hearst Communications Inc.

**HEARST** *newspapers*

