# EXHIBIT 3







# KEVIN DURANT    2 CHAINZ    JAS PRINCE    DIDDY

   

DB ENT, BHG ENT & AG ENT PRESENT

## ALLSTAR WEEKEND
### CELEBRATION


@AYVA CENTER

**FRIDAY FEB. 15TH – SUNDAY FEB. 17TH**
9371 RICHMOND AVENUE HOUSTON, TX 77063

   

CARMELO ANTHONY    T.I.    JEEZY    TRINIDAD JAME$

       

CÎROC    LOLA    LOC    FEVER

HENNESSY PRESENTS

@ the Compound
ACROSS FROM ONYX

YOUR ALL-STAR MASTER OF CEREMONIES
KENNY BURNS

FRIDAY FEB. 15
LEBRON | JEEZY | D. WADE

SATURDAY FEB. 16
NELLY + FRIENDS

SUNDAY FEB. 17
DIDDY + FRIENDS

TABLE INFO 832.798.9465  @THE COMPOUND  5800 RICHMOND AVE, HOUSTON, TX 77057  ACROSS FROM ONYX















DB ENTERTAINMENT, BHG ENT., CHECKBE8T INT & AG ENTERTAINMENT, PRESENTS

# DIDDY+JEEZY+LEBRON
# JAMES HARDEN+LAZ ALONSO

## ALLSTAR WEEKEND
### THURS. FEB 14TH - SUN FEB. 17TH

@ the Drake
LUXURY OASIS TENT
1902 WASHINGTON AVENUE HOUSTON, TX 77007

**ALLSTARPARTIES2013.COM**

## TICKET LOCATIONS

**BIG THO'S SMOKE SHOP**
5909 (B) SCOTT ST 713.534.1594

**IT'S ON**
5085 WESTHEIMER RD 713.504.0323

**EXOTIC DIAMONDS**
5757 WESTHEIMER RD 713.783.6786

**JOHNNY DANG**
253 SHARPSTOWN CTR 713.777.2026

**KELES KLOSET**
5959 RICHMOND STE 230
(CORNER OF FOUNTAIN VIEW)
832.677.9262

**GEORGIO'S**
GREENSPOINT MALL
12300 NORTH FRWY
281.877.0505

**ALLSTARPARTIES2013.COM**
FOR INFO AND TABLE RESERVATIONS **CALL 713.534.1594**











