# EXHIBIT 4



House *of*

# COURVOISIER ®

COGNAC

## Houston National HOC

Overview:  Courvoisier Cognac presents The House of Courvoisier – a series of three tiered events allowing people across the nation to taste the luxurious lifestyle Courvoisier commands.  This event will consist of a live performance from a leading soul, jazz, or R&B singer, as well as dancing to one of the worlds top DJs.  As all of these _invitation-only_ events targeting each city's elite, guests of the House of Courvoisier are required to dress in an elite/upscale/chic manner – absolutely no t-shirts, sneakers, or baseball caps will be allowed.

### Venue Requirements

Venue:  Mantra/Club Ice
        711 Main Street
        Houston, TX  77022

Contact: Dandre Byrd
         713.227.1189 (office)
         832.347.6782 (cell)

Approximate attendance:  750 people

Rental Fee: $100,000 for two nights (Friday, February 17th and Saturday, February 18th)

Event Time:  9p – 2a
- We would prefer to begin setup on Thursday, December 16th
- We reserve the option to load-out the following day and/or store things for shipping the next day

Bar
- The bar will be serving Courvoisier (XO & VSOP), VOX, Pucker, etc. free throughout the duration of each night
- No unapproved liquor or liquor signage shall be displayed on the premises
- The venue cannot have a cash bar; however Mantra can sell top shelf Champagne by the bottle (as long as there is <u>no</u> signage)
- For all Courvoisier products there will be an option to buy back alcohol that will be paid for without markup by Courvoisier]
- Additional bar requirements will be further discussed at a later date

Lighting
- Courvoisier will work with the venue's recommended (preferred) lighting company and will arrange delivery, setup, and requirements through them
- All orders will be based on Mantra requirements – however they will include <u>at least</u> 5 leko lights that fit standard size B gobos

Sound
- Courvoisier will work with the venue's recommended (preferred) sound company and will arrange delivery, setup, and requirements through them
- All orders will be based on the artist and DJ rider – in addition to specific Mantra requirements

Staffing
- Mantra is responsible for providing security and bartenders
- Courvoisier is responsible for all additional staffing (door, etc.) in addition to staff uniforms, which must be worn by all staff members

Venue Décor
- Courvoisier reserves the right to add/remove décor for the said nights as they see fit at the expense of Courvoisier
- Club can keep capital improvements, but all rented furniture and props must be returned

Catering
- Must be upscale
- Can be outsourced, primary source of rental fee, or a combination – varies upon market
- Both passed and stationary (self serve buffet, carving station, and/or chef attended station) offering between 5-10 Hors D'oeuvres and 3-5 various desserts

Performances
- Courvoisier will be arranging the performance by one of the nations leading artist
- Any additional performances outside of this will be later discussed

Disc Jockey
- Courvoisier has contracted the legendary Biz Markie to DJ for this event

Other Requirements
- Entrance floors **must** be polished to a shine
- Venue is responsible for all general clean up after the event