# EXHIBIT 5













:: HOME :: COLLEGIATE :: URBAN NITELIFE :: PICTURES :: CONTACT US :: JOIN LIST ::

DB, AG, Loc Mktg present P.Diddy and Friends @ Avya 2-16-13

Page | **1** | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |



It was a movie in here!!!



10 o clock!!!



11:30 CRAZY!!!!



P Diddy in the building!!!





Carmelo Anthony!!!







indmix.com on Facebook

Page | **1** | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |



DB, AG, Loc Mktg present P.Diddy and Friends @ Avya 2-16-13

:: HOME :: COLLEGIATE :: URBAN NITELIFE :: PICTURES :: CONTACT US :: JOIN LIST ::

Copyright ©inDmix.com. All rights reserved.



## :: HOME :: COLLEGIATE :: URBAN NITELIFE :: PICTURES :: CONTACT US :: JOIN LIST ::

DB, AG, Loc Mktg present P.Diddy and Friends @ Avya 2-16-13

Page | 1 | **2** | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |



Crazy!!!



Chris Brown was in the building





:: HOME :: COLLEGIATE :: URBAN NITELIFE :: PICTURES :: CONTACT US :: JOIN LIST ::

DB, AG, Loc Mktg present P.Diddy and Friends @ Avya 2-16-13

Page | 1 | 2 | **3** | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |



JadaKiss











indmix.com on Facebook


Page | 1 | 2 | 3 | 4 | **5** | 6 | 7 | 8 | 9 | 10 | 11 | 12 |

DB, AG, Loc Mktg present P.Diddy and Friends @ Avya 2-16-13

## :: HOME :: COLLEGIATE :: URBAN NITELIFE :: PICTURES :: CONTACT US :: JOIN LIST ::

Copyright ©inDmix.com. All rights reserved.



:: HOME :: COLLEGIATE :: URBAN NITELIFE :: PICTURES :: CONTACT US :: JOIN LIST ::

DB, AG, Loc Mktg present P.Diddy and Friends @ Avya 2-16-13

Page | 1 | 2 | 3 | 4 | 5 | **6** | 7 | 8 | 9 | 10 | 11 | 12 |





:: HOME :: COLLEGIATE :: URBAN NITELIFE :: PICTURES :: CONTACT US :: JOIN LIST ::

DB, AG, Loc Mktg present P.Diddy and Friends @ Avya 2-16-13

Page | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | **11** | 12 |



Case 1:14-cr-00186-RDB   Document 29-5   Filed 06/10/14   Page 22 of 23



**Parties . People . Pictures . Places**



:: HOME :: COLLEGIATE :: URBAN NITELIFE :: PICTURES :: CONTACT US :: JOIN LIST ::

AG, DB, LOC MKTG present Jas Prince and Kevin Durant @ COMPOUND 2-15-13  

Page | **1** | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |



Houston if you havent went yet!!! Welcome to the COMPOUND



BEASTY!!!!

