# EXHIBIT 7

Received by DUNBAR ARMORED, INC., a private carrier,

from _____, consignor, the following shipments to be delivered to the respective consignees herein stated. It is agreed that all these packages are to be distinctively and securely sealed by the consignor and that DUNBAR ARMORED, INC., shall in no event be liable for any shortage claimed in any such package which is not so distinctively and securely sealed. Furthermore, DUNBAR ARMORED, INC., shall not be liable for more than the value as herein stated of any such package and, in no event, shall DUNBAR ARMORED, INC., be liable for an amount in excess of the liability assumed in the Service Agreement.

## CURRENCY/OTHER SHIPMENT PAGE

Shipper MUST Place Label on Corresponding Package

| BAG NUMBER | DESCRIPTION | AMOUNT | SIGNATURE | DATE | TIME | BARCODE # | BARCODE LABEL |
|---|---|---|---|---|---|---|---|
| 269139B | Cash | Cash | CF Christian Fernandez | 4/28/12 | 6:00 AM | W6584664 | W6584664 |
| 47600 bg | Cash | 0 | CF | | | W6584665 | |
| 269139z | Cash | 0 | CF | | | W6584666 | |
| " " | Cash | 170,000 | CF | | | W6584667 | |
| 269139l | Cash | | CF | | | W6584668 | |
| 26913989 | Cash | | CF | | | W6584669 | |
| | Cash | 50k | CF | 5/23 | 1225 | W6584670 | |
| | Cash 450k | | CF | 5/23 | 1224 | W6584671 | |
| | Cash 476,5p | | CF | 5/23 | 1224 | W6584672 | |
| | Cash 850k | | CF | 5/23 | 1224 | W6584673 | |
| | Cash 850k | | CF | 5/23 | 1224 | W6584674 | |
| | Cash 500k | | CF | | | W6584675 | W6584675 |