# EXHIBIT 8

Michael K. Jeanes, Clerk of Court<br>
*** Electronically Filed ***<br>
09/07/2012 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CR2012-006748-001 DT                           09/06/2012

HONORABLE JO LYNN GENTRY-LEWIS        CLERK OF THE COURT
                                       A. Beery
                                       Deputy

STATE OF ARIZONA                       ELIZABETH LOUISE REAMER

v.

RICHARD CHRISTOPHER BYRD (001)         BRIAN F RUSSO

                                       D & C MATERIALS-CSC
                                       DISPOSITION CLERK-CSC
                                       FINANCIAL SERVICES-CCC

DISMISSAL WITHOUT PREJUDICE

Upon motion by the State,

IT IS ORDERED dismissing this case as to this Defendant without prejudice, all in accordance with formal written Order signed by the Court on September 4, 2012.

IT IS FURTHER ORDERED exonerating bond posted in this matter.

IT IS FURTHER ORDERED granting Defendant's Motion to Seal.

IT IS THEREFORE ORDERED that Exhibit 1 to Defendant's Motion to Remand to the Grand Jury be filed under seal, not to be opened without further order of the court, all in accordance with formal written Order signed by the Court on September 4, 2012.

This case is eFiling eligible: http://www.clerkofcourt.maricopa.gov/efiling/default.asp. Attorneys are encouraged to review Supreme Court Administrative Order 2011-140 to determine their mandatory participation in eFiling through AZTurboCourt.