IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| VS. | * | CRIMINAL NO.: RDB-14-0186 |
| RICHARD BYRD, | * | |
| a/k/a "Robert Smith," | | |
| | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO SUPPRESS EVIDENCE SEIZED DURING THE SEARCH OF A VEHICLE IN FREDERICK COUNTY, MARYLAND ON SEPTEMBER 6, 2013

**Richard Byrd**, by and through his attorney, David R. Solomon, Esquire, hereby moves this Honorable Court to suppress all evidence seized as a result of the unlawful search of a vehicle on September 6, 2013. In support of this Motion, counsel states the following:

1) The Defendant has been charged by a Second Superseding Indictment with Conspiracy to Distribute and Possess with Intent to Distribute Cocaine and Marijuana in violation of 21 U.S.C., § 846; Conspiracy to Launder Money in violation of 18 U.S.C., § 1956(h); Forfeiture in violation of 17 U.S.C., § 982; and, 21 U.S.C., § 853(a)(1). Trial in this case is scheduled for September 12, 2016.

2) The Second Superseding Indictment stems, in part, from the execution of a vehicle search taking place in Frederick County, Maryland on September 6, 2013. Because the search of the vehicle was not based on probable cause, and because the officers were not entitled to rely on it in good faith, the search of the vehicle was invalid, and any evidence obtained as a result must be suppressed.

3) Because the search was not executed properly, any evidence or statement obtained as a result must be suppressed.

**WHEREFORE**, Mr. Byrd respectfully moves this Honorable Court to suppress any evidence obtained as a result of the unlawful search of a vehicle in Federick County, Maryland on September 6, 2013.

Respectfully submitted,

_____
DAVID R. SOLOMON, ESQ.
201 N. Charles Street, Suite 1717
Baltimore, Maryland 21021
Phone No.: 410-244-8822
Fax No.   : 410-625-1028
drsolomonlaw@gmail.com

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Fourth Amendment to the United States Constitution;

2. United States v. Leon, 468 U.S. 897 (1984);

3. California v. Greenwood, 486 U.S. 35 (1988);

4. United States v. Lalor, 996 F.2d 1578 (1993);

5. Whiteley v. Warden, Wyoming State Penitentiary, 401 U.S. 560, 564-65 (1971);

6. Lee v. State, 139 Md. App. 79 (2001);

7. Gould v. Davis, 165 F.3d 265 (4th Cir. 1998);

8. Wong Sun v. United States, 371 U.S. 471 (1963).

_____
DAVID R. SOLOMON, ESQ.

## REQUEST FOR HEARING

Pursuant to Rule 105.6 of the Local Rules of the United States District Court for the District of Maryland, the Defendant requests a hearing on this Motion.

_____
DAVID R. SOLOMON, ESQ.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 8th day of July, 2016, a copy of the foregoing Motion To Suppress Evidence Seized During The Search Of A Vehicle In Frederick County, Maryland on September 6, 2013 was filed via CM/ECF to James G. Warwick, Esquire and Kenneth S. Clark, Assistant United States Attorneys.

_____
DAVID R. SOLOMON, ESQ.