# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>12315 Queens River Drive, Houston, Texas  77044 | )<br>)<br>)<br>)<br>)<br>) | Case No. **H14-466 MJ** |

**Sealed**
Public and unofficial staff access
to this instrument are
prohibited by court order.

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Southern____ District of ____Texas____
*(identify the person or describe the property to be searched and give its location)*:

12315 Queens River Drive, Houston, Texas  77044. (See page 5 of the Affidavit)

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before   **May 22, 2014**   *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Frances Stacy_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  **2:10pm May 8, 2014**    _____/s/_____
                                                                                   *Judge's signature*

City and state:   Houston, Texas      Frances Stacy, United States Magistrate Judge
                                                                                   *Printed name and title*

RDB-14-0186

SW6-0025
BYRD-1718
BYRD-1718

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

| Return | | |
|---|---|---|
| Case No.: H14-466 MJ | Date and time warrant executed: | Copy of warrant and inventory left with: Kim Reid |
| Inventory made in the presence of: Kim Reid & Corey Williams | | |

Inventory of the property taken and name of any person(s) seized:

See Attached

United States Courts
Southern District of Texas
FILED
MAY 9 2014
David J. Bradley, Clerk of Court

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5-8-2014

_____
Executing officer's signature

Yassin Owen - TFO
Printed name and title

TRUE COPY I CERTIFY
ATTEST:
DAVID J. BRADLEY, Clerk of Court
By _____ Deputy Clerk

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
**RECEIPT FOR CASH OR OTHER ITEMS**

TO: (Name, Title, Address (including ZIP CODE), if applicable)
Corey Williams / Kim Reid

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE: 5-8-14

DIVISION/DISTRICT OFFICE
BDO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Laptop / iPad | Room B |
| 2 | Cell Phones | Room B |
| 3 | Documents | Room B |
| 4 | Documents | Room B |
| 5 | Micro Cassettes & USB | Room B |
| 6 | Cell Phone | Room A |
| 7 | Richard Byrd ID & Doc | Room A |
| 8 | Document - MD Indictment | Dining Room - Stool |
| 9 | ~~illegible~~ iPAD | Living Room - Stool |
| 10 | Photo | Kitchen Counter |
| 11 | Docs | Room C |
| 12 | Docs | Entertainment Room |
| 13 | Docs | Garage - Blue Box |
| 14 | Docs | Garage - Audi Trunk |
| 15 | Docs | Garage - Blue Box |
| 16 | Laptop | Entertainment Room |

RECEIVED BY (Signature): TFO K. Erner
NAME AND TITLE (Print or Type): K. Erner TFO (DEA)

WITNESSED BY (Signature):
NAME AND TITLE (Print or Type): Yassin Owen - TFO

FORM DEA-12 (8-02) Previous editions obsolete

Electronic Form Version Designed in JetForm 5.2 Version

RDB-14-0186

SW6-0027
BYRD-1720
BYRD-1720

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

Corey Williams / Kim Reid

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE: 5-8-14

DIVISION/DISTRICT OFFICE

BDO

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 17 | Cell Phone | Room C |

RECEIVED BY (Signature): TFO K. Erner

NAME AND TITLE (Print or Type): K. Erner TFO (DEA)

WITNESSED BY (Signature): [signature]

NAME AND TITLE (Print or Type): Yassin Owen TFO (DEA)

FORM DEA-12 (8-02) Previous editions obsolete

Electronic Form Version Designed in JetForm 5.2 Version

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
MAY 8 2014
David J. Bradley, Clerk of Court

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
12315 Queens River Drive, Houston, Texas 77044 )
)

Case No. H14-466 MJ

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
12315 Queens River Drive, Houston, Texas 77044. (See page 5 of the Affidavit)

located in the _____Southern_____ District of _____Texas_____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1956(h) | Conspiracy to Launder Money |

The application is based on these facts:
See attached Affidavit of Det. David Phillips

TRUE COPY I CERTIFY
ATTEST:
DAVID J. BRADLEY, Clerk of Court
By Kathleen Murphy
          Deputy Clerk

☒ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Det. David Phillips, DEA TFO
Printed name and title

Sworn to before me and signed in my presence.

Date: May 8, 2014

_____
Judge's signature

City and state: Houston, Texas

Frances Stacy, United States Magistrate Judge
Printed name and title

## ATTACHMENT B

A. Books, records, receipts, notes, ledgers and other papers relating to the transportation, ordering, purchasing and distribution of controlled substances, in particular, Heroin, Cocaine, and for records, images and items revealing relationships between organization members

B. Books, records, receipts, bank statements and records, passbooks, letters of credit, money orders and cashiers' checks, safe deposit keys, items of storage such as safes and lock boxes, international money wires/transfers and other items evidencing the obtaining, secreting, transfer, concealment and/or the expenditure of money.

C. Address and/or telephone books, any papers reflecting names, addresses, telephone numbers or pager numbers indicating relationships among the listed co-conspirators in the affidavit which are associated with the dealing of illegal controlled substances.

D. United States currency, precious metals, jewelry and financial instruments.

E. Photographs, in particular, photographs of co-conspirators, of assets, firearms and/or controlled substances.

F. Indicia of occupancy, residency, and ownership of the premises described in said affidavit, including, but not limited to, utility and telephone bills, canceled envelopes, and keys.

G. Cellular phones, and pagers or beepers.

H. GPS devices, GPS jamming devices and other electronic equipment designed for or utilized to conduct or counter surveillance methods utilized by law enforcement investigators.

I.  Computer equipment and related components such as, monitors, software, hardware, keyboards, CPU's, bulk information storage devices and peripherals, zip drives, compressed files storage devices, floppy disks, computer printouts any computerized electronic records relating to trafficking in controlled substances and any computerized or electronic records reflecting names, addresses and telephone numbers of persons participating in the violations listed in said affidavit. Diskettes, backup tapes, removable disk drives, CD-ROM disks.

J.  Travel records, including but not limited to: passports, visas, airline tickets, boarding passes, and airline ticket receipts.

### Addendum to Attachment B

This warrant authorizes the removal of computers and related media so that they may be searched in a secure environment. The search shall be conducted pursuant to the following protocol:

With respect to the search of any computers or electronic storage devices seized from the premises set forth in Attachment B hereto, the search procedure of electronic data contained in any such computer may include the following techniques (the following is a non-exclusive list, and the government may use other procedures that, like those listed below, minimize the review of information not within the list of items to be seized as set forth herein):

    a. examination of all the data contained in such computer hardware, computer software, and/or memory storage devices to determine whether that data falls within the items to be seized as set forth herein;

    b. searching for and attempting to recover any deleted, hidden, or encrypted data to determine whether that data falls within the list of items to be seized as set forth herein;

    c. physical examination of the storage device, including surveying various file directories and the individual files they contain to determine whether they include data falling within the list of items to be seized as set forth herein;

    d. opening or reading portions of files in order to determine whether their contents fall within the items to be seized as set forth herein;

    e. scanning storage areas to discover data falling within the list of items to be seized as set forth herein, to possibly recover any such deleted data, and to search for and recover files falling within the list of items to be seized; and/or

  f. performing key word searches through all electronic storage areas to determine whether occurrences of language contained in such storage areas exist that are likely to appear in the evidence described in Attachment B.

  The government will return any computers or electronic storage devices, but not the forensic image made pursuant to this warrant, seized from the premises described in Attachment B hereto within 30 days of the completion of the search as described in this protocol, unless contraband is found on the seized computer and/or electronic storage device; the computer/and or electronic storage device is subject to forfeiture, or the court orders otherwise.