IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | Criminal No.: RDB-14-186 |
| RICHARD BYRD | * |

* * * * * * * * * * * * *

## REPORT AND RECOMMENDATION

This matter was referred to the undersigned to conduct an attorney inquiry hearing after the defendant requested new appointed counsel by letter to Judge Bennett dated July 21, 2016. (ECF No. 318.) The court conducted two sealed hearings today to address this matter. (ECF Nos. 341, 342.) For the reasons stated on the record, I hereby recommend that:

1. David R. Solomon, Esq. be stricken as counsel for defendant Richard Byrd in the above-captioned matter;

2. Pursuant to the Criminal Justice Act, new counsel be appointed to represent defendant in this case.

Date:   September 1, 2016

Beth P. Gesner
United States Magistrate Judge