IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
2016 SEP -2  AM 9: 45

CLERK'S OFFICE
AT BALTIMORE

DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal Action No. RDB-14-0186 |
| RICHARD BYRD, | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons set forth on the record, IT IS HEREBY ORDERED this 1st day of September, 2016 that the REPORT and RECOMMENDATION of United States Magistrate Judge Beth P. Gesner on this date is ADOPTED and;

1. David R. Solomon, Esq. be stricken as counsel for Defendant Richard Byrd in the above-captioned matter; and

2. Pursuant to the Criminal Justice Act, new counsel be appointed to represent the Defendant in this case.

IT IS FURTHER HEREBY ORDERED that the Defendant's telephone privileges at his place of confinement shall be limited to telephone calls to his court-appointed counsel, and his library privileges shall be terminated until new counsel is appointed to represent him.

IT IS FURTHER HEREBY ORDERED that the trial date of this case is continued from September 12, 2016 to November 7, 2016.

By the Court,

*Rd D. Bennett*

Richard D. Bennett
United States District Judge