IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal Action No. RDB-14-0186 |
| RICHARD BYRD, | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

# **MEMORANDUM ORDER**

Presently pending before this Court is Movant William C. Bond's September 21, 2016 letter to this Court, styled as a "Notice to the Court" and Movant's "Fifth Motion to Intervene" (ECF No. 358), in which Mr. Bond renews his objection to this Court's sealing of portions of the record in the above-captioned case.[1]

There are portions of the record in this case which remain SEALED.

A considerable portion of the record in this case remains sealed. This Court is mindful of the public's right of access to judicial proceedings. *Doe v. Pub. Citizen*, 749 F.3d 246-265 (4th Cir. 2014). The Court has weighed the competing interests in this matter. *See Stone v. Univ. of Md. Med. Sys. Corp.*, 855 F.2d 178, 181-82 (4th Cir. 1998); *See also Va. Dept. of State Police v. Wash. Post*, 386 F.3d 567-576 (4th Cir. 2004). Having conducted this review, the portion of the record under seal in this case shall REMAIN SEALED.

Accordingly, IT IS HEREBY ORDERED this 22nd day of September, 2016 that the Pending Motion (ECF No. 358) is DENIED.

---

[1] Additionally, via email (ECF No. 359), Mr. Bond has requested that this Court "take two additional acts not stated" in the pending Motion (ECF No. 358). Any requested action by this Court shall also be DENIED within the parameter of this Order.

The Movant Bond is free to seek review of this Memorandum Order by the United States Court of Appeals for the Fourth Circuit, which has noted that "[m]andamus, not appeal, is the preferred method of review" for orders restricting access to criminal proceedings. *Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 63 (4th Cir. 1989) (internal quotation marks omitted).

                                                                                                                            /s/
                                                       Richard D. Bennett
                                                       United States District Judge