# LAWLOR & ENGLERT, LLC

*Attorneys at Law*

---

MICHAEL E. LAWLOR
lawlor@lawlor-englert.com

SICILIA C. ENGLERT
englert@lawlor-englert.com

GWENDOLYN R. WATERS
gwaters@lawlor-englert.com

NICHOLAS G. MADIOU
ngmadiou@lawlor-englert.com

February 8, 2017

The Honorable Richard D. Bennett
United States District Court
District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

   Re: *United States v. Richard Byrd*, (Case No. 14-186-RDB)

Dear Judge Bennett:

   Mr. Byrd has requested that I make the following additions/corrections or modifications to the PSR report in this case:

1. At Paragraph 35, the PSR lists a conviction that Mr. Byrd denies obtaining. Counsel's review of Maryland case search does not reveal any such case.

2. Paragraphs 54 and 57 indicate that Mr. Byrd is not a United States citizen and/or was born in Jamaica. Mr. Byrd was born in Brooklyn, New York.

3. Paragraph 55 indicates that Mr. Byrd's mother was a co-defendant in this case. She was not.

4. Amending paragraph 61, Mr. Byrd notes the following members of his family:
   a. Stacie Stewart
   b. Najah Stewart
   c. Andrea King
   d. Jamila Lyn
   e. Yvonne Taylor
   f. Lavonte King
   g. Ashley Channing
   h. Anita Bush
   i. Patrice Fulcott
   j. Junior Saunders
   k. Wayne Chang

1

5. Relevant to paragraphs 62 and 64, Mr. Byrd suffers from sleep apnea and takes Dicyclomine for IBS.

6. Amending paragraph 71, Mr. Byrd has been self employed in the promotion industry for 20 years.

Thank you for your time and attention to this matter.

Sincerely,

s/
Michael E. Lawlor