```
 1                  IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF MARYLAND
 2                          NORTHERN DIVISION

 3   UNITED STATES OF AMERICA,    )
                   Plaintiff,     )
 4        vs.                     )  CRIMINAL CASE NO. RDB-14-0186
                                  )
 5   RICHARD BYRD,                )
                 Defendant.       )
 6   _____)

 7

 8                        Thursday, February 9, 2017
                               Courtroom 5D
 9                          Baltimore, Maryland

10

11          BEFORE:  THE HONORABLE RICHARD D. BENNETT, JUDGE

12                            SENTENCING

13
     For the Plaintiff:
14
     James Warwick, Esquire
15   Kenneth Clark, Esquire
     Assistant United States Attorneys
16
     For the Defendant:
17
     Michael Lawlor, Esquire
18   Nicholas Madiou, Esquire

19   Also Present:

20   Lisa Spinnichio, U.S. Probation Officer
     Damon Gasque, Paralegal, U.S. Attorney's Office
21   _____

22
                             Reported by:
23
                        Douglas J. Zweizig, RDR, CRR
24                       Federal Official Court Reporter
                         101 W. Lombard Street, 4th Floor
25                          Baltimore, Maryland  21201
```

```
 1                    P R O C E E D I N G S
 2        (3:12 p.m.)
 3            THE COURT:  Good afternoon, everyone.
 4            This is calling the case of United States versus
 5   Richard Byrd, Criminal No. RDB-14-0186.  The defendant pled
 6   guilty before me on November 2nd of last year pursuant to
 7   Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure as
 8   to both counts of the second superseding indictment, and we are
 9   now here for sentencing.
10            All the members in the back can be seated.  Thank you.
11            If counsel would identify themselves for the record,
12   please.
13            MR. WARWICK:  For the United States, James Warwick and
14   Kenneth Clark.  And also at counsel table our paralegal,
15   Damon Gasque.
16            THE COURT:  Yes.  Mr. Warwick, nice to see you.
17   Mr. Clark and Mr. Gasque, nice to see you.  Usually you're
18   running the whole computer system for the whole courtroom, so
19   it's nice to see you.
20            And on behalf of the defendant?
21            MR. LAWLOR:  Good afternoon, Your Honor.
22   Michael Lawlor and Nicholas Madiou for Mr. Byrd.  He's present,
23   Your Honor.
24            THE COURT:  Good afternoon to you, Mr. Lawlor and
25   Mr. Madiou.
```

1          And, Mr. Byrd, good afternoon to you.

2          The Government may be seated.

3          We just have a preliminary matter, I think, but we'll

4  see on this.  We have a preliminary matter in that there was a

5  pleading filed at 8:17 last night in the evening on the

6  electronic case filing system of this Court, Paper No. 408.  It

7  was entitled "Motion to Clarify November 1st, 2016 Hearing

8  Record and Enjoin a Manifestly Unjust Guilty Plea."

9          And it was filed by Mr. Vandy L. Jamison, Jr., a

10 member of the Bar of this court, who sought to enter his

11 appearance on November 1st, prior to the scheduled trial date

12 of November 7th, with the representation that he would not be

13 prepared to start the case -- to try the case six days later.

14 And I denied his entry and he is not counsel of record in this

15 case, nor is he a party to this case.

16         But it occurs to me that I need to first verify or

17 discuss or determine if this paper was filed at the behest of

18 Mr. Byrd or if Mr. Byrd adopts this document.

19         Mr. Lawlor.

20         **MR. LAWLOR:**  Your Honor, let me have your indulgence

21 in a moment.  But initially I will say, obviously I was as

22 surprised, as I'm sure Your Honor was, to see that pleading.  I

23 have not heard from Mr. Jamison since we were in court six days

24 before trial the Court -- Your Honor just referenced.

25         I did ask Mr. Byrd about it today.  I saw Mr. Byrd

1  yesterday at the jail, just to go over some things and prepare

2  for today's hearing.  So there was no mention of Mr. Jamison or

3  another attorney at that time.

4         Obviously, I got the pleading after-hours last night,

5  saw Mr. Byrd today.  He has not had contact with Mr. Jamison,

6  was not aware of the pleading, did not direct its filing.

7             THE COURT:  And he does not adopt it?

8             MR. LAWLOR:  With that, Your Honor, your indulgence.

9         (The defendant conferred with counsel.)

10            MR. LAWLOR:  Your Honor, Mr. Byrd indicates to me that

11  he does adopt it, although I believe five minutes ago was the

12  first time that he saw the pleading.  But that's --

13            THE COURT:  So he's saying that he adopts the

14  pleading?

15            MR. LAWLOR:  That is the indication he has made.

16            THE COURT:  All right.  If you'll please stand,

17  Mr. Byrd.

18         You have read this document, apparently you've

19  indicated to your lawyer, for the first time five minutes ago?

20            THE DEFENDANT:  Yes.

21            THE COURT:  You have to pull the microphone closer and

22  speak up, please.

23         And in adopting it, I interpret it as your seeking to

24  withdraw your plea of guilty; is that correct?

25            THE DEFENDANT:  I've been seeking to do that since the

5

```
 1   day I --
 2          THE COURT:  Why don't you pull the microphone closer
 3   to you and speak up, sir.
 4          THE DEFENDANT:  I've been seeking --
 5          THE COURT:  You don't have to bend over now.  I can
 6   hear you.  Just keep your voice up.
 7          THE DEFENDANT:  I've been seeking to do that since the
 8   day I accepted the plea in here, Your Honor.
 9          THE COURT:  Okay.  All right.  Well, there's been no
10   motion filed to withdraw the guilty plea.  And what is the --
11   and if you recall, when you pled guilty before me on
12   November the 2nd, you were placed under oath.
13          And indeed I specifically asked you, I said,
14   "Mr. Byrd, do you understand that you are now under oath and
15   that if you answer any of my questions falsely, your answers
16   may later be used against you in another prosecution for
17   perjury or for making false statements?"
18          Do you recall my asking you that?
19          THE DEFENDANT:  Yes, Your Honor.
20          THE COURT:  And you said that you understood that, and
21   you took an oath.  And then a detailed statement of facts was
22   presented as reflected in the plea agreement which you signed,
23   which was introduced as Government's Exhibit 1 at the time of
24   your guilty plea in Paragraph 6A on Pages 5 and 6 of the plea
25   agreement which you signed.  And that was introduced as a
```

1   Government exhibit.  And you stated under oath that they were

2   the correct facts, because I required a factual predicate for

3   this Court's acceptance of your guilty plea.

4            Do you recall that?

5            **THE DEFENDANT:**  Yes, Your Honor, I recall us going

6   over that document.

7            **THE COURT:**  All right.  So -- but your position is now

8   that you want to withdraw your plea of guilty?

9            **THE DEFENDANT:**  My position has been since the day of

10  the plea to withdraw my plea.  I've communicated this to my

11  lawyer on numerous occasions.

12           **THE COURT:**  Okay.  All right.  What is the basis of

13  your wanting to withdraw your plea of guilty, an assertion of

14  innocence on your part?  Is that correct?

15           **THE DEFENDANT:**  Yes, Your Honor.

16           **THE COURT:**  All right.  Okay.  Any other basis for it?

17           **THE DEFENDANT:**  Yes, Your Honor.

18           **THE COURT:**  Okay.  What is the other basis?

19           **THE DEFENDANT:**  The other basis for withdrawing my

20  will -- the guilty plea is my plea was not made of my own free

21  will.

22           **THE COURT:**  Okay.  And so I recall also asking if

23  anybody had -- in my colloquy under Rule 11 of the Federal

24  Rules of Criminal Procedure, I specifically asked you as well

25  if anyone has actually tried to force you or threaten you to

```
 1    plead guilty in this case.  And you indicated, "no," no one

 2    had.

 3             And I asked, "Are you pleading guilty on your own

 4    freely and because you are, in fact, guilty of Count 1 and

 5    Count 2?"

 6             And you said "yes," you were.

 7             Do you recall that?

 8        THE DEFENDANT:  I think -- I think I recall that.

 9        THE COURT:  Okay.  And, again, you were under oath.

10    But now you've indicated that you felt that someone was

11    pressuring you to plead guilty; is that correct?

12        THE DEFENDANT:  No, I don't feel.  I know I was.

13        THE COURT:  Okay.  All right.  Any other basis for

14    your seeking to withdraw your plea of guilty?

15        THE DEFENDANT:  I don't understand what you mean,

16    "basis."

17        THE COURT:  I'm sorry?

18        THE DEFENDANT:  I don't understand, what do you mean

19    by "basis."

20        THE COURT:  I'm just asking:  What other basis do you

21    present to the Court to argue that you should be permitted to

22    withdraw your plea of guilty?  You're asserting your innocence

23    and essentially disputing the statement of facts to which you

24    agreed under oath on November the 2nd, and I'm asking if

25    there's any other basis.  You've indicated that you were
```

1   pressured into pleading guilty; is that right?

2           **THE DEFENDANT:**  Yes, Your Honor.  That's one of the

3   issues.

4           **THE COURT:**  Okay.  What other basis is there?

5           **THE DEFENDANT:**  Your Honor, on the day of the plea or

6   the day before the plea, Mr. Jamison showed up in court and

7   showed up at the holding cell to speak to me.  I thought

8   Mr. Jamison was going to be able to get on the case.

9           Anyhow, Your Honor indicated that I manipulated the

10  situation and, therefore, ruled that Mr. Jamison was not going

11  to be able to get on the case.

12          But --

13          **THE COURT:**  Well, I think correctly, Mr. Byrd, I

14  indicated Mr. Jamison -- given the fact that we had -- that you

15  had your third court-appointed lawyer and that the trial of

16  this case had been postponed some five times before, that I

17  asked him if he was going to be able to be ready for trial the

18  following Monday, November the 7th.  And he said, no, he would

19  not be.

20          **THE DEFENDANT:**  Okay.  No problem.  I stand corrected.

21          **THE COURT:**  The record will reflect that Mr. Jamison

22  never entered his appearance in this court -- in this case,

23  never has.

24          **THE DEFENDANT:**  Yeah.  He was never allowed to.

25          **THE COURT:**  He orally sought to come in.  And I asked

1    him if he was prepared -- given the number of times you'd

2    sought a postponement, I asked him if he was prepared and was

3    ready to go to trial the following Monday.

4            And he indicated, no, he was not, because he was in

5    court before me on November the 1st.  So that's where we were

6    on that.

7            **THE DEFENDANT:**  Okay.  I don't understand all the

8    legal jargon.  But if Your Honor would just allow me to finish

9    where I'm going, I'd greatly appreciate it.

10           **THE COURT:**  Sure.  Go right ahead.

11           **THE DEFENDANT:**  I had no phone privilege for some

12   time, Your Honor.  Your Honor released my phone privileges so I

13   can call the lawyers.

14           I was able to start calling lawyers on September 31st.

15   I think Mr. Lawlor contacted the facility after I wrote him and

16   let him know that my phone privileges for calling attorneys was

17   never back.

18           On sometime September to October, I contacted

19   Mr. C. Justin Brown to try to retain him.

20           Shortly after, I got a letter from -- a letter from

21   Mr. Brown saying that he has a conflict of interest.  I was

22   able to get back on the phone around the 14th or the 15th to

23   speak to Mr. Brown about it, his conflict.

24           At that point I proceeded to try to hire Mr. Jamison.

25           I made contact with Mr. Jamison.  My mother made

1  preparations to hire him.  I made Mr. Lawlor aware of all of

2  the movements I was making.  He, himself, tried to contact

3  Mr. Jamison several times.  He told me to find out what was the

4  status because I wasn't able to get on the phone to find out

5  what was going on.

6         The last time I spoke to Mr. Jamison was -- prior to

7  the hearing was when me and him agreed upon him getting with my

8  mother to figure out the retainment.

9         That was two weeks or a week or so prior to him

10  showing up at court.

11         I used the same allotted amount of time that

12  Your Honor used to hire counsel here today for me.

13         **THE COURT:**  Actually, for the record, Mr. Byrd, I

14  don't hire lawyers.  The Criminal Justice Act Coordinator does,

15  despite Mr. Jamison's representation here in his pleading that

16  he filed and which we'll deal with in another setting at some

17  other time.  I don't hire the lawyers.  The lawyer is selected

18  by the Criminal Justice Act Coordinator, as lawyers who are

19  members of the Bar of this court are aware.  And Mr. Lawlor is

20  the third lawyer from that panel who was appointed to represent

21  you.

22         **THE DEFENDANT:**  Okay.

23         **THE COURT:**  So, no, I don't hire the lawyer.  The

24  court -- the clerk of the court, you know, finds the lawyer who

25  is on the Criminal Justice Act Panel.  And then there's an

 1    order entered permitting him to come in, but I didn't pick up

 2    the phone.  I didn't go hire Mr. Lawlor.

 3         **THE DEFENDANT:**  Well, I took that from when you told

 4    me you hired Mr. Solomon, so I was -- I didn't know that you

 5    didn't hire them.  I don't know the process.

 6         **THE COURT:**  I never said I hired Mr. Solomon,

 7    Mr. Byrd.  He was the second of your court-appointed lawyers

 8    who was appointed --

 9         **THE DEFENDANT:**  Okay.

10         **THE COURT:**  -- whom you sought to discharge.

11         **THE DEFENDANT:**  Anyhow, Mr. Jamison showed up here the

12    day after that hearing.  On the day of the hearing, I spoke to

13    him, he was supposed to enter his appearance.  However that

14    process work, I don't know.

15         But, anyhow, it turned into a total excoriation of him

16    and me about him, whatever process he didn't take and supposed

17    to do, and me supposedly had -- manipulating the Court's

18    docket.

19         At that point me and Mr. Lawlor engaged in a lengthy

20    battle back and forth about accepting the plea agreement.

21    After being pressured and bullied and forced verbally and

22    Mr. Lawlor statin' to me that, Listen, as of today, now I'm

23    your lawyer, because prior to that, I didn't know if you was

24    going to have counsel in; so, therefore, I had one foot in, one

25    foot out, so we're not prepared to go to trial next week.  So

1  there's no way you going to be able to go to trial and be

2  prepared, and this judge is not going to move the calendar.

3  And you see the judge's posture, and you see how the judge feel

4  about you.  So it's not going to happen.

5           And a lot of other comments took place during that

6  conversation that I don't want to air out in public, but at

7  which point I felt severely pressured and bullied to take the

8  plea, at which point I agreed.  I said, "Okay.  Fine."

9           **THE COURT:**  All right.  Well, thank you very much,

10 Mr. Byrd.

11          Let me just go over the posture here in terms of

12 treating the motion that was filed by Mr. Jamison, a member of

13 the Bar of this court, whose appearance is not in the case.  He

14 didn't list his Bar number here, but he's a licensed lawyer and

15 he's a member of the Bar of this court, and stated certain

16 personal attacks upon me, which are of really no moment to me,

17 and personal attacks upon Mr. Lawlor.

18          I'm treating this -- I received no notice of it until

19 apparently it was filed at 8:17 last night.  And I'll treat

20 this -- your adoption of this motion, I'm treating it as a

21 motion to withdraw your guilty plea.  And it will be treated as

22 a motion under Rule 11(d) of the Federal Rules of Criminal

23 Procedure to withdraw your guilty plea.

24          Let me just sort of summarize for you, Mr. Byrd, and

25 the history of this case so the record is clear.

1        You initially appeared in this court in June of 2014

2   as to the first indictment.  And you were represented by

3   Mr. Kenneth Ravenell, an attorney, privately retained,

4   Mr. Ravenell.

5        Ultimately, there was an attorney inquiry in the fall

6   of 2014, at which time it was determined you needed

7   court-appointed counsel.

8        And in October of 2014, there was the entry of the

9   appearance of William Brennan and William Mitchell, as

10  reflected in the file.  And by agreement of the parties in

11  January of 2015, there was a trial date scheduled for July 6th

12  of 2015.

13       There was later an agreement by the parties, at your

14  request of counsel, for extension of the trial date until

15  November 30th, 2015, as reflected by an order in June of 2015.

16       Then in October of 2015, you expressed dissatisfaction

17  with Mr. Brennan and Mr. Mitchell.  And there was an attorney

18  inquiry, and you asked that I continue the trial date.  And I

19  granted that request in October of 2015, so the trial date was

20  scheduled for April 18th, 2016.

21       In the interim, the law firm of Perkins Coie was

22  permitted to inquire about representing you.  And we conducted

23  a -- we were prepared to conduct a hearing under the case of

24  United States versus Farmer with respect to your access to

25  certain assets to retain private counsel.

1    And I accorded those attorneys, Mr. Jean-Jacques Cabou

2  and Alexis Danneman, the courtesy of entering their appearance

3  for the limited purpose of seeking to represent you with the

4  understanding that I would not require them to stay in the case

5  if those assets were not freed for you to be able to retain

6  private counsel.

7    Ultimately, they withdrew that request, and I

8  permitted them to withdraw from the case.

9    There was then an attorney inquiry as to Mr. Brennan

10  and Mr. Mitchell, the first of your court-appointed lawyers,

11  because you were not satisfied with their services, so the

12  trial date was then postponed until July of 2016, and

13  David Solomon appeared as the second court-appointed lawyer in

14  the case on April 28th, 2016.

15    And at that time a new trial date was then scheduled

16  for September of 2016 at your request.  In July you -- in July

17  of 2016, you then suggested that you might want to represent

18  yourself.  But on July 27th of 2016, you withdrew that request.

19    There was a motions hearing held in August of 2016 at

20  which there were certain rulings against you in terms of

21  motions filed.

22    You then filed a request for an attorney inquiry as to

23  David Solomon, indicating your dissatisfaction with Mr. Solomon

24  as the court-appointed lawyer, and a new trial date was

25  scheduled for November the 7th.

1    Mr. Michael Lawlor was then appointed by the Court of

2    this court to represent you as court-appointed counsel.  And

3    over Government objection, I agreed on September 15th to

4    postpone the trial date yet again.

5         So then Mr. Lawlor appeared as the third

6    court-appointed lawyer for you.

7         The case was scheduled for trial on November the 7th.

8    On November the 1st, we had a pretrial conference with no

9    communication, no entry of appearance of any kind at all.

10   Mr. Jamison arrived here at the court, sat at trial table.  And

11   with respect to my inquiry as to whether he was prepared to go

12   forward at trial on November the 7th, he indicated that he was

13   not.

14         Based upon that, I indicated to him that he could not

15   enter his appearance, and the trial date remained firmly set

16   for November the 7th.

17         The next day, on November 2nd, 2016, you indicated to

18   the Court that you wanted to plead guilty.  And I went through

19   a very thorough Rule 11 colloquy with you, and indeed you were

20   entering your plea under Rule 11(c)(1)(C) with an agreed

21   disposition.  And the proceedings proceeded in that fashion,

22   and I placed you under oath and you pled guilty.

23         There was no indication of any kind from November

24   the 2nd, 2016, when you pled guilty until 8:17 p.m. last night

25   that there was any issue with this case going forward.  There

```
1   was no indication by you that you wanted to withdraw your plea
2   of guilty.  There was no indication by Mr. Jamison --
3               THE DEFENDANT:  That's absolutely false, Your Honor.
4               THE COURT:  Well, there's none that the record
5   reflects.
6               THE DEFENDANT:  You told me specifically not to write
7   you or inform you of anything.  I wrote my lawyer and informed
8   him, and I told him in person of that.
9               THE COURT:  Well, all I'm saying --
10              THE DEFENDANT:  He has several and numerous letters
11  from me, certified and uncertified --
12              THE COURT:  Fine.  Mr. --
13              THE DEFENDANT:  -- that I informed him of -- to
14  withdraw my guilty plea.
15              THE COURT:  I hear you, Mr. Byrd.
16              The Court was not aware of any difficulties --
17              THE DEFENDANT:  Because the Court wished not to be
18  aware because the Court told me not to write you about it.
19              THE COURT:  I told you, Mr. Byrd, that over the course
20  of two years of this case, seeking lawyer after lawyer, that
21  you should not be submitting pro se submissions that might be
22  detrimental to you when you'd file those and that you were
23  potentially waiving certain privileges.
24              The simple fact of the matter is at 8:17 last night,
25  Mr. Johnson [sic] then filed what is Paper No. 408, which I'm
```

 1    treating as a motion to withdraw your plea of guilty.

 2           Rule 11(d) of the Federal Rules of Criminal Procedure

 3    specifically provides that a moving defendant must show a fair

 4    and just reason why a withdrawal of a guilty plea should be

 5    allowed, as the Fourth Circuit has noted in United States

 6    versus Ubakanma, U-B-A-K-A-N-M-A, 215 F.3d 421, a

 7    Fourth Circuit opinion in 2000.

 8           The criteria under Fourth Circuit law are

 9    well-established with respect to a defendant seeking to

10    withdraw a plea of guilty.

11           In United States versus Moore, at 931 F.2d 245, the

12    Fourth Circuit Court of Appeals in 1991 noted that there are

13    six factors to be considered.

14           One is whether the defendant provides credible

15    evidence that a plea of guilty is not knowing or voluntary.

16           Two, whether Defendant credibly asserted his legal

17    innocence.

18           Three, whether there was a delay between entering the

19    plea and moving for a withdrawal.

20           Four, whether Defendant had close assistance of

21    competent counsel.

22           Five, whether withdrawal -- whether withdrawal will

23    prejudice the Government.

24           And, six, whether or not withdrawal will inconvenience

25    the Court and waste judicial resources.

```
 1              The Court notes for the record and for purposes of
 2    appeal, when you appeal this case, Mr. Byrd, that you have more
 3    than played with the docket of this court.  The record is
 4    abundantly clear on numerous occasions that you have found
 5    fault with any lawyer who's appointed for you and then on the
 6    eve of trial have sought delay or dilatory tactics.
 7              And that was quite clear before the Court in September
 8    when, at the chagrin of the Government, which had scheduled
 9    witnesses, just a week or two before the September trial date,
10    I once again allowed the case to be rescheduled for November
11    the 7th.  And I granted you the -- for the third time a third
12    court-appointed lawyer.
13              The United States Court of Appeals for the
14    Fourth Circuit in United States versus Bowman at 348 F.3d 408,
15    a Fourth Circuit opinion in 2003, applied those Moore factors
16    and noted and upheld the denial of a motion to withdraw a plea
17    of guilty where, most significantly, the defendant claimed to
18    have essentially lied repeatedly during the Rule 11 colloquy.
19    And certiorari was denied by the Supreme Court in that case in
20    540 U.S. 1226 in 2004.
21              Essentially, what you're representing before the Court
22    now is that under oath you lied; that you didn't acknowledge
23    the very detailed statement of facts that the Court required
24    the Government to proffer in order to accept the plea of
25    guilty.
```

1      The Court further finds that you don't satisfy any of

2  the criteria under <u>United States versus Moore</u> in terms of

3  credible evidence that your plea is not knowing or voluntary.

4  The record is abundantly clear in terms of your trifling with

5  this matter over a period of almost two years and taking any

6  maneuver possible on the eve of trial to continue to delay.

7      Secondarily, with respect to your credible assertion

8  of your legal innocence, in light of the detailed proffer to

9  support the guilty plea back on November the 2nd and your

10  statement under oath with respect to acknowledging those facts,

11  you have not credibly asserted your legal innocence before the

12  Court today.

13      In terms of whether there was a delay between entering

14  the plea and moving for withdrawal, this record is abundantly

15  clear with respect to the steps you've taken throughout these

16  entire proceedings, going through no less than three

17  court-appointed lawyers.

18      Furthermore, in terms of whether or not you've had

19  close assistance of competent counsel, William Brennan and

20  William Mitchell were competent counsel, but I allowed you to

21  discharge them.

22      David Solomon is competent counsel, but I allowed you

23  to discharge him.

24      Mr. Michael Lawlor is competent counsel, and he's

25  appeared in front of me numerous times.  And now you seek to

1  discharge him.

2        Sooner or later, this rotation has to stop, Mr. Byrd.

3        And in terms of the fifth criterion, whether

4  withdrawal will prejudice the Government, it goes without

5  saying that the Government, on numerous occasions, has been

6  ready for trial and on numerous occasions you have played this

7  maneuver.

8        And, finally, whether withdrawal will inconvenience

9  the Court and waste judicial resources, I cannot imagine a more

10  clear case of a defendant who is seeking to inconvenience the

11  Court and waste judicial resources.

12        So for those reasons set forth on the record,

13  Paper No. 408, filed by Lawyer Vandy Jamison, is treated as

14  your motion adopted by you here today to withdraw your plea of

15  guilty.  And it is denied for the reasons indicated on the

16  record.

17        And with that, we will proceed to sentencing in this

18  case.

19        **THE DEFENDANT:**  Why don't you tell the judge why I

20  took the guilty plea.

21        **THE COURT:**  All right.  That -- I've already ruled,

22  Mr. Lawlor.  You can talk to your client, if you want.

23      (The defendant conferred with counsel.)

24        **MR. LAWLOR:**  Your Honor, can the Government and I

25  approach?

1    **THE COURT:**  No.  I'm not sure about that, Mr. Lawlor.

2  I'm not going to have to have a sealed proceeding here.  He's

3  got to have a headset get down -- for him and we need to

4  discuss it --

5    **MR. LAWLOR:**  I think it's important for the record,

6  Your Honor.  I think it's a matter that should be under seal.

7    **THE COURT:**  That's fine.  We can put it under seal.

8  But I'm not going to have you come up until we give him a

9  headset.

10    **MR. LAWLOR:**  Yes, of course.

11    **THE COURT:**  Mr. Byrd, you're going to have a headset

12  here, and there's going to be a discussion up here at the

13  bench, and you'll be able to hear it.  And I'll have you

14  confirm that you can hear it before I take the discussion at

15  the bench.

16    (Bench conference mode activated.)

17    **THE COURT:**  Can you hear me, Mr. Byrd?

18    **THE DEFENDANT:**  (Nods head.)

19    **THE COURT:**  With that, the record reflect that

20  Mr. Byrd said he could hear me.

21    Mr. Byrd, you'll sit down now, please, sir.

22    Counsel will approach the bench.  This matter will be

23  under seal.

24    (Sealed bench conference.)

25    **THE COURT:**  All right.  That discussion was held under

1    seal, and it does not in any way affect the Court's ruling and

2    the failure of the defendant to satisfy the factors under the

3    Moore case and the motion to withdraw the guilty plea.

4    Essentially it's treated -- it's a verbal motion today, treated

5    as a motion to withdraw the guilty plea in terms of verbally

6    adopting the submission of Mr. Jamison, Paper No. 408, which as

7    I've said, according to the court records, was filed at

8    8:17 p.m. last night, last evening.

9           And so with that, we are ready to proceed with

10   sentencing in this case.

11          If you'll please stand, Mr. Byrd.

12          You pled guilty before me under Rule 11(c)(1)(C) of

13   the Federal Rules of Criminal Procedure with an agreed sentence

14   with the Government, specifically a sentence of 26 years or

15   312 months on Count 1, conspiracy to distribute and possess

16   with the intent to distribute cocaine and marijuana, and

17   10 years or 120 months on the money-laundering charge in

18   Count 2, 18 United States Code, Section 1956(h), for a total

19   sentence of 26 years or 312 months, which you will definitely

20   get credit for time served in federal custody since April of

21   2014 for that.  So you've already served some -- well over two

22   and a half years already on that sentence.

23          I indicated to you at that time that after I reviewed

24   the presentence report prepared by Ms. Lisa Spinnichio, the

25   U.S. Probation Officer, who's here in court -- good afternoon,

1    Ms. Spinnichio.

2              THE PROBATION OFFICER:  Good afternoon, Your Honor.

3         THE COURT:  I didn't get a chance to say hi to you.

4    Thank you for your report.

5              I indicated to you at that time on November the 2nd,

6    Mr. Byrd, that if I was inclined to sentence you to one day

7    more than that, you would be permitted to withdraw your plea of

8    guilty.

9              And pursuant to Rule 11(c)(1)(C), if I was inclined to

10   sentence you to one day less than that, then the Government

11   would be permitted to withdraw your plea of guilty.  And that

12   was to the two-count, second superseding indictment, Counts 1

13   and 2.

14             Correct, Mr. Warwick?

15        MR. WARWICK:  That is correct, Your Honor.

16        THE COURT:  Correct, Mr. Lawlor?

17        MR. LAWLOR:  Yes, Your Honor.

18        THE COURT:  And I have reviewed Ms. Spinnichio's

19   presentence report, and there won't be any surprises here

20   today.  That will be the sentence.

21             But we have a lot of housekeeping to do here,

22   including Mr. Lawlor's objection to one portion of the

23   presentence report that would change the guideline, the

24   Advisory Guideline calculation.

25             So with that, we are ready to proceed with this

1    plea -- with this sentencing in terms of the basis for the

2    Court sentencing you to a total of 312 months, or 26 years in

3    federal prison.

4           Now, Mr. Byrd, have you reviewed the presentence

5    report in this case with Mr. Lawlor?

6           **THE DEFENDANT:**  There were some changes supposed to be

7    made.  I haven't seen those yet.

8           **THE COURT:**  Yes.  I'm going over that with you now.

9    But you've reviewed that with him?

10          **THE DEFENDANT:**  Yes.

11          **THE COURT:**  All right.  Now, the changes -- first of

12   all, the defendant objected to the presentence report,

13   Paper No. 307.  And I would note of the two matters raised

14   there, one of them is now moot, I believe, Mr. Lawlor.  You

15   contended that there were two points incorrectly added to the

16   defendant's criminal history score, and I believe that

17   correction has now been made; correct?

18          **MR. LAWLOR:**  Yes, Your Honor.

19          **THE COURT:**  Correct, Ms. Spinnichio?

20          **THE PROBATION OFFICER:**  Yes, Your Honor.

21          **THE COURT:**  Okay.  And then you noted that --

22   Mr. Lawlor, you also noted Mr. Byrd's objection to a two-level

23   upward adjustment based on obstruction of justice under

24   Section 3C1.1 of the Advisory Guidelines based upon alleged

25   efforts by Mr. Byrd to contact the co-defendant, James Bowie.

1   That is a guideline issue that we will be addressing shortly in

2   terms of that issue, although I'm not certain the Government is

3   opposing that, but we'll get to that in a moment.

4           And, also, I note that there are certain other

5   corrections or objections we'll be going over in a second in

6   terms of additions here that were submitted in Paper No. 407.

7           **MR. LAWLOR:**  Those are more cosmetic, Your Honor.

8           **THE COURT:**  I'm sorry?

9           **MR. LAWLOR:**  Those are more cosmetic.

10          **THE COURT:**  Well, one of them is not cosmetic, and I

11  want to go over it in a second.

12          Mr. Warwick, does the Government have any objections

13  or corrections to the report?

14          **MR. WARWICK:**  No, Your Honor.

15          **THE COURT:**  All right.  As to the defense objections,

16  we're going to be addressing the matter of the obstruction of

17  justice as to -- with respect to other objections or

18  corrections noted in Paper No. 407 by the defense counsel.

19          Paragraph 35, the presentence report lists a

20  conviction that Mr. Byrd denies obtaining.  And then your

21  review of the Maryland Case Search did not reveal any such

22  case.

23          Has that correction been made, Mr. Lawlor?

24          **MR. LAWLOR:**  No, Your Honor.  I talked to the PSR

25  author today.  She indicated that she has paperwork indicating

1   that Mr. Byrd did obtain that conviction under a different

2   name.  So I -- as I said, my research didn't show any such

3   conviction by Mr. Byrd.  He denied to me that he received such

4   a conviction.

5         With that, Your Honor, I'd leave it to Your Honor or

6   the probation author.

7         **THE COURT:**  All right.  Well, it doesn't affect the

8   guideline -- it was an assault in the second degree with

9   probation before judgment in the state system, according to

10   Paragraph 35.

11         Correct, Mr. Lawlor?

12         **MR. LAWLOR:**  Yes, Your Honor.

13         **THE COURT:**  And even if that criminal history point of

14   one is not added, it doesn't affect -- it does not appear.  It

15   does not affect the criminal history calculation with the

16   Advisory Guideline.

17         **MR. LAWLOR:**  No; because he would still have four

18   points, which would still render him a Category III.

19         **THE COURT:**  Right.  Mr. Warwick, I don't see any

20   reason for the record to be muddled on this issue.  I mean, the

21   defendant contends that that's not accurate.  It was a

22   probation before judgment, which has the legal status at some

23   point in time of sometime being erased if someone complies.

24   There is an assertion that it was the same individual, but it

25   really has no significance in terms of what's happening here

 1    today.

 2              **MR. WARWICK:**  None whatsoever.

 3              **THE COURT:**  All right.  I'm just going to treat it as

 4    zero.  I'll sustain that objection by the defense.

 5              And, Ms. Spinnichio, that will be classified as a zero

 6    there; okay?

 7              **THE PROBATION OFFICER:**  Yes, Your Honor.

 8              **THE COURT:**  I'm not going to add a criminal history

 9    point for that.  So his criminal history points will be four

10    and not five in Paragraph 36, but that doesn't change the

11    guideline calculation.

12              **THE PROBATION OFFICER:**  But should it remain in the

13    report?

14              **THE COURT:**  It need not even remain in the report.  It

15    can be deleted.

16              **THE PROBATION OFFICER:**  Okay.

17              **THE COURT:**  That's assault in the second degree and

18    PBJ, probation before judgment.  It can be deleted from the

19    report.  So that matter has been dealt with, Mr. Lawlor.

20              We'll get back to Number 2 in terms of the birthplace

21    of the defendant, whether it's Brooklyn, New York, or Jamaica.

22              But as to Paragraph 55 in the presentence report,

23    there is some reference, I think you said, to -- you objected

24    to the -- Mr. Byrd's mother being suggested as a co-defendant.

25    I don't know whether these paragraphs have been renumbered or

1   not, but I don't -- where is there reference to his mother

2   being a co-defendant?

3           THE PROBATION OFFICER:  Your Honor, it's Paragraph 55,

4   and I believe what it should say is "the co-defendant in a

5   related case."

6           THE COURT:  All right.  I'm looking at paragraph --

7   which date of the presentence report are you referring to,

8   January the 11th?

9           THE PROBATION OFFICER:  No.  I might have the wrong

10  copy too, Your Honor.

11          THE COURT:  I'm looking at the most recent one as

12  January the 11th of 2017, Ms. Spinnichio.

13          MR. WARWICK:  It should be Paragraph 53, then, Judge.

14          THE COURT:  Paragraph 53.  The defendant's cousin,

15  Jerome Castle, is also a co-defendant.  That will be -- clearly

16  the defendant's mother is not a co-defendant in this case, and

17  that will be deleted, Ms. Spinnichio.

18          THE PROBATION OFFICER:  Yes, Your Honor.  But I

19  believe she was in a related case, a case related to this case.

20          THE COURT:  Is she a co-defendant in this case or not,

21  Mr. Warwick?

22          MR. WARWICK:  No, she is not.

23          THE COURT:  Good.  Then I don't want any reference to

24  her being a co-defendant, Ms. Spinnichio.

25          THE PROBATION OFFICER:  Okay.  Okay.

```
 1              THE COURT:  So that will be granted as well,
 2      Mr. Lawlor.
 3              MR. LAWLOR:  Thank you, Your Honor.
 4              THE COURT:  And then amending Paragraph 61, again, in
 5      terms of the Part C, the defendant characteristics, Mr. Byrd
 6      notes the following members of his family.  And then there's a
 7      list of names:  Stacie Stewart, Najah Stewart, Andrea King,
 8      Jamila Lynn, Yvonne Taylor, Lavonte King, Ashley Channing,
 9      Anita Bush, Patrice Fulcott, Junior Saunders, Wayne Chang.  All
10      of those should be added as members of his family at the
11      request of the defendant, Ms. Spinnichio.
12              THE PROBATION OFFICER:  Yes, Your Honor.
13              THE COURT:  And they will be added pursuant to your
14      request, Mr. Lawlor.
15              MR. LAWLOR:  Thank you, Your Honor.
16              Your Honor, without belaboring the point, may I give a
17      couple additional names to the PSR author?
18              THE COURT:  Absolutely.  Go right ahead.  Go right
19      ahead.
20              MR. LAWLOR:  I'll do it now.  Terrence Peters is one.
21      Clayanna Warthen, W-A-R-T-H-E-N.  And Safiya, S-A --
22      S-A-F-I-Y-A, Lyn, L-Y-N.
23              Thank you, Your Honor.
24              THE COURT:  Did you get all those, Ms. Spinnichio?
25              THE PROBATION OFFICER:  No, Your Honor.
```

1          THE COURT:  I don't think she got them.

2          THE PROBATION OFFICER:  I'll get them after.

3          THE COURT:  You'll just meet with her afterwards,

4    Mr. Lawlor, make sure she gets all of those.

5          Then there is material in Paragraph 62 and 64 with

6    respect to medication he's taking and also the matter of

7    sleep apnea.  And your request is that that be added?

8          MR. LAWLOR:  Yes, Your Honor.

9          THE COURT:  And that will be added, Ms. Spinnichio.

10          THE PROBATION OFFICER:  Yes, Your Honor.

11          THE COURT:  And then, finally, before we -- we'll have

12    two matters left to deal with in a moment here.

13          In terms of employment record, which is actually at

14    Paragraph 69, it says the defendant did not provide employment

15    information.  And you have noted that Mr. Byrd has been

16    self-employed in the promotion industry for 20 years.

17          MR. LAWLOR:  Yes, Your Honor.

18          THE COURT:  I think that issue came up previously when

19    counsel from Perkins Coie were seeking to show an independent

20    source of income in terms of my consideration of whether or not

21    they could come into the case and there were individual assets.

22          And Perkins -- for the record, Perkins Coie withdrew

23    from the hearing under United States versus Farmer and did not

24    want to try to come forward and meet that burden to show

25    independent source of income.  But we can certainly list

1    Mr. Byrd's contention that he has been self-employed in the

2    promotion industry for 20 years, Ms. Spinnichio.

3            **THE PROBATION OFFICER:**  Yes, Your Honor.

4        **THE COURT:**  And that will be granted as well,

5    Mr. Lawlor.

6        **MR. LAWLOR:**  Thank you.

7        **THE COURT:**  So I think that where we are is the only

8    disputed matters as to the presentence report are the matter of

9    a two-level adjustment under Paragraph 25 of the presentence

10   report for alleged obstruction of justice under Section 3C1.1

11   of the Advisory Guidelines.

12            And then, secondarily, with respect to the presentence

13   report reflecting that Mr. Byrd is -- has an ICE detainer

14   lodged against him and that he was born in Jamaica and that he

15   entered this country on a visa in April of 1986, and the

16   presentence report reflects that there is an outstanding order

17   of deportation as to him.

18            Mr. Byrd, as you have indicated, contends that he is

19   not a United States -- that he is a United States citizen and

20   indicates that he was born in Brooklyn, New York.

21            We'll deal with this issue in a moment in terms of any

22   disputed matters that the Court must address under Guideline

23   Section 6A1.3 and Rule 32(i) of the Federal Rules of Criminal

24   Procedure.  They will be the two matters I will address that

25   are disputed.

1    Are there any other disputed matters that we need to

2  address in a few minutes from your point of view, Mr. Warwick?

3          **MR. WARWICK:**  I don't believe so, Your Honor.

4      **THE COURT:**  In terms of the guideline calculation,

5  Mr. Lawlor, anything from your point of view?

6          **MR. LAWLOR:**  No, Your Honor.

7      **THE COURT:**  Just so the record is clear, this is a

8  Rule 11(c)(1)(C) plea with an agreed disposition and an

9  agreement by the Government and the defendant.  But we still

10  must calculate the accurate Advisory Guideline range under

11  Fourth Circuit case law.

12          So with that, we are ready to proceed.

13          Let me just go over the process here for you,

14  Mr. Byrd, that I indicated to you on November the 2nd, five

15  days before your scheduled trial date in November when you pled

16  guilty.

17          There are two key Supreme Court opinions that govern

18  the Court with respect to sentencing here in this matter.

19          In the case of United States versus Booker, in January

20  of 2005, the Supreme Court of the United States upheld the

21  Constitutionality of the Federal Sentencing Guidelines, but it

22  did so with the deletion of two particular sections of the

23  guidelines which had previously rendered the guidelines

24  mandatory.

25          In the Booker case in 2005, now over 12 years ago, the

1    Court held that with the deletion of those two sections, the

2    balance of the guidelines was Constitutional.  And the Court

3    recognized that as a result of its opinion, the Federal

4    Sentencing Guidelines were to be applied in an advisory context

5    and the guidelines had been rendered effectively advisory.

6           So there's nothing mandatory about the Federal

7    Sentencing Guidelines.  They are advisory only.

8           And under the approach adopted by the Supreme Court in

9    the Booker case, federal judges, while not bound to apply the

10   guidelines, must still consult them and take them into account

11   when imposing a sentence, subject to review by Courts of

12   Appeals for unreasonableness.

13          And the particular section there, Section 3553 of

14   Title 18 of the United States Code, is a factor that the Court

15   considers as well when imposing a sentence.  And it has, in

16   fact, been referenced by Mr. Lawlor in his submission to the

17   Court on your behalf, Paper No. 403.

18          And then I said there are two key Supreme Court

19   opinions.  In the second of the two key Supreme Court opinions,

20   in the case of Gall versus the United States decided in

21   December of 2007, the Supreme Court specifically noted that

22   federal judges should not presume that the guideline range is

23   reasonable.  But it is a starting point in a multistep process,

24   pursuant to which, first, there's a calculation of the

25   guideline range, which we're going to be doing in a moment; and

1    then there's a consideration of other factors apart from the

2    guidelines, the goal being to impose a sentence which is

3    sufficient but not greater than necessary to achieve the goals

4    of sentencing.  And if the sentence is outside of the guideline

5    range, the Court should indicate its reasons for doing so.

6            That's the analysis I undertook early in terms of

7    determining that since you pled guilty on November the 2nd, in

8    the interim determining that a 26-year total sentence is

9    appropriate in this case -- and it indeed actually works out to

10   be within the Advisory Guideline range, but that's not the

11   reason for my holding.  I think it's a fair and appropriate

12   sentence, but that's the analysis I undertook.

13           Now, I note that in Paragraph 64 of the presentence

14   report, you've indicated that you are taking some medication,

15   specifically Celexa and Prozac.

16           Did you take any medication today, Mr. Byrd?

17           **THE DEFENDANT:**  No.

18           **THE COURT:**  All right.  And when is the last time you

19   took any medication, sir?

20           **THE DEFENDANT:**  Bedtime last night.

21           **THE COURT:**  Bedtime last night.

22           Is that causing any negative effect upon you here this

23   afternoon?

24           **THE DEFENDANT:**  No.  I'm fine.

25           **THE COURT:**  I'm sorry?

1          **THE DEFENDANT:**  I'm fine.

2          **THE COURT:**  All right.  And are you satisfied your

3    client is competent to proceed with sentencing here,

4    Mr. Lawlor?

5          **MR. LAWLOR:**  Yes, I am.

6          **THE COURT:**  Let me go over the other housekeeping

7    matter for you, Mr. Byrd.

8          They are the procedures required by the PROTECT Act of

9    2003, which is a law that was passed by the U.S. Congress in

10   that year.  And among the many provisions of that act, there

11   are also provisions with respect to federal courts when

12   imposing sentences in federal criminal cases.

13         The PROTECT Act specifically requires that the

14   Chief Judge of each Federal Court in the United States ensure

15   that within 30 days of the imposition of sentence, that certain

16   documents go over to the U.S. Sentencing Commission in

17   Washington.

18         Those documents include the judgment and commitment

19   order, which I'll be preparing with the assistance of

20   Ms. Tyson, the Deputy Clerk of Court; the statement of reasons

21   for the sentence imposed, which shall include the reason for

22   any departures from the otherwise applicable guideline range;

23   any plea agreement in the case; the indictment, in this case

24   the second superseding indictment; the presentence report, and

25   any other information the Sentencing Commission finds

1    appropriate.

2           And the Chief Judge of this court issued an

3    administrative order back in 2003 directing Ms. Spinnichio's

4    office, the U.S. Probation Office, to submit these documents to

5    the U.S. Sentencing Commission in Washington over the next

6    30 days.

7           That means, Mr. Byrd, that some of these documents are

8    subject to review by other public officials or by members of

9    the public, perhaps.  And in light of the fact, for a long

10   period of time in this court, the section marked "Defendant

11   Characteristics," which contains confidential family

12   information, has been sealed, for a long period of time this

13   court, certainly going back as far as 2004, pursuant to an

14   administrative order that was revised by standing order in

15   2015, pursuant to which Part C of the presentence report,

16   containing confidential family information, is sealed.

17          In your case your presentence report, Part C, begins

18   in Paragraph 52, Page 13, and goes over to Paragraph 70,

19   Page 15.  And the standard sealing order will apply there.  I

20   have reviewed the confidential family information.  Another

21   judge of this court could do so as well if they so desired.

22   They have not, but they could if they wanted to.

23          And then members of the U.S. Sentencing Commission in

24   Washington can review that material, but no one else is allowed

25   to see it.  The President, members of the Senate and House of

 1    Representatives cannot look at it without further order by me.

 2           Do you understand that?

 3           **THE DEFENDANT:**  Yes, Your Honor.

 4           **THE COURT:**  All right.  And I'm not going to --

 5    there's no reason it will be unsealed.  To all other extent,

 6    the requirements of the PROTECT Act are still complied -- are

 7    still required to be complied with.

 8           Now, I said that the first step in the guideline

 9    calculation is the determination of the total offense level.

10    That is reflected on Pages 7 and 8 of your presentence report.

11           There is a base offense level of 36.  There is a

12    four-level upward adjustment because you were an organizer or

13    leader of the criminal activity that involved five or more

14    participants.  That comes to a total offense level of 40

15    initially.

16           There is a two-level adjustment for obstruction of

17    justice in Paragraph 25 -- and that's an issue you're

18    disputing, and I'll address it in a moment -- which would take

19    it to a 42.  Then you're being given a two-level downward

20    adjustment for your acceptance of responsibility, for a total

21    offense level of 40.

22           Your criminal history is summarized in page -- from

23    Pages 8 to 10, noting a handgun charge when you were 17 years

24    of age in 1992, a drug charge in 1993, another drug charge in

25    1998.  The assault in the second degree charge was stricken by

```
 1    the Court based upon your representation that it was not you.

 2            There's a total criminal history points of four as

 3    reflected in Paragraph 36, with a criminal history

 4    category of III.  I have looked -- I have seen Pages 10, 11,

 5    and half of Page 12 as to other alleged criminal conduct.  I'm

 6    not considering that in any way in accepting the (C) plea with

 7    respect to an agreed sentence of 26 years, so they're not a

 8    factor in my decision in that regard.

 9            So as I've said, there is a requirement for me to

10    determine certain disputed matters, if there are any, under

11    Rule 32 of the Federal Rules of Criminal Procedure and

12    Section 6A1.3 of the Advisory Guidelines.

13            The first disputed matter relates to Paragraph 25 as

14    to an addition, a two-level upward adjustment for obstruction

15    of justice on that.

16            Let me just ask the Government, if I can, Mr. Warwick,

17    I know that you've made reference to my rulings at the motions

18    hearing in August of 2016, particularly with respect to any

19    evidence as to Mr. Byrd's interactions or his effort at

20    interactions with Mr. James Bowie, a co-defendant in this case.

21            But in light of the fact that this is a (C) plea under

22    Rule 11(c)(1)(C), looking at the statement of facts that

23    provided the predicate for this Court's acceptance of that

24    (C) plea, I don't know that there's any reference to the matter

25    of the interaction with James Bowie.  And I'm not sure if it's
```

 1  of any great moment here in terms of this Court's determination

 2  to just abide by the (C) plea.

 3          So I'd be glad to hear from the Government before I

 4  hear from Mr. Lawlor on this.

 5          You may be seated, Mr. Byrd.  Thank you.

 6      **MR. WARWICK:**  As a practical matter, the Court can

 7  either just ignore it or discount it and just proceed with the

 8  (C) plea.  Or if the Court wants amplification, I can do that

 9  in a minute.

10      **THE COURT:**  I don't think you need to.  I'm not

11  comfortable with that adjustment.  I'm not criticizing

12  Ms. Spinnichio.

13          But in light of the fact that this is a (C) plea --

14  and as I've earlier noted, Mr. Byrd under oath acknowledged the

15  facts that were the factual predicate for that (C) plea -- I

16  don't know that that factual predicate included the information

17  as to Mr. Bowie.  And I'm inclined, in the abundance of

18  caution, to strike that so that that two-level upward

19  adjustment will not be provided.

20          And Ms. Spinnichio, if you'll delete that obstruction

21  of justice adjustment.

22      **THE PROBATION OFFICER:**  Yes, Your Honor.

23      **THE COURT:**  And so that will be sustained.  The

24  objection will be sustained.  That results in a total offense

25  level of 38, criminal history category of III, an Advisory

1    Guideline range of 292 to 365 months in prison.

2          Indeed, the agreed sentence of 312 months, or 26

3    years, falls in that range, actually to the low end of that

4    range.  But that is the Advisory Guideline range at this point.

5          And then the second disputed matter I need to address,

6    that is the matter of the defendant's contention that he was

7    born in Brooklyn, New York, and the position of the

8    Immigration & Customs Enforcement, apparently, that he was born

9    in Jamaica and that there is a detainer lodged against him.

10          From the point of view of the Government and from the

11   defense -- I'll hear from the Government first on this.  I'm

12   not really inclined to deal with this one way or the other.

13   The defendant is free to deal with this as an immigration

14   matter at some point in time.

15          Yes, Mr. Warwick?

16   **MR. WARWICK:**  Yes.  He's allowed to do that.  Just

17   clarifying for the record, Mr. Byrd was born in Jamaica.  What

18   we did, specifically in anticipation of this issue, when

19   somebody comes into the U.S. who is a noncitizen, they are

20   given an alien number and they are fingerprinted.

21          So we got the alien or A file from the Department of

22   Homeland Security.  And we had the prints in that file for

23   Mr. Byrd when he was a teenager, compared with two arrests.

24   One was a Baltimore County arrest September of 1992, as well as

25   the U.S. Marshals arrest in this case, and it's one and the

 1  same person.

 2          **THE COURT:**  All right.

 3          **MR. WARWICK:**  So I just wanted --

 4          **THE COURT:**  You can introduce that as an item -- that

 5  will be Government's Exhibit 1 on this question.

 6          **MR. WARWICK:**  Yes, Your Honor.  And I just didn't want

 7  the probation report --

 8          **THE COURT:**  I understand.

 9          Mr. Lawlor, do you want to be heard on this?

10          **MR. LAWLOR:**  No, Your Honor.

11          **THE COURT:**  Mr. Byrd is free to contend that he was

12  born in Brooklyn, New York.  And to the extent that there is

13  any effort to deport him at the end of his prison sentence,

14  he's -- I'm not going to conduct an inquiry here on that.  I

15  mean, this presentence report you've objected.  You've noted

16  your objection to reference to his being born in Jamaica.  The

17  Government has offered a document in support of it.

18          You're free to offer whatever you want.  Or Mr. Byrd

19  is free to contend he was born in Brooklyn, New York.  And it

20  doesn't really -- it's not going to affect the sentence imposed

21  here.  It's a matter to be dealt with by immigration officials

22  fairly far down the road, as far as I can see.

23          Is there anything else you want to add on this?

24          **MR. LAWLOR:**  No, Your Honor.

25          **THE COURT:**  All right.  And I'm looking here at the

 1   Government's Exhibit 1 on this question.  And I'm not making a

 2   finding one way or the other on it, and I don't need to.

 3          Madam Clerk, thank you very much.

 4          And the evidence is what it is, and the presentence

 5   report stays as is on that matter.  But it does not mean that

 6   the defendant is not free to contend it at a later point in

 7   time when he's being released from prison with respect to

 8   immigration officials.

 9          But the presentence report states and the Government

10   has offered evidence to support the fact that apparently there

11   is an immigration detainer on Mr. Byrd that still exists.

12          So with that, there are no other disputed matters that

13   I know of to address, and I'll now give the Assistant

14   U.S. Attorney an opportunity to speak on behalf of the

15   Government.

16          And then, Mr. Lawlor, you'll be recognized for

17   remarks.

18          And then, Mr. Byrd, you'll be given an opportunity to

19   speak on your own behalf.

20          So with that, Mr. Warwick, I'll be glad to hear from

21   you.

22          **MR. WARWICK:**  Thank you, Your Honor.

23          This case has had a long and torturous history.  It's

24   a very serious matter.  It's one of the largest drug

25   organizations I have been involved with in terms of

1   investigating and prosecuting.

2       We've had the support of law enforcement in Maryland,

3   in Texas, in Arizona, and elsewhere.  And putting this case

4   together was a significant effort, but it was worth it because

5   of the complexity and magnitude of the drug operation and the

6   organization maintained by Mr. Byrd.

7       The agreed -- the stipulated sentence -- and I ask the

8   Court to agree by the -- agree with counsel and adopt our

9   request.  I think a sentence of 26 years is sufficient, and

10   hopefully that will be followed by deportation, and that

11   sentence to run concurrent with the ten years on the

12   money-laundering count.

13       If the Court has any questions, I'll be happy to

14   answer them.

15       **THE COURT:**  No.  That's fine.  Thank you.

16       The statement of facts, which was set forth in Pages 5

17   and 6 of the plea agreement, as to which Mr. Byrd acknowledged

18   under oath before me on November the 2nd, I think is

19   self-explanatory in terms of the depth of this organization and

20   the implications of it.

21       With that, I'll be glad to recognize you, Mr. Lawlor.

22   As I've said, I'll certainly abide by the plea agreement that

23   your client reached with the Government on November 2nd, but

24   I'll be glad to hear from you if you want to add anything.

25       **MR. LAWLOR:**  I do not, Your Honor.  Understanding that

1   this is an agreed-upon sentence, I'd just ask the Court to

2   consider the comments we made in the letter dated January 23rd.

3          **THE COURT:**  Yes.  And certainly I intend to address

4   his concern over posttraumatic stress disorder, as well as his

5   desire for mental health treatment.  And I will certainly do

6   that.  And certainly Mr. Byrd is going to get credit for all

7   time served in federal custody since his arrest by authorities

8   in Arizona back on April 29th, 2014.

9          So he has already served, as I've said, some two and a

10   half years, going on almost three years of the sentence.  And

11   you're getting full credit for that, Mr. Byrd.  All the time

12   you spent thus far is being credited against your sentence.

13          So with that, if you'll please stand.  I personally

14   address you and determine if you wish to make a statement and

15   give you the opportunity to speak on your own behalf.

16          Would you like to make a statement, sir?

17          **THE DEFENDANT:**  Statement I already made -- I pretty

18   much already made, Your Honor.

19          **THE COURT:**  All right.  That's fine.  Thank you very

20   much.

21          The Court has conducted the analysis under the Booker

22   and Gall cases, as I -- remain standing, please, sir.

23          The Court has conducted the analysis under the Booker

24   and Gall cases, as I've previously outlined.  And the sentence

25   imposed should achieve the four Congressionally mandated

45

1    purposes of sentencing -- that is, to punish the defendant, to

2    deter the defendant and others from criminal conduct, to

3    incapacitate the defendant and protect the public, and to

4    rehabilitate the defendant.

5         These steps were outlined by the United States Court

6    of Appeals for the Fourth Circuit in United States versus Raby,

7    R-A-B-Y, at 575 F.3d 376, a Fourth Circuit opinion in 2009.

8         To achieve these four purposes, I have looked at the

9    seven factors under 18 United States Code, Section 3553(a), and

10   specifically the nature and circumstances of the offense in

11   this case and the conduct of the defendant, specifically.

12        I have also looked at the guideline range here with

13   respect to the guideline range, which it turns out is exactly

14   in the range of the agreed (C) plea sentence here.

15        And I have certainly noted not only the nature and

16   circumstances of the offense, but the history and

17   characteristics of this defendant.  And indeed the Court has

18   applied those factors.

19        And I'm very much aware of the early issue that we

20   addressed here about alternative sources of income, which

21   ultimately the lawyers were not able to establish in terms of

22   in the auspices of the case of United States versus Farmer in

23   terms of the fact that you have clearly financed a significant

24   drug operation for a long period of time.

25        And I've considered not only the nature and

1  circumstances of this offense and the characteristics of the

2  defendant, but also, under 3553(a)(6), the sentences imposed

3  upon similarly situated individuals, in considering the

4  propriety of a total sentence of 26 years.

5          So I find that it's sufficient but not greater than

6  necessary to achieve the goals of sentencing under both the

7  factors under 3553(a), as well as under the Advisory Guideline

8  calculation.

9      (It is the policy of this court that every guilty plea and

10  sentencing proceeding include a bench conference concerning

11  whether the defendant is or is not cooperating.)

12          **THE COURT:**  It is ordered that the defendant,

13  Richard Byrd, be remanded to the custody of the Bureau of

14  Prisons for a period of 312 months on Count 1 and 120 months on

15  Count 2, concurrent to Count 1, for a total sentence of

16  312 months, with credit for time served in federal custody

17  since April 29th, 2014.

18          I'm going to recommend that he receive psychological

19  counseling and mental health treatment while he's incarcerated.

20          I'm going to recommend that he participate in any drug

21  abuse program for which he may be eligible.

22          I'm also going to recommend that he receive some

23  vocational training while he's incarcerated, because the only

24  indication of employment is his assertion that he's been in the

25  promotion business.  He doesn't have any employment other than

1   his suggestion as to that, and that fell deficient earlier in

2   these proceedings when Perkins Coie was trying to perhaps enter

3   their appearance in this case.

4          Mr. Byrd is before this Court facing sentencing for

5   being the leader of a large drug-trafficking enterprise and

6   amassed quite a significant amount of money from this

7   participation.  And I've already entered certain forfeiture

8   orders consistent with the plea agreement in this case.

9          But I do think that the sentence at the lower end of

10  the Advisory Guideline range -- that's 312 months total -- is

11  an appropriate sentence.

12         I'm going to place you on supervised release,

13  Mr. Byrd, upon your release from prison, for a period of

14  ten years as to Count 1 and three years as to Count 2,

15  concurrent to Count 1, for a total term of supervised release

16  of ten years.

17         The mandatory and standard conditions of supervision

18  adopted by the Court shall apply and the following additional

19  conditions:

20         That you shall satisfactorily participate in a

21  treatment program approved by the probation officer relating to

22  substance and/or alcohol abuse, which may include evaluation,

23  counseling, and testing as deemed necessary by the probation

24  officer.

25         Secondly, that you shall satisfactorily participate in

1    a mental health treatment program approved by the probation

2    officer, which may include evaluation, counseling, and testing

3    as deemed necessary.

4          Third, that you shall provide the probation officer

5    with access to any requested financial information.

6          Fourth, that you shall not have any contact with any

7    victim or witness in the instant offense by any means,

8    including in person, by mail, by telephone, or via any device

9    or Internet or any other social media device in terms of trying

10   to contact any witnesses who you believe were involved in this

11   case.

12         And, fifth, you shall cooperate in the collection of

13   any DNA as directed by the probation officer if it were deemed

14   necessary.

15         And they are conditions of supervised release when

16   you're released after your prison term.

17         I am not going to impose a fine in this case.  You've

18   already had a very substantial forfeiture order and money

19   judgment entered against you, consistent with Paragraph 9 of

20   the plea agreement, which was introduced as

21   Government's Exhibit 1 at the time you pled guilty on

22   November the 2nd, so no fine will be assessed.

23         There is a special assessment of $100 per count as to

24   the second superseding indictment, so there's a $200 mandatory

25   special assessment.  That will just be listed as being paid

immediately.  But, in fact, it will just be deducted from your prison wages.

In Paragraph 16 of the plea agreement, you and the Government waived any appeal of the sentence in this case by the agreed sentence under Rule 11(c)(1)(C) of 312 months.  And that's the sentence that has, in fact, been imposed.

But if you did want to note an appeal, you should do so within 14 days of the entry of the judgment and commitment order in this case, pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure.

Mr. Lawlor, you do not need to notify the Court, but you should make sure your notes to your file reflect your discussions with your client in that regard, presumably based upon his representation here and his adoption of the submission submitted last night by Mr. Jamison and his oral adoption of that here today that he'll want to file an appeal.

Pursuant to 18 United States Code, Section 3006A, Mr. Byrd, if you cannot afford an attorney to represent you, an attorney can be appointed to represent you.

In that regard, Mr. Lawlor, in light of the representations here today, Ms. Maureen Essex, our Criminal Justice Act Panel Coordinator, is here and if you can talk with her tomorrow so that Mr. Byrd understands that he has a deadline for filing an appeal in this case.

And if he chooses to retain private counsel, that's

1    fine.  If he doesn't, we need to make sure we get

2    court-appointed counsel appointed for him so that a

3    court-appointed lawyer, who would, in fact, then be the fourth

4    court-appointed lawyer in this case, would be able to file the

5    paperwork for him.  Because I think in light of his

6    representations as to you, that if he wants court-appointed

7    counsel, yet another lawyer --

8              **MR. LAWLOR:**  Your Honor, just for the record, what

9    I'll do is I will note the appeal.

10             **THE COURT:**  Okay.  Just do it right away.

11             **MR. LAWLOR:**  And then I'll move to withdraw in the

12   Fourth Circuit, and they will appoint someone without a

13   conflict.

14             **THE COURT:**  That's fine.

15             And you just coordinate that with Ms. Essex, who's

16   here in court, just so we cover that base.

17             That way, Mr. Byrd, if you have another

18   court-appointed lawyer, which will be Number 4 -- but if you

19   can get a private lawyer to represent you, that's fine.  And

20   Mr. Lawlor will file an appeal with you -- with the court on

21   your behalf within the next 24 hours.

22             So thank you very much.

23             Is there anything further from the point -- well,

24   there's one other further matter here.

25             Is there anything further, Mr. Warwick, from your

1   point of view?

2           MR. WARWICK:  No, Your Honor.  The Court has already

3   signed a preliminary order of forfeiture.

4           THE COURT:  Yes.

5           MR. WARWICK:  I will submit the final order once the

6   publications have been made for certain properties.

7           THE COURT:  That's fine.  I think that you -- as to

8   that, that may have to be stayed pending the appeal filed by

9   Mr. Byrd.  We'll have to see how that works.

10          MR. WARWICK:  One doesn't --

11          THE COURT:  I think you need to wait until he gets a

12  new lawyer, because to the extent that there are assets that

13  are marked as forfeiture, he is challenging -- he's essentially

14  saying that nothing was correct or truthful when he testified

15  on November the 2nd.

16          So to the extent that there's any forfeiture order

17  that flows from it -- you certainly can file it.  But what I'm

18  saying is I think it's going to have to await the resolution of

19  the appeal in this case when he files the appeal.

20          Anything further from the point of view of the

21  Government?

22          MR. WARWICK:  No, Your Honor.  Thank you.

23          THE COURT:  Mr. Lawlor, anything further, sir?

24          MR. LAWLOR:  Yes, Your Honor.

25          I'd ask the Court to recommend that Mr. Byrd be

```
 1   designated by the Bureau of Prisons at the FCI in Miami or the

 2   FCI in Fairton, New Jersey.

 3              THE COURT:  All right.  I'll recommend FCI -- hold on

 4   one second.  Which one is his first choice?

 5              MR. LAWLOR:  Miami.

 6              THE COURT:  All right.  I'll recommend FCI Miami.

 7              MR. LAWLOR:  Or Fairton, New Jersey would be --

 8              THE COURT:  Or in the alternative, Madam Clerk,

 9   Fairton, New Jersey; FCI Fairton, New Jersey.

10              MR. LAWLOR:  Can you also indicate, Your Honor, that

11   Mr. Byrd has an enemy at Fort Dix and that he not be designated

12   there?

13              THE COURT:  Yes, I'll do that as well, if you want to

14   stay after for a few minutes.  Just give that note to

15   Ms. Tyson.

16              Ms. Tyson, we're going to wind up probably doing this

17   first thing in the morning.

18              THE CLERK:  Yes, Your Honor.

19              THE COURT:  But we'll make sure that -- definitely not

20   Fort Dix.  I will do that.

21              MR. LAWLOR:  And lastly, Your Honor, Mr. Byrd has

22   asked me to submit, I suppose, as Defendant's Exhibit 1 in

23   support of his motion to withdraw the guilty plea his phone log

24   from CTF, which would indicate his efforts to call certain

25   lawyers prior to --
```

1    **THE COURT:**  That's fine.  That will be introduced as

2  Defendant's Exhibit 1.  That will be introduced into evidence.

3    **MR. LAWLOR:**  And that's it, Your Honor.

4    **THE COURT:**  Hold on one second here.

5    Anything else, Mr. Lawlor?

6    **MR. LAWLOR:**  No, Your Honor.

7    **THE COURT:**  All right.  Just with that, just one other

8  matter, if counsel will just stand by.

9    Mr. Byrd, be seated for a minute here, if you will,

10  sir.

11    You may be seated, Mr. Lawlor.

12    Mr. William Bond, I believe, is in the courtroom.  He

13  had originally filed some matters.

14    Mr. Bond, good afternoon to you.

15    Just -- I'll be entering a memorandum order to the

16  following effect:

17    On October 19th, 2015, this Court allowed movant,

18  William Bond, to intervene in this case, meaning specifically

19  that he would be listed on the docket in this case, because he

20  had an interest in it.

21    And both prior to and since that decision, Mr. Bond

22  has repeatedly sought to unseal certain portions of the record

23  in this case.

24    Now pending before this Court is Mr. Bond's sixth

25  motion to intervene, filed on November 7th, 2016, by an amended

1    third letter to intervene, Paper No. 405, dated January 24th,

2    2017.  He again renewed his request for unsealing.

3          And then in an e-mail to chambers dated January 25th,

4    2017, he requested that the Court hold in abeyance these

5    motions pending Mr. Byrd's sentencing.

6          Mr. Bond is a member of the public.  He's entitled to

7    be kept advised of what occurs here in court, and so I

8    permitted him that courtesy.

9          I am mindful of the public's right of access to

10   judicial proceedings.  The Fourth Circuit's most recent opinion

11   on that, I think, is Doe versus Public Citizen, 749 F.3d 256, a

12   Fourth Circuit opinion in 2014.

13         And I have considered Mr. Bond's many submissions and

14   have weighed the competing interest in this matter in terms of

15   the matter of certain portions of the record that are under

16   seal and will remain under seal.

17         So having considered all of those, under the Virginia

18   Department of State Police versus Washington Post case,

19   386 F.3d 567, a Fourth Circuit opinion in 2004, the records

20   that are sealed shall remain sealed.

21         So it is ordered this 9th day of February, 2017, that

22   the pending motions filed by Mr. Bond, 276, 385, and 405, are

23   denied.  To the extent that any other submissions filed by

24   Mr. Bond may be construed as motions, they are similarly

25   denied.

1        Mr. Bond is free to seek review of this memorandum

2   order by the United States Court of Appeals for the

3   Fourth Circuit, which has noted that mandamus and not appeal is

4   the preferred method of review for those orders restricting

5   access to criminal proceedings.

6        And the key case on that is <u>Baltimore Sun Company</u>

7   <u>versus Goetz</u>, 886 F.2d, Page 60, and discussion, Page 63,

8   Fourth Circuit opinion in 1989.

9        And so, Madam Clerk, I've signed an order to this

10  effect, and that order will be filed.

11        And I think that concludes all matters before this

12  court as to Mr. Byrd.  Is there anything further from the point

13  of view of the Government?

14        **MR. WARWICK:**  No, Your Honor.  Thank you for your

15  time.

16        **THE COURT:**  Anything further from the point of view of

17  the defense?

18        **MR. LAWLOR:**  No, Your Honor.

19        **THE COURT:**  This court stands adjourned.

20     (Court adjourned at 4:26 p.m.)

21     I, Douglas J. Zweizig, RDR, CRR, do hereby certify that
    the foregoing is a correct transcript from the stenographic
22  record of proceedings in the above-entitled matter.
                    _____/s/_____
23

24                  Douglas J. Zweizig, RDR, CRR
                    Registered Diplomate Reporter
                    Certified Realtime Reporter
25                  Federal Official Court Reporter
                    DATE:  April 17, 2017

**$**

$100 [1]   48/23
$200 [1]   48/24

**/**

/s [1]   55/22

**0**

0186 [2]   1/4 2/5

**1**

10 [2]   37/23 38/4
10 years [1]   22/17
101 [1]   1/24
11 [13]   2/7 6/23 12/22 15/19
 15/20 17/2 18/18 22/12 23/9
 32/8 38/4 38/22 49/5
11th [2]   28/8 28/12
12 [2]   32/25 38/5
120 [2]   22/17 46/14
1226 [1]   18/20
13 [1]   36/18
14 [1]   49/8
14th [1]   9/22
15 [1]   36/19
15th [2]   9/22 15/3
16 [1]   49/3
17 [2]   37/23 55/25
18 [4]   22/18 33/14 45/9 49/17
18th [1]   13/20
1956 [1]   22/18
1986 [1]   31/15
1989 [1]   55/8
1991 [1]   17/12
1992 [2]   37/24 40/24
1993 [1]   37/24
1998 [1]   37/25
19th [1]   53/17
1st [4]   3/7 3/11 9/5 15/8

**2**

20 [2]   30/16 31/2
2000 [1]   17/7
2003 [3]   18/15 35/9 36/3
2004 [3]   18/20 36/13 54/19
2005 [2]   32/20 32/25
2007 [1]   33/21
2009 [1]   45/7
2014 [7]   13/1 13/6 13/8 22/21
 44/8 46/17 54/12
2015 [8]   13/11 13/12 13/15
 13/15 13/16 13/19 36/15 53/17
2016 [12]   3/7 13/20 14/12 14/14
 14/16 14/17 14/18 14/19 15/17
 15/24 38/18 53/25
2017 [6]   1/8 28/12 54/2 54/4
 54/21 55/25
21201 [1]   1/25
215 F.3d 421 [1]   17/6
23rd [1]   44/2
24 [1]   50/21
245 [1]   17/11
24th [1]   54/1
25 [3]   31/9 37/17 38/13
256 [1]   54/11
25th [1]   54/3
26 [7]   22/14 22/19 24/2 38/7
 40/2 43/9 46/4
26-year [1]   34/8
276 [1]   54/22
27th [1]   14/18

28th [1]   14/14
29th [2]   44/8 46/17
2nd [13]   2/6 5/12 7/24 15/17
 15/24 19/9 23/5 32/14 34/7
 43/18 43/23 48/22 51/15

**3**

30 [1]   35/15
30 days [1]   36/6
3006A [1]   49/17
307 [1]   24/13
30th [1]   13/15
312 [6]   22/19 24/2 40/2 46/14
 47/10 49/5
312 months [2]   22/15 46/16
31st [1]   9/14
32 [2]   31/23 38/11
348 F.3d 408 [1]   18/14
35 [2]   25/19 26/10
3553 [4]   33/13 45/9 46/2 46/7
36 [3]   27/10 37/11 38/3
365 [1]   40/1
376 [1]   45/7
38 [1]   39/25
385 [1]   54/22
386 F.3d 567 [1]   54/19
3:12 [1]   2/2
3C1.1 [2]   24/24 31/10

**4**

40 [2]   37/14 37/21
403 [1]   33/17
405 [2]   54/1 54/22
407 [2]   25/6 25/18
408 [5]   3/6 16/25 18/14 20/13
 22/6
42 [1]   37/19
421 [1]   17/6
4:26 [1]   55/20
4th [1]   1/24

**5**

52 [1]   36/18
53 [2]   28/15 28/14
540 U.S. 1226 [1]   18/20
55 [2]   27/22 28/3
567 [1]   54/19
575 F.3d 376 [1]   45/7
5D [1]   1/8

**6**

60 [1]   55/7
61 [1]   29/4
62 [1]   30/5
63 [1]   55/7
64 [2]   30/5 34/13
69 [1]   30/14
6A [1]   5/24
6A1.3 [2]   31/23 38/12
6th [1]   13/11

**7**

70 [1]   36/18
749 F.3d 256 [1]   54/11
7th [8]   3/12 8/18 14/25 15/7
 15/12 15/16 18/11 53/25

**8**

886 F.2d [1]   55/7
8:17 [3]   3/5 12/19 16/24
8:17 p.m [2]   15/24 22/8

**9**

931 F.2d 245 [1]   17/11
9th [1]   54/21

**A**

A file [1]   40/21
abeyance [1]   54/4
abide [2]   39/2 43/22
able [11]   8/8 8/11 8/17 9/14
 9/22 10/4 12/1 14/5 21/13 45/21
 50/4
about [10]   3/25 9/23 11/16
 11/20 12/4 13/22 16/18 21/1
 33/6 45/20
above [1]   55/22
above-entitled [1]   55/22
absolutely [2]   16/3 29/18
abundance [1]   39/17
abundantly [3]   18/4 19/4 19/14
abuse [2]   46/21 47/22
accept [1]   18/24
acceptance [3]   6/3 37/20 38/23
accepted [1]   5/8
accepting [2]   11/20 38/6
access [4]   13/24 48/5 54/9 55/5
accorded [1]   14/1
according [2]   22/7 26/9
account [1]   33/10
accurate [2]   26/21 32/10
achieve [4]   34/3 44/25 45/8
 46/6
acknowledge [1]   18/22
acknowledged [2]   39/14 43/17
acknowledging [1]   19/10
act [8]   10/14 10/18 10/25 35/8
 35/10 35/13 37/6 49/22
activated [1]   21/16
activity [1]   37/13
actually [5]   6/25 10/13 30/13
 34/9 40/3
add [3]   27/8 41/23 43/24
added [6]   24/15 26/14 29/10
 29/13 30/7 30/9
addition [1]   38/14
additional [2]   29/17 47/18
additions [1]   25/6
address [8]   31/22 31/24 32/2
 37/18 40/5 42/13 44/3 44/14
addressed [1]   45/20
addressing [2]   25/1 25/16
adjourned [2]   55/19 55/20
adjustment [9]   24/23 31/9 37/12
 37/16 37/20 38/14 39/11 39/19
 39/21
administrative [2]   36/3 36/14
adopt [3]   4/7 4/11 43/8
adopted [3]   20/14 33/8 47/18
adopting [2]   4/23 22/6
adoption [3]   12/20 49/14 49/15
adopts [2]   3/18 4/13
advised [1]   54/7
advisory [14]   23/24 24/24 26/16
 31/11 32/10 33/4 33/5 33/7
 34/10 38/12 39/25 40/4 46/7
 47/10
affect [5]   22/1 26/7 26/14
 26/15 41/20
afford [1]   49/18
after [10]   4/4 9/15 9/20 11/12
 11/21 16/20 22/23 30/2 48/16
 52/14

Case 1:14-cr-00186-LO Document 126 Filed 09/04/17 Page 57 of 68

## A

after-hours [1]  4/4
afternoon [8]  2/3 2/21 2/24 3/1
  22/25 23/2 34/23 53/14
afterwards [1]  30/3
again [5]  7/9 15/4 18/10 29/4
  54/2
against [6]  5/16 14/20 31/14
  40/9 44/12 48/19
age [1]  37/24
ago [3]  4/11 4/19 32/25
agree [2]  43/8 43/8
agreed [13]  7/24 10/7 12/8 15/3
  15/20 22/13 32/8 38/7 40/2 43/7
  44/1 45/14 49/5
agreed-upon [1]  44/1
agreement [12]  5/22 5/25 11/20
  13/10 13/13 32/9 35/23 43/17
  43/22 47/8 48/20 49/3
ahead [3]  9/10 29/18 29/19
air [1]  12/6
alcohol [1]  47/22
Alexis [1]  14/2
Alexis Danneman [1]  14/2
alien [2]  40/20 40/21
all [37]  2/10 4/16 5/9 6/7 6/12
  6/16 7/13 9/7 10/1 12/9 15/9
  16/9 20/21 21/25 24/11 24/12
  25/15 26/7 27/3 28/6 29/9 29/24
  30/4 34/18 35/2 37/4 37/5 41/2
  41/25 44/6 44/11 44/19 52/3
  52/6 53/7 54/17 55/11
alleged [3]  24/24 31/10 38/5
allotted [1]  10/11
allow [1]  9/8
allowed [8]  8/24 17/5 18/10
  19/20 19/22 36/24 40/16 53/17
almost [2]  19/5 44/10
already [9]  20/21 22/21 22/22
  44/9 44/17 44/18 47/7 48/18
  51/2
also [12]  1/19 2/14 6/22 24/22
  25/4 28/15 30/6 35/11 45/12
  46/2 46/22 52/10
alternative [2]  45/20 52/8
although [2]  4/11 25/2
am [3]  35/5 48/17 54/9
amassed [1]  47/6
amended [1]  53/25
amending [1]  29/4
AMERICA [1]  1/3
among [1]  35/10
amount [2]  10/11 47/6
amplification [1]  39/8
analysis [4]  34/6 34/12 44/21
  44/23
and/or [1]  47/22
Andrea [1]  29/7
Andrea King [1]  29/7
Anita [1]  29/9
Anita Bush [1]  29/9
another [7]  4/3 5/16 10/16
  36/20 37/24 50/7 50/10
answer [2]  5/15 43/14
answers [1]  5/15
anticipation [1]  40/18
any [46]  5/15 6/16 7/13 7/25
  15/9 15/23 15/25 16/16 18/5
  19/1 19/5 22/1 23/19 25/12
  25/21 26/2 26/19 28/23 31/21
  32/1 34/16 34/19 34/22 35/22

  35/23 35/25 38/6 38/10 38/18
  43/20 44/14 45/19 46/6 46/17
  46/25 48/5 48/6 48/6 48/7 48/8
  48/9 48/10 48/13 49/4 51/16
  54/23
anybody [1]  6/23
anyhow [3]  8/9 11/11 11/15
anyone [1]  6/25
anything [11]  16/7 32/5 41/23
  43/24 50/23 50/25 51/20 51/23
  53/5 55/12 55/16
apart [1]  34/1
apnea [1]  30/7
apparently [4]  4/18 12/19 40/8
  42/10
appeal [12]  18/2 18/2 49/4 49/7
  49/16 49/24 50/9 50/20 51/8
  51/19 51/19 55/3
Appeals [5]  17/12 18/13 33/12
  45/6 55/2
appear [1]  26/14
appearance [9]  3/11 8/22 11/13
  12/13 13/9 14/2 15/9 15/15 47/3
appeared [4]  13/1 14/13 15/5
  19/25
Appellate [1]  49/10
applicable [1]  35/22
applied [3]  18/15 33/4 45/18
apply [3]  33/9 36/19 47/18
appoint [1]  50/12
appointed [21]  8/15 10/20 11/7
  11/8 13/7 14/10 14/13 14/24
  15/1 15/2 15/6 18/5 18/12 19/17
  49/19 50/2 50/2 50/3 50/4 50/6
  50/18
appreciate [1]  9/9
approach [3]  20/25 21/22 33/8
appropriate [4]  34/9 34/11 36/1
  47/11
approved [2]  47/21 48/1
April [7]  13/20 14/14 22/20
  31/15 44/8 46/17 55/25
April 18th [1]  13/20
April 28th [1]  14/14
April 29th [2]  44/8 46/17
are [41]  2/8 5/14 7/3 7/4 10/18
  10/19 12/16 17/8 17/12 22/9
  23/25 25/4 25/7 25/9 28/7 31/7
  31/8 31/25 32/1 32/12 32/17
  33/7 33/18 34/14 35/2 35/8
  35/11 36/7 37/6 37/6 38/10
  40/19 40/20 42/12 48/15 51/12
  51/13 54/15 54/20 54/22 54/24
argue [1]  7/21
Arizona [2]  43/3 44/8
around [1]  9/22
arrest [3]  40/24 40/25 44/7
arrests [1]  40/23
arrived [1]  15/10
as [87]
Ashley [1]  29/8
Ashley Channing [1]  29/8
ask [5]  3/25 38/16 43/7 44/1
  51/25
asked [5]  5/13 6/24 7/3 8/17
  8/25 9/2 13/18 52/22
asking [4]  5/18 6/22 7/20 7/24
assault [3]  26/8 27/17 37/25
asserted [2]  17/16 19/11
asserting [1]  7/22
assertion [4]  6/13 19/7 26/24
  46/24

assessed [1]  48/22
assessment [1]  48/25
assets [4]  13/25 14/5 30/21
  51/12
assistance [3]  17/20 19/19
  35/19
Assistant [2]  1/15 42/13
attacks [2]  12/16 12/17
attorney [9]  4/3 13/3 13/5
  13/17 14/9 14/22 42/14 49/18
  49/19
Attorney's [1]  1/20
attorneys [3]  1/15 9/16 14/1
August [2]  14/19 38/18
auspices [1]  45/22
author [3]  25/25 26/6 29/17
authorities [1]  44/7
await [1]  51/18
aware [6]  4/6 10/1 10/19 16/16
  16/18 45/19
away [1]  50/10

## B

back [9]  2/10 9/17 9/22 11/20
  19/9 27/20 36/3 36/13 44/8
balance [1]  33/2
Baltimore [4]  1/9 1/25 40/24
  55/6
Baltimore County [1]  40/24
Baltimore Sun [1]  55/6
Bar [5]  3/10 10/19 12/13 12/14
  12/15
base [2]  37/11 50/16
based [5]  15/14 24/23 24/24
  38/1 49/13
basis [11]  6/12 6/16 6/18 6/19
  7/13 7/16 7/19 7/20 7/25 8/4
  24/1
battle [1]  11/20
be [90]
because [15]  6/2 7/4 9/4 10/4
  11/23 14/11 16/17 16/18 26/17
  37/12 43/4 46/23 50/5 51/12
  53/19
Bedtime [2]  34/20 34/21
been [20]  4/25 5/4 5/7 5/9 6/9
  8/16 20/5 24/17 25/23 27/19
  27/25 30/15 31/1 33/5 33/16
  36/12 42/25 46/24 49/6 51/6
before [23]  1/10 2/6 3/24 5/11
  8/6 8/16 9/5 18/7 18/9 18/21
  19/11 21/14 22/12 26/9 26/22
  27/18 30/11 32/15 39/3 43/18
  47/4 53/24 55/11
begins [1]  36/17
behalf [6]  2/20 33/17 42/14
  42/19 44/15 50/21
behest [1]  3/17
being [12]  11/21 26/23 27/24
  28/2 28/24 34/2 37/19 41/16
  42/7 44/12 47/5 48/25
belaboring [1]  29/16
believe [8]  4/11 24/14 24/16
  28/4 28/19 32/3 48/10 53/12
bench [2]  21/13 21/15 21/16
  21/22 21/24 46/10
bend [1]  5/5
BENNETT [1]  1/10
between [2]  17/18 19/13
birthplace [1]  27/20
Bond [8]  53/12 53/14 53/18
  53/21 54/6 54/22 54/24 55/1

Case 1:14-cr-00186-LO Document 425-1 Filed 04/17/17 Page 58 of 68

**B**

Bond's [2]   53/24 54/13
Booker [5]   32/19 32/25 33/9
  44/21 44/23
born [8]   31/14 31/20 40/7 40/8
  40/17 41/12 41/16 41/19
both [3]   2/8 46/6 53/21
bound [1]   33/9
Bowie [4]   24/25 38/20 38/25
  39/17
Bowman [1]   18/14
Brennan [4]   13/9 13/17 14/9
  19/19
Brooklyn [5]   27/21 31/20 40/7
  41/12 41/19
Brown [3]   9/19 9/21 9/23
bullied [2]   11/21 12/7
burden [1]   30/24
Bureau [2]   46/13 52/1
Bush [1]   29/9
business [1]   46/25
BYRD [64]
Byrd's [5]   24/22 27/24 31/1
  38/19 54/5

**C**

C. [1]   9/19
Cabou [1]   14/1
calculate [1]   32/10
calculation [7]   23/24 26/15
  27/11 32/4 32/4 33/24 37/9 46/8
calendar [1]   12/2
call [2]   9/13 52/24
calling [3]   2/4 9/14 9/16
came [1]   30/18
can [22]   2/10 5/5 9/13 20/22
  20/24 21/7 21/14 21/17 27/15
  27/18 30/25 36/24 38/16 39/6
  39/8 41/4 41/22 49/19 49/22
  50/19 51/17 52/10
cannot [3]   20/9 37/1 49/18
case [67]
cases [3]   35/12 44/22 44/24
Castle [1]   28/15
category [3]   26/18 38/4 39/25
Category III [1]   26/18
category of III [2]   38/4 39/25
causing [1]   34/22
caution [1]   39/18
Celexa [1]   34/15
cell [1]   8/7
certain [13]   12/15 13/25 14/20
  16/23 25/2 25/4 35/15 38/10
  47/7 51/6 52/24 53/22 54/15
certainly [8]   30/25 36/13 43/22
  44/3 44/5 44/6 45/15 51/17
certified [2]   16/11 55/24
certify [1]   55/21
certiorari [1]   18/19
chagrin [1]   18/8
challenging [1]   51/13
chambers [1]   54/3
chance [1]   23/3
Chang [1]   29/9
change [2]   23/23 27/10
changes [2]   24/6 24/11
Channing [1]   29/8
characteristics [4]   29/5 36/11
  45/17 46/1
charge [5]   22/17 37/23 37/24
  37/24 37/25

Chief [2]   35/14 36/2
choice [1]   52/4
chooses [1]   49/25
Circuit [14]   17/5 17/7 17/8
  17/12 18/14 18/15 32/11 45/6
  45/7 50/12 54/12 54/12 54/19 55/3
  55/8
Circuit's [1]   54/10
circumstances [3]   45/10 45/16
  46/1
citizen [2]   31/19 54/11
claimed [1]   18/17
Clarify [1]   3/7
clarifying [1]   40/17
Clark [3]   1/15 2/14 2/17
classified [1]   27/5
Clayanna [1]   29/21
Clayanna Warthen [1]   29/21
clear [7]   12/25 18/4 18/7 19/4
  19/15 20/10 32/7
clearly [2]   28/15 45/23
clerk [5]   10/24 35/20 42/3 52/8
  55/9
client [4]   20/22 35/3 43/23
  49/13
close [2]   17/20 19/19
closer [2]   4/21 5/2
co [9]   24/25 27/24 28/2 28/4
  28/15 28/16 28/20 28/24 38/20
  38/24 38/25
co-defendant [9]   24/25 27/24
  28/2 28/4 28/15 28/16 28/20
  28/24 38/20
cocaine [1]   22/16
Code [4]   22/18 33/14 45/9 49/17
Coie [4]   13/21 30/19 30/22 47/2
collection [1]   48/12
colloquy [3]   6/23 15/19 18/18
come [5]   8/25 11/1 21/8 30/21
  30/24
comes [2]   37/14 40/19
comfortable [1]   39/11
comments [2]   12/5 44/2
Commission [4]   35/16 35/25 36/5
  36/23
commitment [2]   35/18 49/8
communicated [1]   6/10
communication [1]   15/9
Company [1]   55/6
compared [1]   40/23
competent [6]   17/21 19/19 19/20
  19/22 19/24 35/3
competing [1]   54/14
complexity [1]   43/5
complied [2]   37/6 37/7
complies [1]   26/23
computer [1]   2/18
concern [1]   44/4
concerning [1]   46/10
concludes [1]   55/11
concurrent [3]   43/11 46/15
  47/15
conditions [3]   47/17 47/19
  48/15
conduct [5]   13/23 38/5 41/14
  45/2 45/11
conducted [3]   13/22 44/21 44/23
conference [4]   15/8 21/16 21/24
  46/10
conferred [2]   4/9 20/23
confidential [3]   36/11 36/16
  36/20

confirm [1]   21/14
confirmed [3]   9/23 50/13
Congress [1]   35/9
Congressionally [1]   44/25
consider [1]   44/2
consideration [2]   30/20 34/1
considered [4]   17/13 45/25
  54/13 54/17
considering [2]   38/6 46/3
considers [1]   33/15
consistent [2]   47/8 48/19
conspiracy [1]   22/15
Constitutional [1]   33/2
Constitutionality [1]   32/21
construed [1]   54/24
consult [1]   33/10
contact [6]   4/5 9/25 10/2 24/25
  48/6 48/10
contacted [2]   9/15 9/18
containing [1]   36/16
contains [1]   36/11
contend [3]   41/11 41/19 42/6
contended [1]   24/15
contends [2]   26/21 31/18
contention [2]   31/1 40/6
context [1]   33/4
continue [2]   13/18 19/6
conversation [1]   12/6
conviction [4]   25/20 26/1 26/3
  26/4
cooperate [1]   48/12
cooperating [1]   46/11
coordinate [1]   50/15
Coordinator [3]   10/14 10/18
  49/22
copy [1]   28/10
correct [12]   4/24 6/2 6/14 7/11
  23/14 23/15 23/16 24/17 24/19
  26/11 51/14 55/21
corrected [1]   8/20
correction [2]   24/17 25/23
corrections [3]   25/5 25/13
  25/18
correctly [1]   8/13
cosmetic [3]   25/7 25/9 25/10
could [5]   15/14 21/20 30/21
  36/21 36/22
counsel [25]   2/11 2/14 3/14 4/9
  10/12 11/24 13/7 13/14 13/25
  14/6 15/2 17/21 19/19 19/20
  19/22 19/24 20/23 21/22 25/18
  30/19 43/8 49/25 50/2 50/7 53/8
counseling [3]   46/19 47/23 48/2
count [13]   7/4 7/5 22/15 22/18
  23/12 43/12 46/14 46/15 46/15
  47/14 47/14 47/15 48/23
Count 1 [6]   7/4 22/15 46/14
  46/15 47/14 47/15
Count 2 [4]   7/5 22/18 46/15
  47/14
country [1]   31/15
counts [2]   2/8 23/12
County [1]   40/24
couple [1]   29/17
course [2]   16/19 21/10
court [101]
Court's [5]   6/3 11/17 22/1
  38/23 39/1
court-appointed [15]   8/15 11/7
  13/7 14/10 14/13 14/24 15/2
  15/6 18/12 19/17 50/2 50/3 50/4
  50/6 50/18

**C**

courtesy [2]   14/2 54/8
courtroom [3]   1/8 2/18 53/12
courts [2]   33/11 35/11
cousin [1]   28/14
cover [1]   50/16
credible [3]   17/14 19/3 19/7
credibly [2]   17/16 19/11
credit [4]   22/20 44/6 44/11
  46/16
credited [1]   44/12
criminal [27]   1/4 2/5 2/7 6/24
  10/14 10/18 10/25 12/22 17/2
  22/13 24/16 26/13 26/15 27/8
  27/9 31/23 35/12 37/13 37/22
  38/2 38/3 38/5 38/11 39/25 45/2
  49/21 55/5
criteria [2]   17/8 19/2
criterion [1]   20/3
criticizing [1]   39/11
CRR [1]   1/23 55/21 55/23
CTF [1]   52/24
custody [4]   22/20 44/7 46/13
  46/16
Customs [1]   40/8

**D**

Damon [2]   1/20 2/15
Damon Gasque [2]   1/20 2/15
Danneman [1]   14/2
date [14]   3/11 13/11 13/14
  13/18 13/19 14/12 14/15 14/24
  15/4 15/15 18/9 28/7 32/15
  55/25
dated [3]   44/2 54/1 54/3
David [3]   14/13 14/23 19/22
David Solomon [3]   14/13 14/23
  19/22
day [11]   5/1 5/8 6/9 8/5 8/6
  11/12 11/12 15/17 23/6 23/10
  54/21
days [6]   3/13 3/23 32/15 35/15
  36/6 49/8
deadline [1]   49/24
deal [5]   10/16 30/12 31/21
  40/12 40/13
dealt [2]   27/19 41/21
December [1]   33/21
decided [1]   33/20
decision [2]   38/8 53/21
deducted [1]   49/1
deemed [3]   47/23 48/3 48/13
defendant [42]   1/5 1/16 2/5
  2/20 4/9 17/3 17/9 17/14 17/16
  17/20 18/17 20/10 20/23 22/2
  24/12 24/25 26/21 27/21 27/24
  28/2 28/4 28/15 28/16 28/20
  28/24 29/5 29/11 30/14 32/9
  36/10 38/20 40/13 42/6 45/1
  45/2 45/3 45/4 45/11 45/17 46/2
  46/11 46/12
defendant's [6]   24/16 28/14
  28/16 40/6 52/22 53/2
defense [5]   25/15 25/18 27/4
  40/11 55/17
deficient [1]   47/1
definitely [2]   22/19 52/19
degree [3]   26/8 27/17 37/25
delay [4]   17/18 18/6 19/6 19/13
delete [1]   39/20
deleted [3]   27/15 27/18 28/17

deletion [2]   32/22 33/1
denied [6]   3/14 18/19 20/15
  26/3 54/23 54/25
denies [1]   25/20
Department [2]   40/21 54/18
departures [1]   35/22
deport [1]   41/13
deportation [2]   31/17 43/10
depth [1]   43/19
Deputy [1]   35/20
designated [2]   52/1 52/11
desire [1]   44/5
desired [1]   36/21
despite [1]   10/15
detailed [5]   5/21 18/23 19/8
detainer [3]   31/13 40/9 42/11
deter [1]   45/2
determination [2]   37/9 39/1
determine [3]   3/17 38/10 44/14
determined [1]   13/6
determining [2]   34/7 34/8
detrimental [1]   16/22
device [2]   48/8 48/9
did [11]   3/25 4/6 25/21 26/1
  29/24 30/14 30/23 32/22 34/16
  40/18 49/7
didn't [11]   11/1 11/2 11/4 11/5
  11/16 11/23 12/14 18/22 23/3
  26/2 41/6
different [1]   26/1
difficulties [1]   16/16
dilatory [1]   18/6
Diplomate [1]   55/24
direct [1]   4/6
directed [1]   48/13
directing [1]   36/3
discharge [4]   11/10 19/21 19/23
  20/1
discount [1]   39/7
discuss [2]   3/17 21/4
discussion [4]   21/12 21/14
  21/25 55/7
discussions [1]   49/13
disorder [1]   44/4
disposition [2]   15/21 32/8
disputed [8]   31/8 31/22 31/25
  32/1 38/10 38/13 40/5 42/12
disputing [2]   7/23 37/18
dissatisfaction [2]   13/16 14/23
distribute [2]   22/15 22/16
DISTRICT [2]   1/1 1/1
DIVISION [1]   1/2
Dix [2]   52/11 52/20
DNA [1]   48/13
do [26]   4/25 5/7 5/14 5/18 6/4
  7/7 7/18 7/20 11/17 23/21 29/20
  36/21 37/2 39/8 40/16 41/9
  43/25 44/5 47/9 49/7 49/11 50/9
  50/10 52/13 52/20 55/21
docket [3]   11/18 18/3 53/19
document [4]   3/18 4/18 6/6
  41/17
documents [4]   35/16 35/18 36/4
  36/7
Doe [1]   54/11
Doe versus Public Citizen [1]
  54/11
does [8]   4/7 4/11 10/14 22/1
  25/12 26/14 26/15 42/5
doesn't [7]   26/7 26/14 27/10
  41/20 46/25 50/1 51/10

doing [3]   33/25 34/5 52/16
don't [15]   5/6 7/12 7/15
  7/18 9/7 10/14 10/17 10/23 11/5
  11/14 12/6 19/1 20/19 26/19
  27/25 28/1 28/23 30/1 32/3
  38/24 39/10 39/16 42/2
Douglas [1]   1/23 55/21 55/23
down [3]   21/3 21/21 41/22
downward [1]   37/19
drug [7]   37/24 37/24 42/24 43/5
  45/24 46/20 47/5
drug-trafficking [1]   47/5
during [2]   12/5 18/18

**E**

e-mail [1]   54/3
each [1]   35/14
earlier [2]   39/14 47/1
early [2]   34/6 45/19
effect [3]   34/22 53/16 55/10
effectively [1]   33/5
effort [3]   38/19 41/13 43/4
efforts [2]   24/25 52/24
either [1]   39/7
electronic [1]   3/6
eligible [1]   46/21
else [3]   36/24 41/23 53/5
elsewhere [1]   43/3
employed [2]   30/16 31/1
employment [4]   30/13 30/14
  46/24 46/25
end [3]   40/3 41/13 47/9
enemy [1]   52/11
enforcement [2]   40/8 43/2
engaged [1]   11/19
Enjoin [1]   3/8
ensure [1]   35/14
enter [4]   3/10 10/13 15/15 47/2
entered [5]   8/22 11/1 31/15
  47/7 48/19
entering [5]   14/2 15/20 17/18
  19/13 53/15
enterprise [1]   47/5
entire [1]   19/16
entitled [3]   3/7 54/6 55/22
entry [4]   3/14 13/8 15/9 49/8
erased [1]   26/23
Esquire [4]   1/14 1/15 1/17 1/18
essentially [5]   7/23 18/18
  18/21 22/4 51/13
Essex [2]   49/21 50/15
establish [1]   45/21
established [1]   17/9
evaluation [2]   47/22 48/2
eve [2]   18/6 19/6
even [2]   26/13 27/14
evening [2]   3/5 22/8
every [1]   46/9
everyone [1]   2/3
evidence [6]   17/15 19/3 38/19
  42/4 42/10 53/2
exactly [1]   45/13
excoriation [1]   11/15
exhibit [7]   5/23 6/1 41/5 42/1
  48/21 52/22 53/2
exists [1]   42/11
explanatory [1]   43/19
expressed [1]   13/16
extension [1]   13/14
extent [5]   37/5 41/12 51/12
  51/16 54/23

## F

F.3d [5]   17/6 18/14 45/7 54/11
   54/19
facility [1]   9/15
facing [1]   47/4
fact [12]   7/4 8/14 16/24 33/16
   36/9 38/21 39/13 42/10 45/23
   49/1 49/6 50/3
factor [2]   33/14 38/8
factors [7]   17/13 18/15 22/2
   34/1 45/9 45/18 46/7
facts [8]   5/21 6/2 7/23 18/23
   19/10 38/22 39/15 43/16
factual [3]   6/2 39/15 39/16
failure [1]   22/2
fair [2]   17/3 34/11
fairly [1]   41/22
Fairton [4]   52/2 52/7 52/9 52/9
fall [1]   13/5
falls [1]   40/3
false [2]   5/17 16/3
falsely [1]   5/15
family [5]   29/6 29/10 36/11
   36/16 36/20
far [4]   36/13 41/22 41/22 44/12
Farmer [3]   13/24 30/23 45/22
fashion [1]   15/21
fault [1]   18/5
FCI [5]   52/1 52/2 52/3 52/6
   52/9
FCI Fairton [1]   52/9
FCI Miami [1]   52/6
February [2]   1/8 54/21
federal [22]   1/24 2/7 6/23
   12/22 17/2 22/13 22/20 24/3
   31/23 32/21 33/3 33/6 33/9
   33/22 35/11 35/12 35/14 38/11
   44/7 46/16 49/9 55/25
Federal Court [1]   35/14
feel [2]   7/12 12/3
fell [1]   47/1
felt [2]   7/10 12/7
few [2]   32/2 52/14
fifth [2]   20/3 48/12
figure [1]   10/8
file [9]   13/10 16/22 40/21
   40/22 49/12 49/16 50/4 50/20
   51/17
filed [18]   3/5 3/9 3/17 5/10
   10/16 12/12 12/19 14/21 14/22
   16/25 20/13 22/7 51/8 53/13
   53/25 54/22 54/23 55/10
files [1]   51/19
filing [3]   3/6 4/6 49/24
final [1]   51/5
finally [2]   20/8 30/11
financed [1]   45/23
financial [1]   48/5
find [3]   10/3 10/4 46/5
finding [1]   42/2
finds [3]   10/24 19/1 35/25
fine [14]   12/8 16/12 21/7 34/24
   35/1 43/15 44/19 48/17 48/22
   50/1 50/14 50/19 51/7 53/1
fingerprinted [1]   40/20
finish [1]   9/8
firm [1]   13/21
firmly [1]   15/15
first [12]   3/16 4/12 4/19 13/2
   14/10 24/11 33/24 37/8 38/13
   40/11 52/4 52/17

five [7]   4/11 4/19 8/16 17/22
   40/21
Floor [1]   1/24
flows [1]   51/17
followed [1]   43/10
following [5]   8/18 9/3 29/6
   47/18 53/16
foot [2]   11/24 11/25
force [1]   6/25
forced [1]   11/21
foregoing [1]   55/21
forfeiture [5]   47/7 48/18 51/3
   51/13 51/16
Fort [2]   52/11 52/20
Fort Dix [2]   52/11 52/20
forth [3]   11/20 20/12 43/16
forward [3]   15/12 15/25 30/24
found [1]   18/4
four [7]   17/20 26/17 27/9 37/12
   38/2 44/25 45/8
four-level [1]   37/12
fourth [17]   17/5 17/7 17/8
   17/12 18/14 18/15 32/11 45/6
   45/7 48/6 50/3 50/12 54/10
   54/12 54/19 55/3 55/8
Fourth Circuit [14]   17/5 17/7
   17/8 17/12 18/14 18/15 32/11
   45/6 45/7 50/12 54/12 54/19
   55/3 55/8
Fourth Circuit's [1]   54/10
free [7]   6/20 40/13 41/11 41/18
   41/19 42/6 55/1
freed [1]   14/5
freely [1]   7/4
front [1]   19/25
Fulcott [1]   29/9
full [1]   44/11
further [7]   19/1 37/1 50/23
   50/24 50/25 51/20 51/23 55/12
   55/16
Furthermore [1]   19/18

## G

Gall [3]   33/20 44/22 44/24
Gasque [3]   1/20 2/15 2/17
get [14]   8/8 8/11 9/22 10/4
   21/3 22/20 23/3 25/3 27/20
   29/24 30/2 44/6 50/1 50/19
gets [2]   30/4 51/11
getting [2]   10/7 44/11
give [5]   21/8 29/16 42/13 44/15
   52/14
given [5]   8/14 9/1 37/19 40/20
   42/18
glad [4]   39/3 42/20 43/21 43/24
go [14]   4/1 9/3 9/10 11/2 11/25
   12/1 12/11 15/11 25/11 29/18
   29/18 32/13 35/6 35/16
goal [1]   34/2
goals [2]   34/3 46/6
goes [2]   20/4 36/18
Goetz [1]   55/7
going [35]   6/5 8/8 8/10 8/17
   9/9 10/5 11/24 12/1 12/2 12/4
   15/25 19/16 21/2 21/8 21/11
   21/12 24/8 25/5 25/16 27/3 27/8
   33/25 36/13 37/4 41/14 41/20
   44/6 44/10 46/18 46/20 46/22
   47/12 48/17 51/18 52/16
good [8]   2/3 2/21 2/24 3/1
   22/25 23/2 28/23 53/14
got [5]   4/4 9/20 21/3 30/1

40/21
Government [25]   3/2 6/1 15/3
   17/23 18/8 18/24 20/4 20/5
   20/24 22/14 23/10 25/2 25/12
   32/9 38/16 39/3 40/10 40/11
   41/17 42/9 42/15 43/23 49/4
   51/21 55/13
Government's [4]   5/23 41/5 42/1
   48/21
Government's Exhibit [4]   5/23
   41/5 42/1 48/21
granted [4]   13/19 18/11 29/1
   31/4
great [1]   39/1
greater [2]   34/3 46/5
greatly [1]   9/9
guideline [21]   23/23 23/24 25/1
   26/8 26/16 27/11 31/22 32/4
   32/10 33/22 33/25 34/4 34/10
   35/22 37/8 40/1 40/4 45/12
   45/13 46/7 47/10
guidelines [12]   24/24 31/11
   32/21 32/23 32/23 33/2 33/4
   33/5 33/7 33/10 34/2 38/12
guilty [43]   2/6 3/8 4/24 5/10
   5/11 5/24 6/3 6/8 6/13 6/20 7/1
   7/3 7/4 7/11 7/14 7/22 8/1
   12/21 12/23 15/18 15/22 15/24
   16/2 16/14 17/1 17/4 17/10
   17/15 18/17 18/25 19/9 20/15
   20/20 22/3 22/5 22/12 23/8
   23/11 32/16 34/7 46/9 48/21
   52/23

## H

had [21]   4/5 6/23 7/2 8/14 8/15
   8/16 9/11 11/17 11/24 15/8
   17/20 18/8 19/18 32/23 33/5
   40/22 42/23 43/2 48/18 53/13
   53/20
half [3]   22/22 38/5 44/10
handgun [1]   37/23
happen [1]   12/4
happening [1]   26/25
happy [1]   43/13
has [36]   4/5 4/15 6/9 6/25 8/23
   9/21 16/10 17/5 20/2 20/5 24/17
   25/23 25/25 26/22 26/25 27/19
   30/15 31/1 31/13 33/15 36/12
   41/17 42/10 42/23 43/13 44/9
   44/21 44/23 45/17 49/6 49/23
   51/2 52/11 52/21 53/22 55/3
have [48]   3/3 3/4 3/20 3/23
   4/18 4/21 5/5 11/24 18/2 18/4
   18/6 18/18 19/11 20/6 21/2 21/2
   21/3 21/8 21/11 21/13 23/18
   23/21 24/4 25/12 26/17 27/25
   28/9 30/11 30/15 31/18 36/20
   36/22 38/4 38/4 42/25 45/8
   45/12 45/15 45/23 46/25 48/6
   50/17 51/6 51/8 51/9 51/18
   54/13 54/14
haven't [1]   24/7
having [1]   54/17
he [67]
he'll [1]   49/16
he's [15]   2/22 4/13 12/14 12/15
   19/24 21/2 30/6 40/16 41/14
   42/7 46/19 46/23 46/24 51/13
   54/6
head [1]   21/18

Case 1:14-cr-00186-LO Document 42 Filed 04/17/17 Page 61 of 68

## H

headset [3]   21/3 21/9 21/11
health [3]   44/5 46/19 48/1
hear [11]   5/6 16/15 21/13 21/14
 21/17 21/20 29/3 39/4 40/11
 42/20 43/24
heard [2]   3/23 41/9
hearing [9]   3/7 4/2 10/7 11/12
 11/12 13/23 14/19 30/23 38/18
held [3]   14/19 21/25 33/1
her [3]   28/24 30/3 49/23
here [38]   2/9 5/8 10/12 10/15
 11/11 12/11 12/14 15/10 20/14
 21/2 21/12 21/12 22/25 23/19
 23/21 25/6 26/25 30/12 32/13
 32/18 34/22 35/3 39/1 41/14
 41/21 41/25 45/12 45/14 45/20
 49/14 49/16 49/21 49/22 50/16
 50/24 53/4 53/9 54/7
hereby [1]   55/21
hi [1]   23/3
him [31]   8/17 9/1 9/2 9/15 9/16
 9/19 10/1 10/7 10/7 10/9 11/1
 11/13 11/15 11/16 15/14 16/8
 16/8 16/13 19/23 20/1 21/3 21/8
 24/9 26/18 31/14 31/17 40/9
 41/13 50/2 50/5 54/8
himself [1]   10/2
hire [8]   9/24 10/1 10/12 10/14
 10/17 10/23 11/2 11/5
hired [2]   11/4 11/6
his [31]   3/10 3/14 8/22 9/23
 10/15 11/13 12/14 15/15 17/16
 27/9 28/1 29/6 29/10 33/16
 38/19 41/13 41/16 44/4 44/4
 44/7 46/24 47/1 49/14 49/14
 49/15 50/5 52/4 52/23 52/23
 52/24 54/2
history [12]   12/25 24/16 26/13
 26/15 27/8 27/9 37/22 38/2 38/3
 39/25 42/23 45/16
hold [3]   52/3 53/4 54/4
holding [2]   8/7 34/11
holding cell [1]   8/7
Homeland [1]   40/22
Homeland Security [1]   40/22
Honor [68]
HONORABLE [1]   1/10
hopefully [1]   43/10
hours [2]   4/4 50/21
House [1]   36/25
housekeeping [2]   23/21 35/6
how [2]   12/3 51/9
However [1]   11/13

## I

I'd [5]   9/9 26/5 39/3 44/1
 51/25
I'll [20]   12/19 21/13 27/4
 29/20 30/2 35/19 37/18 40/11
 42/13 42/20 43/13 43/21 43/22
 43/24 50/9 50/11 52/3 52/6
 52/13 53/15
I'm [39]   3/22 7/17 7/20 7/24
 9/9 11/22 12/18 12/20 16/9
 16/25 21/1 21/2 21/8 24/8 25/2
 25/8 27/3 27/8 28/6 28/11 34/24
 34/25 35/1 37/4 38/5 38/25
 39/10 39/11 39/17 40/11 41/14
 41/25 42/1 45/19 46/18 46/20
 46/22 47/12 51/17

## J

I've [14]   4/25 5/4 5/7 6/10
 20/2 22/9 41/25 44/1 44/15
 44/9 44/24 45/25 47/7 55/9
ICE [1]   31/13
ICE detainer [1]   31/13
identify [1]   2/11
ignore [1]   39/7
III [3]   26/18 38/4 39/25
imagine [1]   20/9
immediately [1]   49/1
immigration [5]   40/8 40/13
 41/21 42/8 42/11
implications [1]   43/20
important [1]   21/5
impose [2]   34/2 48/17
imposed [5]   35/21 41/20 44/25
 46/2 49/6
imposing [3]   33/11 33/15 35/12
imposition [1]   35/15
incapacitate [1]   45/3
incarcerated [2]   46/19 46/23
inclined [4]   23/6 23/9 39/17
 40/12
include [5]   35/18 35/21 46/10
 47/22 48/2
included [1]   39/16
including [2]   23/22 48/8
income [3]   30/20 30/25 45/20
inconvenience [3]   17/24 20/8
 20/10
incorrectly [1]   24/15
indeed [5]   5/13 15/19 34/9 40/2
 45/17
independent [2]   30/19 30/25
indicate [3]   34/5 52/10 52/24
indicated [17]   4/19 7/1 7/10
 7/25 8/9 8/14 9/4 15/12 15/14
 15/17 20/15 22/23 23/5 25/25
 31/18 32/14 34/14
indicates [2]   4/10 31/20
indicating [2]   14/23 25/25
indication [5]   4/15 15/23 16/1
 16/2 46/24
indictment [6]   2/8 13/2 23/12
 35/23 35/24 48/24
individual [2]   26/24 30/21
individuals [1]   46/3
indulgence [2]   3/20 4/8
industry [2]   30/16 31/2
inform [1]   16/7
information [7]   30/15 35/25
 36/12 36/16 36/20 39/16 48/5
informed [2]   16/7 16/13
initially [3]   3/21 13/1 37/15
innocence [5]   6/14 7/22 17/17
 19/8 19/11
inquire [1]   13/22
inquiry [6]   13/5 13/18 14/9
 14/22 15/11 41/14
instant [1]   48/7
instant offense [1]   48/7
intend [1]   44/3
intent [1]   22/16
interaction [1]   38/25
interactions [2]   38/19 38/20
interest [3]   9/21 53/20 54/14
interim [2]   13/21 34/8
Internet [1]   48/9
interpret [1]   4/23
intervene [3]   53/18 53/25 54/1
introduce [1]   41/4
introduced [5]   5/23 5/25 48/20

53/1 53/2
 involved [1]   37/13 42/25 48/10
is [126]
issue [9]   15/25 25/1 25/2 26/20
 30/18 31/21 37/17 40/18 45/19
issued [1]   36/2
issues [1]   8/3
it [76]
it's [17]   2/19 12/4 21/5 21/6
 22/4 22/4 27/21 28/3 34/11
 38/25 40/25 41/20 41/21 42/23
 42/24 46/5 51/18
item [1]   41/4
its [3]   4/6 33/3 34/5

## J

Jacques [1]   14/1
jail [1]   4/1
Jamaica [5]   27/21 31/14 40/9
 40/17 41/16
James [5]   1/14 2/13 24/25 38/20
 38/25
James Bowie [2]   24/25 38/25
James Warwick [2]   1/14 2/13
Jamila [1]   29/8
Jamila Lynn [1]   29/8
Jamison [20]   3/9 3/23 4/2 4/5
 8/6 8/8 8/10 8/14 8/21 9/24
 9/25 10/3 10/6 11/11 12/12
 15/10 16/2 20/13 22/6 49/15
Jamison's [1]   10/15
January [7]   13/11 28/8 28/12
 32/19 44/2 54/1 54/3
January 23rd [1]   44/2
January 24th [1]   54/1
January 25th [1]   54/3
jargon [1]   9/8
Jean [1]   14/1
Jerome [1]   28/15
Jerome Castle [1]   28/15
Jersey [4]   52/2 52/7 52/9 52/9
Johnson [1]   16/25
Jr [1]   3/9
judge [8]   1/10 12/2 12/3 20/19
 28/13 35/14 36/2 36/21
judge's [1]   12/3
judges [2]   33/9 33/22
judgment [6]   26/9 26/22 27/18
 35/18 48/19 48/8
judicial [4]   17/25 20/9 20/11
 54/10
July [5]   13/11 14/12 14/16
 14/16 14/18
July 27th [1]   14/18
July 6th [1]   13/11
June [2]   13/1 13/15
Junior [1]   29/9
Junior Saunders [1]   29/9
just [33]   3/3 3/24 4/1 5/6 7/20
 9/8 12/11 12/24 17/14 18/9 27/3
 30/3 32/7 32/13 38/16 39/2 39/7
 39/7 40/16 41/3 41/6 44/1 48/25
 49/1 50/8 50/10 50/15 50/16
 52/14 53/7 53/7 53/8 53/15
justice [10]   10/14 10/18 10/25
 24/23 25/17 31/10 37/17 38/15
 39/21 49/22
Justin [1]   9/19

## K

keep [1]   5/6

**K**

Kenneth [3]   1/15 2/14 13/3
Kenneth Clark [2]   1/15 2/14
kept [1]   54/7
key [4]   32/17 33/18 33/19 55/6
kind [2]   15/9 15/23
King [2]   29/7 29/8
know [12]   7/12 9/16 10/24 11/4
 11/5 11/14 11/23 27/25 38/17
 38/24 39/16 42/13
knowing [2]   17/15 19/3

**L**

L-Y-N [1]   29/22
L. [1]   3/9
large [1]   47/5
largest [1]   42/24
last [13]   2/6 3/5 4/4 10/6
 12/19 15/24 16/24 22/8 22/8
 34/18 34/20 34/21 49/15
lastly [1]   52/21
later [5]   3/13 5/16 13/13 20/2
 42/6
laundering [2]   22/17 43/12
Lavonte [1]   29/8
Lavonte King [1]   29/8
law [5]   13/21 17/8 32/11 35/9
 43/2
Lawlor [40]   1/17 2/22 2/24 3/19
 9/15 10/1 10/19 11/2 11/19
 11/22 12/17 15/1 15/5 19/24
 20/22 21/1 23/16 24/5 24/14
 24/22 25/23 26/11 27/19 29/2
 29/14 30/4 31/5 32/5 33/16 35/4
 39/4 41/9 42/16 43/21 49/11
 49/20 50/20 51/23 53/5 53/11
Lawlor's [1]   23/22
lawyer [24]   4/19 6/11 8/15
 10/17 10/20 10/23 10/24 11/23
 12/14 14/13 14/24 15/6 16/7
 16/20 16/20 18/5 18/12 20/13
 50/3 50/4 50/7 50/18 50/19
 51/12
lawyers [10]   9/13 9/14 10/14
 10/17 10/18 11/7 14/10 19/17
 45/21 52/25
leader [2]   37/13 47/5
leave [1]   26/5
left [1]   30/12
legal [5]   9/8 17/16 19/8 19/11
 26/22
lengthy [1]   11/19
less [2]   19/16 23/10
let [7]   3/20 9/16 12/11 12/24
 32/13 35/6 38/16
letter [4]   9/20 9/20 44/2 54/1
letters [1]   16/10
level [12]   24/22 31/9 37/9
 37/11 37/12 37/14 37/16 37/19
 37/21 38/14 39/18 39/25
licensed [1]   12/14
lied [2]   18/18 18/22
light [6]   19/8 36/9 38/21 39/13
 49/20 50/5
like [1]   44/16
limited [1]   14/3
Lisa [2]   1/20 22/24
Lisa Spinnichio [1]   1/20
list [3]   12/14 29/7 30/25
listed [2]   48/25 53/19
Listen [1]   11/22

lists [1]   25/19
log [1]   52/23
Lombard [1]   1/24
long [4]   36/9 36/12 42/23 45/24
look [1]   37/1
looked [3]   38/4 45/8 45/12
looking [4]   28/6 28/11 38/22
 41/25
lot [2]   12/5 23/21
low [1]   40/3
lower [1]   47/9
Lyn [1]   29/22
Lynn [1]   29/8

**M**

Madam [3]   42/3 52/8 55/9
Madam Clerk [3]   42/3 52/8 55/9
made [13]   4/15 6/20 9/25 9/25
 10/1 24/7 24/17 25/23 38/17
 44/2 44/17 44/18 51/6
Madiou [3]   1/18 2/22 2/25
magnitude [1]   43/5
mail [2]   48/8 54/3
maintained [1]   43/6
make [6]   30/4 44/14 44/16 49/12
 50/1 52/19
making [3]   5/17 10/2 42/1
mandamus [1]   55/3
mandated [1]   44/25
mandatory [4]   32/24 33/6 47/17
 48/24
maneuver [2]   19/6 20/7
Manifestly [1]   3/8
manipulated [1]   8/9
manipulating [1]   11/17
many [2]   35/10 54/13
marijuana [1]   22/16
marked [2]   36/10 51/13
Marshals [1]   40/25
MARYLAND [5]   1/1 1/9 1/25 25/21
 43/2
material [2]   30/5 36/24
matter [26]   3/3 3/4 16/24 19/5
 21/6 21/22 25/16 27/19 30/6
 31/8 32/18 35/7 38/13 38/24
 39/6 40/5 40/6 40/14 41/21 42/5
 42/24 50/24 53/8 54/14 54/15
 55/22
matters [10]   24/13 30/12 31/8
 31/22 31/24 32/1 38/10 42/12
 53/13 55/11
Maureen [1]   49/21
may [10]   3/2 5/16 29/16 39/5
 46/21 47/22 48/2 51/8 53/11
 54/24
me [35]   2/6 3/16 3/20 4/10 5/11
 8/7 9/5 9/8 10/3 10/7 10/12
 11/4 11/6 11/17 11/19 11/22
 12/11 12/16 12/16 12/24 16/6
 16/11 16/18 19/25 21/17 21/20
 22/12 26/3 32/13 35/6 37/1 38/9
 38/16 43/18 52/22
mean [5]   7/15 7/18 26/20 41/15
 42/5
meaning [1]   53/18
means [2]   36/7 48/7
media [1]   48/9
medication [4]   30/6 34/14 34/16
 34/19
meet [2]   30/3 30/24
member [4]   3/10 12/12 12/15

54/6
member's [2]   12/18 40/19
memorandum [2]   53/15 55/1
mental [3]   44/5 46/19 48/1
mention [1]   4/2
method [1]   55/3
Miami [3]   52/1 52/5 52/6
Michael [4]   1/17 2/22 15/1
 19/24
Michael Lawlor [2]   1/17 2/22
microphone [2]   4/21 5/2
might [3]   14/17 16/21 28/9
mindful [1]   54/9
minute [2]   39/9 53/9
minutes [4]   4/11 4/19 32/2
 52/14
Mitchell [4]   13/9 13/17 14/10
 19/20
mode [1]   21/16
moment [8]   3/21 12/16 25/3
 30/12 31/21 33/25 37/18 39/1
Monday [2]   8/18 9/3
money [4]   22/17 43/12 47/6
 48/18
money-laundering [2]   22/17
 43/12
months [11]   22/15 22/17 22/19
 24/2 40/1 40/2 46/14 46/14
 46/16 47/10 49/5
Moore [4]   17/11 18/15 19/2 22/3
moot [1]   24/14
more [6]   18/2 20/9 23/7 25/7
 25/9 37/13
morning [1]   52/17
most [3]   18/17 28/11 54/10
mother [5]   9/25 10/8 27/24 28/1
 28/16
motion [14]   3/7 5/10 12/12
 12/20 12/21 12/22 17/1 18/16
 20/14 22/3 22/4 22/5 52/23
 53/25
motions [6]   14/19 14/21 38/17
 54/5 54/22 54/24
movant [1]   53/17
move [2]   12/2 50/11
movements [1]   10/2
moving [3]   17/3 17/19 19/14
Mr [3]   2/24 16/12 16/15
Mr. [161]
Mr. Bond [6]   53/14 53/21 54/6
 54/22 54/24 55/1
Mr. Bond's [2]   53/24 54/13
Mr. Bowie [1]   39/17
Mr. Brennan [2]   13/17 14/9
Mr. Brown [2]   9/21 9/23
Mr. Byrd [60]
Mr. Byrd's [5]   24/22 27/24 31/1
 38/19 54/5
Mr. C. Justin Brown [1]   9/19
Mr. Clark [1]   2/17
Mr. Gasque [1]   2/17
Mr. James Bowie [1]   38/20
Mr. Jamison [18]   3/23 4/2 4/5
 8/6 8/8 8/10 8/14 8/21 9/24
 9/25 10/3 10/6 10/11 12/12
 15/10 16/2 12/6 49/5
Mr. Jamison's [1]   10/15
Mr. Jean-Jacques Cabou [1]   14/1
Mr. Johnson [1]   16/25
Mr. Kenneth Ravenell [1]   13/3
Mr. Lawlor [35]   3/19 9/15 10/1

Case 1:14-cr-00186-LO Document 425 Filed 04/17/17 Page 63 of 68

## M

Mr. Lawlor... [32]  10/19 11/2
  11/19 11/22 12/17 15/5 20/22
  21/1 23/16 24/5 24/14 24/22
  25/23 26/11 27/19 29/2 29/14
  30/4 31/5 32/5 33/16 35/4 39/4
  41/9 42/16 43/21 49/11 49/20
  50/20 51/23 53/5 53/11
Mr. Lawlor's [1]  23/22
Mr. Madiou [1]  2/25
Mr. Michael Lawlor [2]  15/1
  19/24
Mr. Mitchell [2]  13/17 14/10
Mr. Ravenell [1]  13/4
Mr. Solomon [3]  11/4 11/6 14/23
Mr. Vandy L. Jamison [1]  3/9
Mr. Warwick [10]  2/16 23/14
  25/12 26/19 28/21 32/2 38/16
  40/15 42/20 50/5
Mr. William Bond [1]  53/12
Ms. [20]  22/24 23/1 23/18 24/19
  27/5 28/12 28/17 28/24 29/11
  29/24 30/9 31/2 35/20 36/3
  39/12 39/20 49/21 50/15 52/15
  52/16
Ms. Essex [1]  50/15
Ms. Lisa Spinnichio [1]  22/24
Ms. Maureen Essex [1]  49/21
Ms. Spinnichio [12]  23/1 24/19
  27/5 28/12 28/17 28/24 29/11
  29/24 30/9 31/2 39/12 39/20
Ms. Spinnichio's [2]  23/18 36/3
Ms. Tyson [3]  35/20 52/15 52/16
much [6]  12/9 42/3 44/18 44/20
  45/19 50/22
muddled [1]  26/20
multistep [1]  33/23
must [4]  17/3 31/22 32/10 33/10
my [21]  5/15 5/18 6/9 6/10 6/10
  6/19 6/20 6/20 6/23 9/12 9/16
  9/25 10/7 15/11 16/7 16/14 26/2
  30/20 34/11 38/8 38/17

## N

Najah [1]  29/7
Najah Stewart [1]  29/7
name [1]  26/2
names [2]  29/7 29/17
nature [3]  45/10 45/15 45/25
necessary [5]  34/3 46/6 47/23
  48/3 48/14
need [10]  3/16 21/3 27/14 32/1
  39/10 40/5 42/2 49/11 50/1
  51/11
needed [1]  13/6
negative [1]  34/22
never [5]  8/22 8/23 8/24 9/17
  11/6
new [12]  14/15 14/24 27/21
  31/20 40/7 41/12 41/19 51/12
  52/2 52/7 52/9 52/9
New Jersey [4]  52/2 52/7 52/9
  52/9
New York [5]  27/21 31/20 40/7
  41/12 41/19
next [4]  11/25 15/17 36/5 50/21
nice [3]  2/16 2/17 2/19
Nicholas [2]  1/18 2/22
Nicholas Madiou [2]  1/18 2/22
night [9]  3/5 4/4 12/19 15/24
  16/24 22/8 34/20 34/21 49/15

no [43]  1/4 4/2 5/9 7/1 7/1
  7/12 7/24 9/14 9/24 10/23 12/1
  12/1 12/16 12/18 15/8 15/9
  15/23 16/1 16/2 19/16 21/1
  25/14 25/24 26/17 26/25 28/9
  28/22 29/25 32/6 34/17 34/24
  36/24 37/5 41/10 41/24 42/12
  43/15 48/22 51/2 51/22 53/6
  55/14 55/18
No. [10]  2/5 3/6 16/25 20/13
  22/6 24/13 25/6 25/18 33/17
  54/1
No. RDB-14-0186 [1]  2/5
Nods [1]  21/18
noncitizen [1]  40/19
none [2]  16/4 27/2
NORTHERN [1]  1/2
not [83]
note [6]  24/13 25/4 34/13 49/7
  50/9 52/14
noted [12]  17/5 17/12 18/16
  24/21 24/22 25/18 30/15 33/21
  39/14 41/15 45/15 55/3
notes [3]  18/1 29/6 49/12
nothing [2]  33/6 51/14
notice [1]  12/18
notify [1]  49/11
noting [1]  37/23
November [27]  2/6 3/7 3/11 3/12
  5/12 7/24 8/18 9/5 13/15 14/25
  15/7 15/8 15/12 15/16 15/17
  15/23 18/10 19/9 23/5 32/14
  32/15 34/7 43/18 43/23 48/22
  51/15 53/25
November 1st [2]  3/7 3/11
November 2nd [3]  2/6 15/17
  43/23
November 30th [1]  13/15
November 7th [2]  3/12 53/25
November the [2]  5/12 48/22
now [20]  2/9 5/5 5/14 6/7 7/10
  11/22 18/22 19/25 21/21 24/4
  24/8 24/11 24/14 24/17 29/20
  32/25 34/13 37/8 42/13 53/24
number [5]  9/1 12/14 27/20
  40/20 50/18
Number 2 [1]  27/20
numerous [6]  6/11 16/10 18/4
  19/25 20/5 20/6

## O

oath [11]  5/12 5/14 5/21 6/1
  7/9 7/24 15/22 18/22 19/10
  39/14 43/18
objected [3]  24/12 27/23 41/15
objection [6]  15/3 23/22 24/22
  27/4 39/24 41/16
objections [4]  25/5 25/12 25/15
  25/17
obstruction [6]  24/23 25/16
  31/10 37/16 38/14 39/20
obtain [1]  26/1
obtaining [1]  25/20
obviously [2]  3/21 4/4
occasions [4]  6/11 18/4 20/5
  20/6
occurs [2]  3/16 54/7
October [5]  9/18 13/8 13/16
  13/19 53/17
October 19th [1]  53/17
offense [9]  37/9 37/11 37/14
  37/21 39/24 45/10 45/16 46/1

  48/7
offered [2]  41/17 42/10
office [3]  1/20 36/4 36/4
officer [7]  1/20 22/25 47/21
  47/24 48/2 48/4 48/13
Official [2]  1/24 55/25
officials [3]  36/8 41/21 42/8
okay [19]  5/9 6/12 6/16 6/18
  6/22 7/9 7/13 8/4 8/20 9/7
  10/22 11/9 12/8 24/21 27/6
  27/16 28/25 28/25 50/10
once [2]  18/10 51/5
one [25]  7/1 8/2 11/24 11/24
  17/14 23/6 23/10 23/22 24/14
  25/10 26/14 28/11 29/20 36/24
  40/12 40/24 40/25 42/2 42/24
  50/24 51/10 52/4 52/4 53/4 53/7
only [5]  31/7 33/7 45/15 45/25
  46/23
operation [2]  43/5 45/24
opinion [8]  17/7 18/15 33/3
  45/7 54/10 54/12 54/19 55/8
opinions [3]  32/17 33/19 33/19
opportunity [3]  42/14 42/18
  44/15
opposing [1]  25/3
oral [1]  49/15
orally [1]  8/25
order [19]  11/1 13/15 18/24
  31/16 35/19 36/3 36/14 36/14
  36/19 37/1 48/18 49/9 51/3 51/5
  51/16 53/15 55/2 55/9 55/10
ordered [2]  46/12 54/21
orders [2]  47/8 55/4
organization [2]  43/6 43/19
organizations [1]  42/25
organizer [1]  37/12
originally [1]  53/13
other [26]  6/16 6/18 6/19 7/13
  7/20 7/25 8/4 10/17 12/5 25/4
  25/17 32/1 34/1 35/6 35/25 36/8
  37/5 38/5 40/12 42/2 42/12
  46/25 48/9 50/24 53/7 54/23
others [1]  45/2
otherwise [1]  35/22
our [3]  2/14 43/8 49/21
out [7]  10/3 10/4 10/8 11/25
  12/6 34/9 45/13
outlined [2]  44/24 45/5
outside [1]  34/4
outstanding [1]  31/16
over [18]  4/1 5/5 6/6 12/11
  15/3 16/19 19/5 22/21 24/8 25/5
  25/11 32/13 32/25 35/6 35/16
  36/5 36/18 44/4
own [4]  6/20 7/3 42/19 44/15

## P

p.m [4]  2/2 15/24 22/8 55/20
page [6]  36/18 36/19 37/22 38/5
  55/7 55/7
Page 12 [1]  38/5
Page 13 [1]  36/18
Page 15 [1]  36/19
Page 60 [1]  55/7
Page 63 [1]  55/7
Pages [5]  5/24 37/10 37/23 38/4
  43/16
Pages 10 [1]  38/4
Pages 5 [2]  5/24 43/16
Pages 7 [1]  37/10

Case 1:14-cr-00186-RDB Document 225-2 Filed 04/17/17 Page 64 of 68

**P**

Pages 8 [1]   37/23
paid [1]   48/25
panel [3]   10/20 10/25 49/22
paper [10]   3/6 3/17 16/25 20/13
  22/6 24/13 25/6 25/18 33/17
  54/1
Paper No. 307 [1]   24/13
Paper No. 403 [1]   33/17
Paper No. 405 [1]   54/1
Paper No. 407 [2]   25/6 25/18
Paper No. 408 [4]   3/6 16/25
  20/13 22/6
paperwork [2]   25/25 50/5
paragraph [21]   5/24 25/19 26/10
  27/10 27/22 28/3 28/6 28/13
  28/14 29/4 30/5 30/14 31/9
  34/13 36/18 36/18 37/17 38/3
  38/13 48/19 49/3
Paragraph 16 [1]   49/3
Paragraph 25 [3]   31/9 37/17
  38/13
Paragraph 35 [2]   25/19 26/10
Paragraph 36 [2]   27/10 38/3
Paragraph 52 [1]   36/18
Paragraph 53 [2]   28/13 28/14
Paragraph 55 [2]   27/22 28/3
Paragraph 61 [1]   29/4
Paragraph 62 [1]   30/5
Paragraph 64 [1]   34/13
Paragraph 69 [1]   30/14
Paragraph 6A [1]   5/24
Paragraph 70 [1]   36/18
Paragraph 9 [1]   48/19
paragraphs [1]   27/25
paralegal [2]   1/20 2/14
part [4]   6/14 29/5 36/15 36/17
Part C [3]   29/5 36/15 36/17
participants [1]   37/14
participate [3]   46/20 47/20
  47/25
participation [1]   47/7
particular [2]   32/22 33/13
particularly [1]   38/18
parties [2]   13/10 13/13
party [1]   3/15
passed [1]   35/9
Patrice [1]   29/9
Patrice Fulcott [1]   29/9
PBJ [1]   27/18
pending [4]   51/8 53/24 54/5
  54/22
per [1]   48/23
perhaps [2]   36/9 47/2
period [6]   19/5 36/10 36/12
  45/24 46/14 47/13
perjury [1]   5/17
Perkins [5]   13/21 30/19 30/22
  30/22 47/2
Perkins Coie [4]   13/21 30/19
  30/22 47/2
permitted [6]   7/21 13/22 14/8
  23/7 23/11 54/8
permitting [1]   11/1
person [3]   16/8 41/1 48/8
personal [2]   12/16 12/17
personally [1]   44/13
Peters [1]   29/20
phone [7]   9/11 9/12 9/16 9/22
  10/4 11/2 52/23
pick [1]   11/1

place [2]   12/5 47/12
placed [2]   11/24 13/13
Plaintiff [2]   1/3 1/13
played [2]   18/3 20/6
plea [59]
plead [3]   7/1 7/11 15/18
pleading [9]   3/5 3/22 4/4 4/6
  4/12 4/14 7/3 8/1 10/15
please [7]   2/12 4/16 4/22 21/21
  22/11 44/13 44/22
pled [8]   2/5 5/11 15/22 15/24
  22/12 32/15 34/7 48/21
point [20]   9/24 11/19 12/7 12/8
  26/13 26/23 27/9 29/16 32/2
  32/5 33/23 40/4 40/10 40/14
  42/6 50/23 51/1 51/20 55/12
  55/16
points [4]   24/15 26/18 27/9
  38/2
Police [1]   54/18
policy [1]   46/9
portion [1]   23/22
portions [2]   53/22 54/15
position [3]   6/7 6/9 40/7
possess [2]   22/15
possible [1]   19/6
Post [1]   54/18
postpone [1]   15/4
postponed [2]   8/16 14/12
postponement [1]   9/2
posttraumatic [1]   44/1
posture [2]   12/3 12/11
potentially [1]   16/23
practical [1]   39/6
predicate [4]   6/2 38/23 39/15
  39/16
preferred [1]   55/4
prejudice [2]   17/23 20/4
preliminary [3]   3/3 3/4 51/3
preparations [1]   10/1
prepare [1]   4/1
prepared [8]   3/13 9/1 9/2 11/25
  12/2 13/23 15/11 22/24
preparing [1]   35/19
present [3]   1/19 2/22 7/21
presented [1]   5/22
presentence [20]   22/24 23/19
  23/23 24/4 24/12 25/19 27/22
  28/7 31/8 31/9 31/12 31/16
  34/13 35/24 36/15 36/17 37/10
  41/15 42/4 42/9
President [1]   36/25
pressured [3]   8/1 11/21 12/7
pressuring [1]   7/11
presumably [1]   49/13
presume [1]   33/22
pretrial [1]   15/8
pretty [1]   44/17
previously [1]   30/18 32/23
  44/24
prints [1]   40/22
prior [6]   3/11 10/6 10/9 11/23
  52/25 53/21
prison [7]   24/3 40/1 41/13 42/7
  47/13 48/16 49/2
Prisons [2]   46/14 52/1
private [4]   13/25 14/6 49/25
  50/19
privately [1]   13/3
privilege [1]   9/11
privileges [3]   9/12 9/16 16/23
pro [1]   16/21

pro se [1]   16/21
probable [1]   17/6
probation [13]   1/20 22/25 26/6
  26/9 26/22 27/18 36/4 41/7
  47/21 47/23 48/11 48/4 48/13
problem [1]   8/20
Procedure [8]   2/7 6/24 12/23
  17/2 22/13 31/24 38/11 49/10
procedures [1]   35/8
proceed [6]   20/17 22/9 23/25
  32/12 35/3 39/7
proceeded [2]   9/24 15/21
proceeding [2]   21/2 46/10
proceedings [6]   15/21 19/16
  47/2 54/10 55/5 55/22
process [5]   11/5 11/14 11/16
  32/13 33/23
proffer [2]   18/24 19/8
program [3]   46/21 47/21 48/1
promotion [3]   30/16 31/2 46/25
properties [1]   51/6
propriety [1]   46/4
prosecuting [1]   43/1
prosecution [1]   5/16
protect [4]   35/8 35/13 37/6
  45/3
PROTECT Act [3]   35/8 35/13 37/6
provide [2]   30/14 48/4
provided [2]   38/23 39/19
provides [2]   17/3 17/14
provisions [2]   35/10 35/11
Prozac [1]   34/15
PSR [2]   25/24 29/17
psychological [1]   46/18
public [6]   12/6 36/8 36/9 45/3
  54/6 54/11
public's [1]   54/9
publications [1]   51/6
pull [2]   4/21 5/2
punish [1]   45/1
purpose [1]   14/3
purposes [3]   18/1 45/1 45/8
pursuant [8]   2/6 23/9 29/13
  33/24 36/13 36/15 49/9 49/17
put [1]   21/7
putting [1]   43/3

**Q**

question [2]   41/5 42/1
questions [2]   5/15 43/13
quite [2]   18/7 47/6

**R**

R-A-B-Y [1]   45/7
Raby [1]   45/6
raised [1]   24/13
range [14]   32/10 33/22 33/25
  34/5 34/10 35/22 40/1 40/3 40/4
  40/4 45/12 45/13 45/14 47/10
Ravenell [2]   13/3 13/4
RDB [2]   1/4 2/5
RDB-14-0186 [1]   1/4
RDR [3]   1/23 55/21 55/23
reached [1]   43/23
read [1]   4/18
ready [6]   8/17 9/3 20/6 22/9
  23/25 32/12
really [4]   12/16 26/25 40/12
  41/20
Realtime [1]   55/24
reason [5]   17/4 26/20 34/11
  35/21 37/5

Case 1:14-cr-00186-LO Document 125-1 Filed 04/17/17 Page 66 of 68

# R

reasonable [1] 33/23
reasons [4] 20/12 20/15 34/5 35/20
recall [7] 5/11 5/18 6/4 6/5 6/22 7/7 7/8
receive [2] 46/18 46/22
received [2] 12/18 26/3
recent [2] 28/11 54/10
recognize [1] 43/21
recognized [2] 33/3 42/16
recommend [6] 46/18 46/20 46/22 51/25 52/3 52/6
record [24] 2/11 3/8 3/14 8/21 10/13 12/25 16/4 18/1 18/3 19/4 19/14 20/12 20/16 21/5 21/19 26/20 30/13 30/22 32/7 40/17 50/8 53/22 54/15 55/22
records [2] 22/7 54/19
reference [6] 27/23 28/1 28/23 38/17 38/24 41/16
referenced [2] 3/24 33/16
referring [1] 28/7
reflect [3] 8/21 21/19 49/12
reflected [5] 5/22 13/10 13/15 37/10 38/3
reflecting [1] 31/13
reflects [2] 16/5 31/16
regard [3] 38/8 49/13 49/20
Registered [1] 55/24
rehabilitate [1] 45/4
related [3] 28/5 28/19 28/19
relates [1] 38/13
relating [1] 47/21
release [4] 47/12 47/13 47/15 48/15
released [3] 9/12 42/7 48/16
remain [5] 27/12 27/14 44/22 54/16 54/20
remained [1] 15/15
remanded [1] 46/13
remarks [1] 42/17
render [1] 26/18
rendered [2] 32/23 33/5
renewed [1] 54/2
renumbered [1] 27/25
repeatedly [2] 18/18 53/22
report [26] 22/24 23/4 23/19 23/23 24/5 24/12 25/13 25/19 27/13 27/14 27/19 27/22 28/7 31/8 31/10 31/13 31/16 34/14 35/24 36/15 36/17 37/10 41/7 41/15 42/5 42/9
Reported [1] 1/22
Reporter [4] 1/24 55/24 55/24 55/25
represent [7] 10/20 14/3 14/17 15/2 49/18 49/19 50/19
representation [4] 3/12 10/15 38/1 49/14
representations [2] 49/21 50/6
Representatives [1] 37/1
represented [1] 13/2
representing [2] 13/22 18/21
request [11] 13/14 13/19 14/7 14/16 14/18 14/22 29/11 29/14 30/7 43/9 54/2
requested [2] 48/5 54/4
require [1] 14/4
required [4] 6/2 18/23 35/8 37/7

requirement [1] 38/9
requirement [1] 25/7 6/22
requires [1] 35/13
rescheduled [1] 18/10
research [1] 26/2
resolution [1] 51/18
resources [3] 17/25 20/9 20/11
respect [15] 13/24 15/11 17/9 19/7 19/10 19/15 25/17 30/6 31/12 32/18 35/11 38/7 38/18 42/7 45/13
responsibility [1] 37/20
restricting [1] 55/4
result [1] 33/3
results [1] 39/24
retain [4] 9/19 13/25 14/5 49/25
retained [1] 13/3
retainment [1] 10/8
reveal [1] 25/21
review [6] 25/21 33/11 36/8 36/24 55/1 55/4
reviewed [5] 22/23 23/18 24/4 24/9 36/20
revised [1] 36/14
RICHARD [4] 1/5 1/10 2/5 46/13
RICHARD BYRD [3] 1/5 2/5 46/13
right [30] 4/16 5/9 6/7 6/12 6/16 7/13 8/1 9/10 12/9 20/21 21/25 24/11 25/15 26/7 26/19 27/3 28/6 29/18 29/18 34/18 35/2 37/4 41/2 41/25 44/19 50/10 52/3 52/6 53/7 54/9
road [1] 41/22
rotation [1] 20/2
Rule [15] 2/7 6/23 12/22 15/19 15/20 17/2 18/18 22/12 23/9 31/23 32/8 38/11 38/22 49/5 49/9
Rule 11 [12] 2/7 6/23 12/22 15/19 15/20 17/2 18/18 22/12 23/9 32/8 38/22 49/5
Rule 32 [2] 31/23 38/11
Rule 4 [1] 49/9
ruled [2] 8/10 20/21
Rules [8] 2/7 6/24 12/22 17/2 22/13 31/23 38/11 49/9
ruling [1] 22/1
rulings [2] 14/20 38/17
run [1] 43/11
running [1] 2/18

# S

S-A [1] 29/21
S-A-F-I-Y-A [1] 29/22
Safiya [1] 29/21
said [15] 5/13 5/20 7/6 8/18 11/6 12/8 21/20 22/7 26/2 27/23 33/18 37/8 38/9 43/22 44/9
same [3] 10/11 26/24 41/1
sat [1] 15/10
satisfactorily [2] 47/20 47/25
satisfied [2] 14/11 35/2
satisfy [2] 19/1 22/2
Saunders [1] 29/9
saw [3] 3/25 4/5 4/12
say [3] 3/21 23/3 28/4
saying [6] 4/13 9/21 16/9 20/5 51/14 51/18
says [1] 30/14
scheduled [8] 3/11 13/11 13/20 14/15 14/25 15/7 18/8 32/15

score [1] 24/16
seal [6] 21/6 21/7 21/23 22/1 54/16 54/16
sealed [6] 21/2 21/24 36/12 36/16 54/20 54/20
sealing [1] 36/19
Search [1] 25/21
seated [5] 2/10 3/2 39/5 53/9 53/11
second [15] 2/8 11/7 14/13 23/12 25/5 25/11 26/8 27/17 33/19 35/24 37/25 40/5 48/24 52/4 53/4
secondarily [2] 19/7 31/12
Secondly [1] 47/25
section [10] 22/18 24/24 31/10 31/23 33/13 33/13 36/10 38/12 45/9 49/17
Section 1956 [1] 22/18
Section 3006A [1] 49/17
Section 3553 [2] 33/13 45/9
Section 3C1.1 [2] 24/24 31/10
Section 6A1.3 [2] 31/23 38/12
sections [2] 32/22 33/1
Security [1] 40/22
see [11] 2/16 2/17 2/19 3/4 3/22 12/3 12/3 26/19 36/25 41/22 51/9
seek [2] 19/25 55/1
seeking [10] 4/23 4/25 5/4 5/7 7/14 14/3 16/20 17/9 20/10 30/19
seen [2] 24/7 38/4
selected [1] 10/17
self [3] 30/16 31/1 43/19
self-employed [2] 30/16 31/1
self-explanatory [1] 43/19
Senate [1] 36/25
sentence [34] 22/13 22/14 22/19 22/22 23/6 23/10 23/20 33/11 33/15 34/2 34/4 34/8 34/12 35/15 35/21 38/7 40/2 41/13 41/20 43/7 43/9 43/11 44/1 44/10 44/12 44/24 45/14 46/4 46/15 47/9 47/11 49/4 49/5 49/6
sentences [2] 35/12 46/2
sentencing [21] 1/12 2/9 20/17 22/10 24/1 24/2 32/18 32/21 33/4 33/7 34/4 35/3 35/16 35/25 36/5 36/23 45/1 46/6 46/10 47/4 54/5
Sentencing Commission [1] 35/25
September [7] 9/14 9/18 14/16 15/3 18/7 18/9 40/24
September 15th [1] 15/3
September 31st [1] 9/14
serious [1] 42/24
served [5] 22/20 22/21 44/7 44/9 46/16
services [1] 14/11
set [3] 15/15 20/12 43/16
setting [1] 10/16
seven [1] 45/9
several [2] 10/3 16/10
severely [1] 12/7
shall [8] 35/21 47/18 47/20 47/25 48/4 48/6 48/12 54/20
she [7] 25/25 25/25 28/19 28/20 28/22 30/1 30/4
shortly [2] 9/20 25/1
should [13] 7/21 16/21 17/4

Case 1:14-cr-00186-LG-JCG Document 429-3 Filed 09/17/17 Page 66 of 68

**S**

should... [10]   21/6 27/12 28/4
 28/13 29/10 33/22 34/5 44/25
 49/7 49/12
show [4]   17/3 26/2 30/19 30/24
showed [3]   8/6 8/7 11/11
showing [1]   10/10
sic [1]   16/25
signed [4]   5/22 5/25 51/3 55/9
significance [1]   26/25
significant [3]   43/4 45/23 47/6
significantly [1]   18/17
similarly [2]   46/3 54/24
simple [1]   16/24
since [9]   3/23 4/25 5/7 6/9
 22/20 34/7 44/7 46/17 53/21
sir [7]   5/3 21/21 34/19 44/16
 44/22 51/3 53/10
sit [1]   21/21
situated [1]   46/3
situation [1]   8/10
six [4]   3/13 3/23 17/13 17/24
sixth [1]   53/24
sleep [1]   30/7
sleep apnea [1]   30/7
so [59]
social [1]   48/9
Solomon [6]   11/4 11/6 14/13
 14/23 14/23 19/22
some [14]   4/1 8/16 9/11 10/16
 22/21 24/6 26/22 27/23 34/14
 36/7 40/14 44/9 46/22 53/13
somebody [1]   40/19
someone [3]   7/10 26/23 50/12
sometime [2]   9/18 26/23
Sooner [1]   20/2
sorry [3]   7/17 25/8 34/25
sort [1]   12/24
sought [6]   3/10 8/25 9/2 11/10
 18/6 53/22
source [2]   30/20 30/25
sources [1]   45/20
speak [7]   4/22 5/3 8/7 9/23
 42/14 42/19 44/15
special [2]   48/23 48/25
specifically [12]   5/13 6/24
 16/6 17/3 22/14 33/21 34/15
 35/13 40/18 45/10 45/11 53/18
spent [1]   44/12
Spinnichio [14]   1/20 22/24 23/1
 24/19 27/5 28/12 28/17 28/24
 29/11 29/24 30/9 31/2 39/12
 39/20
Spinnichio's [2]   23/18 36/3
spoke [2]   10/6 11/12
Stacie [1]   29/7
Stacie Stewart [1]   29/7
stand [5]   4/16 8/20 22/11 44/13
 53/8
standard [2]   36/19 47/17
standing [2]   36/14 44/22
stands [1]   55/19
start [2]   3/13 9/14
starting [1]   33/23
state [2]   26/9 54/18
stated [2]   6/1 12/15
statement [10]   5/21 7/23 18/23
 19/10 35/20 38/22 43/16 44/14
 44/16 44/17
statements [1]   5/17
states [27]   1/1 1/3 1/15 2/4
 2/13 13/24 17/5 17/11 18/13
 18/18 27/14 29/19 30/3 31/3
 31/19 32/19 32/20 33/14 33/20
 35/14 42/9 45/5 45/6 45/9 45/22
 49/17 55/2
statin' [1]   11/22
status [2]   10/4 26/22
stay [2]   14/4 52/14
stayed [1]   51/8
stays [1]   42/5
stenographic [1]   55/21
step [1]   37/8
steps [2]   19/15 45/5
Stewart [2]   29/7 29/7
still [7]   26/17 26/18 32/9
 33/10 37/6 37/7 42/11
stipulated [1]   43/7
stop [1]   20/2
Street [1]   1/24
stress [1]   44/4
stricken [1]   37/25
strike [1]   39/18
subject [2]   33/11 36/8
submission [3]   22/6 33/16 49/14
submissions [3]   16/21 54/13
 54/23
submit [3]   36/4 51/5 52/22
submitted [2]   25/6 49/15
submitting [1]   16/21
substance [1]   47/22
substantial [1]   48/18
such [3]   25/21 26/2 26/3
sufficient [3]   34/3 43/9 46/5
suggested [2]   14/17 27/24
suggestion [1]   47/1
summarize [1]   12/24
summarized [1]   37/22
Sun [1]   55/6
superseding [4]   2/8 23/12 35/24
 48/24
supervised [3]   47/12 47/15
 48/15
supervision [1]   47/17
support [5]   19/9 41/17 42/10
 43/2 52/23
suppose [1]   52/22
supposed [3]   11/13 11/16 24/6
supposedly [1]   11/17
Supreme [5]   18/19 32/17 32/20
 33/8 33/18 33/19 33/21
Supreme Court [7]   18/19 32/17
 32/20 33/8 33/18 33/19 33/21
sure [8]   3/22 9/10 21/1 30/4
 38/25 49/12 50/1 52/19
surprised [1]   3/22
surprises [1]   23/19
sustain [1]   27/4
sustained [2]   39/23 39/24
system [3]   2/18 3/6 26/9

**T**

table [2]   2/14 15/10
tactics [1]   18/6
take [6]   11/16 12/7 21/14 33/10
 34/16 37/18
taken [1]   19/15
taking [3]   19/5 30/6 34/14
talk [2]   20/22 49/22
talked [1]   25/24
Taylor [1]   29/8
teenager [1]   40/23
telephone [1]   48/8
tell [1]   20/19
tells [2]   46/15 47/16
ten years [1]   47/14
term [2]   47/15 48/16
terms [26]   12/11 14/20 19/2
 19/4 19/13 19/18 20/3 22/5 24/1
 25/2 25/6 26/25 27/20 29/5
 30/13 30/20 31/21 32/4 34/6
 39/1 42/25 43/19 45/21 45/23
 48/9 54/14
Terrence [1]   29/20
Terrence Peters [1]   29/20
testified [1]   51/14
testing [2]   47/23 48/2
Texas [1]   43/3
than [7]   18/3 19/16 23/7 23/10
 34/3 46/5 46/25
thank [5]   2/10 12/9 23/4 29/3
 29/15 29/23 31/6 39/5 42/3
 42/22 43/15 44/19 50/22 51/22
 55/14
that [304]
that's [21]   4/12 8/2 9/5 16/3
 21/7 26/21 27/17 34/6 34/10
 34/12 37/17 43/15 44/19 47/10
 49/6 49/25 50/14 50/19 51/7
 53/1 53/3
the 2nd [1]   15/24
their [3]   14/2 14/11 47/3
them [11]   11/5 14/4 14/8 19/21
 24/14 25/10 30/1 30/2 33/10
 33/10 43/14
themselves [1]   2/11
then [32]   5/21 10/25 13/16 14/9
 14/12 14/15 14/17 14/22 15/1
 15/5 16/25 18/5 23/10 24/21
 25/20 28/13 28/23 29/4 29/6
 30/5 30/11 31/12 33/18 34/1
 36/23 37/19 40/5 42/16 42/18
 50/3 50/11 54/3
there [52]   3/4 4/2 8/4 13/5
 13/8 13/11 13/13 13/17 14/9
 14/19 14/20 15/23 15/25 15/25
 16/2 17/12 17/18 19/13 23/19
 24/6 24/14 24/15 25/4 26/24
 27/6 27/23 28/1 30/5 30/21
 31/16 32/1 32/17 33/13 33/18
 35/10 36/19 37/11 37/11 37/16
 38/9 38/10 40/9 41/12 41/23
 42/10 42/12 48/23 50/23 50/25
 51/12 52/12 55/12
there's [16]   5/9 7/25 10/25
 12/1 16/4 21/12 29/6 33/6 33/24
 34/1 37/5 38/2 38/24 48/24
 50/24 51/16
therefore [2]   8/10 11/24
these [8]   19/15 27/25 36/4 36/7
 45/5 45/8 47/2 54/4
they [16]   6/1 14/7 29/13 30/21
 31/24 33/7 35/8 36/21 36/22
 36/22 36/22 40/19 40/20 48/15
 50/12 54/24
they're [1]   38/7
thing [1]   52/17
things [1]   4/1
think [22]   3/3 7/8 7/8 8/13
 9/15 21/5 21/6 27/23 30/1 30/18
 31/7 34/11 39/10 43/9 43/18
 47/9 50/5 51/7 51/11 51/18
 54/11 55/11
third [7]   8/15 10/20 15/5 18/11
 18/11 48/4 54/1

**T**

this [102]
thorough [1]   15/19
those [17]   14/1 14/5 16/22
 18/15 19/10 20/12 24/7 25/7
 25/9 29/10 29/24 30/4 33/1
 35/18 45/18 54/17 55/4
thought [1]   8/7
threaten [1]   6/25
three [4]   17/18 19/16 44/10
 47/14
through [2]   15/18 19/16
throughout [1]   19/15
Thursday [1]   1/8
thus [1]   44/12
time [26]   4/3 4/12 4/19 5/23
 9/12 10/6 10/11 10/17 13/6
 14/15 18/11 22/20 22/23 23/5
 26/23 34/18 36/10 36/12 40/14
 42/7 44/7 44/11 45/24 46/16
 48/21 55/15
times [14]   8/16 9/1 10/3 19/25
Title [1]   33/14
Title 18 [1]   33/14
today [13]   3/25 4/5 10/12 11/22
 19/12 20/14 22/4 23/20 25/25
 27/1 34/16 49/16 49/21
today's [1]   4/2
together [1]   43/4
told [6]   10/3 11/3 16/6 16/8
 16/18 16/19
tomorrow [1]   49/23
too [1]   28/10
took [5]   5/21 11/3 12/5 20/20
 34/19
torturous [1]   42/23
total [13]   11/15 22/18 24/2
 34/8 37/9 37/14 37/20 38/2
 39/24 46/4 46/15 47/10 47/15
trafficking [1]   47/5
training [1]   46/23
transcript [1]   55/21
treat [2]   12/19 27/3
treated [4]   12/21 20/13 22/4
 22/4
treating [4]   12/12 12/18 12/20
 17/1
treatment [4]   44/5 46/19 47/21
 48/1
trial [24]   3/11 3/24 8/15 8/17
 9/3 11/25 12/1 13/11 13/14
 13/18 13/19 14/12 14/15 14/24
 15/4 15/7 15/10 15/12 15/15
 18/6 18/9 19/6 20/6 32/15
tried [2]   6/25 10/2
trifling [1]   19/4
truthful [1]   51/14
try [4]   3/13 9/19 9/24 30/24
trying [2]   47/2 48/9
turned [1]   11/15
turns [1]   45/13
two [24]   10/9 16/20 17/16 18/9
 19/5 22/21 23/12 24/13 24/15
 24/22 30/12 31/9 31/24 32/17
 32/22 33/1 33/18 33/19 37/16
 37/19 38/14 39/18 40/23 44/9
two-count [1]   23/12
two-level [6]   24/22 31/9 37/16
 37/19 38/14 39/18
Tyson [3]   35/20 52/15 52/16

**U**

U-B-A-K-A-N-M-A [1]   17/6
U.S [3]   1/20 1/20 40/19
U.S. [9]   18/20 22/25 35/9 35/16
 36/4 36/5 36/23 40/25 42/14
U.S. Attorney [1]   42/14
U.S. Congress [1]   35/9
U.S. Marshals [1]   40/25
U.S. Probation [2]   22/25 36/4
U.S. Sentencing [1]   36/23
U.S. Sentencing Commission [2]
 35/16 36/5
Ubakanma [1]   17/6
ultimately [3]   13/5 14/7 45/21
uncertified [1]   16/11
under [43]   5/12 5/14 6/1 6/23
 7/9 7/24 12/22 13/23 15/20
 15/22 17/8 18/22 19/2 19/10
 21/6 21/7 21/23 21/25 22/2
 22/12 24/23 26/1 30/23 31/9
 31/10 31/22 32/10 33/8 38/10
 38/21 39/14 43/18 44/21 44/23
 45/9 46/2 46/6 46/7 46/7 49/5
 54/15 54/16 54/17
understand [6]   5/14 7/15 7/18
 9/7 37/2 41/8
understanding [2]   14/4 43/25
understands [1]   49/23
understood [1]   5/20
undertook [2]   34/6 34/12
UNITED [26]   1/1 1/3 1/15 2/4
 2/13 13/24 17/5 17/11 18/13
 18/14 19/2 22/18 30/23 31/9
 31/19 32/19 32/20 33/14 33/20
 35/14 45/5 45/6 45/9 45/22
 49/17 55/2
United States [18]   2/4 2/13
 13/24 17/5 17/11 18/13 18/14
 19/2 30/23 31/19 31/19 32/20
 33/20 35/14 45/5 45/6 45/22
 55/2
United States Code [4]   22/18
 33/14 45/9 49/17
Unjust [1]   3/8
unreasonableness [1]   33/12
unseal [1]   53/22
unsealed [1]   37/5
unsealing [1]   54/2
until [6]   12/18 13/14 14/12
 15/24 21/8 51/11
up [12]   4/22 5/3 5/6 8/6 8/7
 10/10 11/1 11/11 21/8 21/12
 30/18 52/16
upheld [2]   18/16 32/20
upon [11]   10/7 12/16 12/17
 15/14 24/24 34/22 38/1 44/1
 46/3 47/13 49/14
upward [4]   24/23 37/12 38/14
 39/18
us [1]   6/5
used [3]   5/16 10/11 10/12
Usually [1]   2/17

**V**

Vandy [2]   3/9 20/13
Vandy Jamison [1]   20/13
verbal [1]   22/4
verbally [2]   11/21 22/5
verify [1]   3/16
versus [14]   2/4 13/24 17/6
 17/11 18/14 19/2 30/23 32/19

33/20 45/6 45/22 54/11 54/18
very [9]   12/9 15/19 18/23 42/3
 42/24 44/19 45/19 48/18 50/22
via [1]   48/8
victim [1]   48/7
view [7]   32/2 32/5 40/10 51/1
 51/20 55/13 55/16
Virginia [1]   54/17
visa [1]   31/15
vocational [1]   46/23
voice [1]   5/6
voluntary [2]   17/15 19/3

**W**

W-A-R-T-H-E-N [1]   29/21
wages [1]   49/2
wait [1]   51/11
waived [1]   49/4
waiving [1]   16/23
want [15]   6/8 12/6 14/17 20/22
 25/11 28/23 30/24 41/6 41/9
 41/18 41/23 43/24 49/7 49/16
 52/13
wanted [4]   15/18 16/1 36/22
 41/3
wanting [1]   6/13
wants [2]   39/8 50/6
Warthen [1]   29/21
Warwick [12]   1/14 2/13 2/16
 23/14 25/12 26/19 28/21 32/2
 38/16 40/15 42/20 50/25
was [96]
Washington [4]   35/17 36/5 36/24
 54/18
wasn't [1]   10/4
waste [3]   17/25 20/9 20/11
way [6]   12/1 22/1 38/6 40/12
 42/2 50/17
Wayne [1]   29/9
Wayne Chang [1]   29/9
we [31]   2/8 3/3 3/4 3/23 8/14
 9/5 13/22 13/23 15/8 20/17 21/3
 21/7 21/8 22/9 23/21 23/25 25/1
 30/11 30/25 31/7 32/1 32/9
 32/12 40/18 40/21 40/22 44/2
 45/19 50/1 50/1 50/16
we'll [9]   3/3 10/16 25/3 25/5
 27/20 30/11 31/21 51/9 52/19
we're [4]   11/25 25/16 33/25
 52/16
We've [1]   43/2
week [3]   10/9 11/25 18/9
weeks [1]   10/9
weighed [1]   54/14
well [20]   5/9 6/24 8/13 11/3
 12/9 16/4 16/9 17/9 22/21 25/10
 26/7 29/1 31/4 33/15 36/21
 40/24 44/4 46/7 50/23 52/13
well-established [1]   17/9
went [1]   15/18
were [28]   3/23 5/12 6/1 7/6 7/9
 7/25 9/5 13/2 13/23 14/5 14/11
 14/20 15/19 16/22 19/20 24/6
 24/15 25/6 30/19 30/21 33/4
 37/12 37/23 39/15 45/5 45/21
 48/10 48/13
what [17]   5/10 6/12 6/18 7/15
 7/18 7/20 8/4 10/3 10/5 16/25
 18/21 28/4 40/17 42/4 50/8
 51/17 54/7
what's [1]   26/25

**W**

whatever [2]   11/16 41/18
whatsoever [1]   27/2
when [21]   5/11 10/7 11/3 15/24
 16/22 18/2 18/8 30/18 32/15
 33/11 33/15 34/18 35/11 37/23
 40/18 40/23 42/7 47/2 48/15
 51/14 51/19
where [5]   9/5 9/9 18/17 28/1
 31/7
whether [16]   15/11 17/14 17/16
 17/18 17/20 17/22 17/22 17/24
 19/13 19/18 20/3 20/8 27/21
 27/25 30/20 46/11
which [40]   5/22 5/23 5/25 7/23
 10/16 12/7 12/8 12/16 13/6
 14/20 16/25 18/8 22/6 22/19
 26/18 26/22 28/7 30/13 32/23
 33/24 33/25 34/2 35/9 35/19
 35/21 36/11 36/15 37/18 43/16
 43/17 45/13 45/20 46/21 47/22
 48/2 48/20 50/18 52/4 52/24
 55/3
while [3]   33/9 46/19 46/23
who [9]   3/10 10/18 10/20 10/24
 11/8 20/10 40/19 48/10 50/3
who's [3]   18/5 22/25 50/15
whole [2]   2/18 2/18
whom [1]   11/10
whose [1]   12/13
why [4]   5/2 17/4 20/19 20/19
will [48]   3/21 6/20 6/21 8/21
 12/21 17/22 17/24 20/4 20/8
 20/17 21/22 21/22 22/19 23/20
 25/1 27/5 27/9 28/15 28/17 29/1
 29/13 30/9 31/4 31/24 31/24
 36/19 37/5 39/19 39/23 39/24
 41/5 43/10 44/5 48/22 48/25
 49/1 50/9 50/12 50/18 50/20
 51/5 52/20 53/1 53/2 53/8 53/9
 54/16 55/10
William [6]   13/9 13/9 19/19
 19/20 53/12 53/18
William Bond [1]   53/18
William Brennan [2]   13/9 19/19
William Mitchell [2]   13/9 19/20
wind [1]   52/16
wish [1]   44/14
wished [1]   16/17
withdraw [22]   4/24 5/10 6/8
 6/10 6/13 7/14 7/22 12/21 12/23
 14/8 16/1 16/14 17/1 17/10
 18/16 20/14 22/3 22/5 23/7
 23/11 50/11 52/23
withdrawal [8]   17/4 17/19 17/22
 17/22 17/24 19/14 20/4 20/8
withdrawing [1]   6/19
withdrew [3]   14/7 14/18 30/22
within [4]   34/10 35/15 49/8
 50/21
without [4]   20/4 29/16 37/1
 50/12
witness [1]   48/7
witnesses [2]   18/9 48/10
won't [1]   23/19
work [1]   11/14
works [2]   34/9 51/9
worth [1]   43/4
would [18]   2/11 3/12 8/18 9/8
 14/4 23/7 23/11 23/23 24/13
 26/17 26/18 37/18 44/16 50/3

 50/4 52/7 52/24 53/19
wrong [1]   28/9
wrote [2]   9/15 16/7

**Y**

Yeah [1]   8/24
year [3]   2/6 34/8 35/10
years [21]   16/20 19/5 22/14
 22/17 22/19 22/22 24/2 30/16
 31/2 32/25 37/23 38/7 40/3 43/9
 43/11 44/10 44/10 46/4 47/14
 47/14 47/16
yes [33]   2/16 4/20 5/19 6/5
 6/15 6/17 7/6 8/2 21/10 23/17
 24/8 24/10 24/18 24/9 26/12
 27/7 28/18 29/12 30/8 30/10
 30/17 31/3 35/5 37/3 39/22
 40/15 40/16 41/6 44/3 51/4
 51/24 52/13 52/18
yesterday [1]   4/1
yet [3]   15/4 24/7 50/7
York [5]   27/21 31/20 40/7 41/12
 41/19
you [213]
you'd [2]   9/1 16/22
you'll [9]   4/16 21/13 21/21
 22/11 30/3 39/20 42/16 42/18
 44/13
you're [9]   2/17 7/22 18/21
 21/11 37/17 37/19 41/18 44/11
 48/16
you've [12]   4/18 7/10 7/25
 19/15 19/18 22/21 24/9 34/14
 38/17 41/15 41/15 48/17
your [142]
Your Honor [35]   2/21 2/23 3/20
 3/22 3/24 4/8 4/10 5/8 8/5 8/9
 9/8 9/12 9/12 10/12 16/3 21/6
 23/2 23/15 25/7 26/5 26/5 28/3
 28/10 29/3 29/15 29/16 29/23
 32/3 42/22 43/25 44/18 50/8
 52/10 52/21 53/3
yourself [1]   14/18
Yvonne [1]   29/8
Yvonne Taylor [1]   29/8

**Z**

zero [2]   27/4 27/5
Zweizig [3]   1/23 55/21 55/23