**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **CRIM. NO. RDB-14-0186** |
| | : | |
| **RICHARD BYRD,** | : | |
|     **Defendant.** | : | |

...ooOoo...

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE
TO MOTION UNDER 18 U.S.C. § 2255**

The United States of America, by its undersigned counsel, hereby moves the Court to extend the time by 90 days for filing the government's response to the Corrected Motion to Vacate Pursuant to 28 U.S.C. § 2255 (ECF 503), up to and including January 13, 2020. The briefing Order dated August 15, 2019 (ECF 506), provides that the government's response shall be due within 60 days. Due to deadlines and court proceedings in several matters, the government does not anticipate that, even with all diligent efforts, the response can be filed by the due date. Government counsel has not previously requested any extensions in this case, and no date for any hearing has been set. Counsel for the defendant does not object to the requested extension of time.

                                                          Respectfully submitted,

                                                          Robert K. Hur
                                                          Acting United States Attorney

                              By:     /s/_____
                                              Matthew J. Maddox
                                              Assistant United States Attorney

ORDERED as prayed, this _____ day of October, 2019.

                                                 _____
                                               The Honorable Richard D. Bennett
                                               United States District Judge