**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | **CRIM. NO. RDB-14-0186** |
| | : | |
| **RICHARD BYRD,** | : | |
| Defendant. | : | |

...ooOoo...

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**
**TO MOTION UNDER 18 U.S.C. § 2255**

The United States of America, by its undersigned counsel, hereby moves the Court to extend the time for filing the government's response to the Corrected Motion to Vacate Pursuant to 28 U.S.C. § 2255 (ECF 503), up to and including June 15, 2020. The Order dated October 21, 2019 (ECF 517), provides that the government's response shall be due on January 13, 2020. The government intends to oppose the relief requested in ECF 503. However, due to deadlines and court proceedings in several matters, the government does not anticipate that, even with all diligent efforts, a response can be filed until June 15, 2020. No date for any hearing has been set. Counsel for the defendant does not object to the requested extension of time.

Respectfully submitted,

Robert K. Hur
Acting United States Attorney

By: ___/s/_____
Matthew J. Maddox
Assistant United States Attorney

ORDERED as prayed, this _____ day of January, 2020.

_____
The Honorable Richard D. Bennett
United States District Judge