IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**United States of America,**          *

                                        *

**v.**                                  Case No. 14-cr-00186-RDB

**RICHARD BYRD, ET AL**                 *   (Case No. 19-cv-02312-RDB)

**Defendant.**                          *

## MOTION FOR ADMISSION PRO HAC VICE

I, Michael R. Sklaire, am a member in good standing of the bar of this Court. I am moving the admission of Lee Ann Anderson to appear pro hac vice in this case as counsel for Richard Byrd.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
| --- | --- |
| District of Columbia, 1995 | U.S. Supreme Court, 1995 |
| New York, 1994 | U.S. Court of Appeals 4th Circuit, 1994 |
| South Carolina, 1992 | |

2. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

3. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

4. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

5. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

6. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ Michael R. Sklaire | /s/ Lee Ann Anderson |
| Signature | Signature |
| Michael R. Sklaire, MD 16871 | Lee Ann Anderson, DC 445740 |
| Printed name and bar number | Printed name and bar number |
| Greenberg Traurig LLP | Greenberg Traurig LLP |
| Office name | Office name |
| 1750 Tysons Blvd., Suite 1000, McLean, VA 22102 | 2101 L Street, N.W., Suite 1000, Washington DC 20037 |
| Address | Address |
| sklairem@gtlaw.com | andersonle@gtlaw.com |
| Email Address | Email Address |
| 703-749-1300 | 202-331-3100 |
| Telephone number | Telephone number |
| 703-749-1301 | 202-331-3101 |
| Fax Number | Fax Number |