**CHAMBERS OF**                                        **U.S. COURTHOUSE - CHAMBERS 5D**
**RICHARD D. BENNETT**                             **101 W. LOMBARD STREET**
**UNITED STATES DISTRICT JUDGE**               **BALTIMORE, MD 21201**
**NORTHERN DIVISION**                                       **TEL: 410-962-3190**
                                                                                   **FAX: 410-962-3177**

April 17, 2020

## LETTER ORDER

To Counsel of Record:      *United States of America v. Richard C. Byrd*
                                  Criminal No. RDB-14-0186
                                  Civil Action No. RDB-19-2312

Dear Counsel:

       The Court has filed a Memorandum Order separately today addressing yesterday's telephone conference with respect to the Defendant's Motions. (ECF Nos. 538, 539.) In addition, this will confirm that counsel agree that Mr. Byrd's Corrected Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 503) shall be STAYED until further discussion with counsel.

       Notwithstanding the informal nature of this letter, it is an Order of this Court and the Clerk is directed to docket it as such.

                                                    Sincerely,

                                                    _____/s/_____
                                                    Richard D. Bennett
                                                    United States District Judge