UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **RICHARD BYRD,** <br><br> **Defendant** | **CRIMINAL NO. GLR-14-0186** <br><br> **CIVIL NO. RDB-19-2312** |

## MOTION TO STRIKE APPEARANCE

Please strike the appearance of Derek E. Hines, Assistant United States Attorney for the District of Maryland, as counsel for the United States of America in the above-referenced matter.[1]

                  Respectfully submitted,

                  Robert K. Hur
                  United States Attorney

      By: ___/s/_____
                  Derek E. Hines
                  Assistant United States Attorney
                  36 S. Charles Street
                  Fourth Floor
                  Baltimore, Maryland 21201
                  410-209-4800

---

[1] Undersigned counsel will continue to represent the United States in the Eastern District of Pennsylvania where he has accepted a position at the U.S. Attorney's Office in Philadelphia.