IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 1:14-cr-0-0186 - RDB |
| | : | Civil No. RDB-19-2312 |
| RICHARD C. BYRD, | : | |
|   Defendant. | : | |

### THIRD CONSENT MOTION OF RICHARD C. BYRD TO EXTEND THE TIME TO RESPOND TO THE GOVERNMENT'S OPPOSITION TO DEFENDANT'S CORRECTED MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255

Richard C. Byrd respectfully requests through undersigned counsel that the Court extend the time for his reply in opposition to the Government's Opposition to Defendant's Corrected Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255. The Government filed its opposition on March 2, 2020. This Court previously granted two prior consent motions so that Defendant's response would be due on June 5, 2020.

Defendant wishes to consult with his attorneys about the response and has not been able to do so as a result of the COVID-19 outbreak at the facility at which defendant is housed. Therefore, as required by this Court's rules, undersigned counsel consulted Government counsel, and Government counsel graciously agreed to an extension until September 30, 2020. If the COVID-19 outbreak is resolved at the facility prior to that time, counsel will file before the deadline.

Defendant therefore respectfully requests that this Court grant his Motion for an Extension of Time such that his response will be due on September 30, 2020.

                Respectfully submitted,

                GREENBERG TRAURIG, LLP

                /s/ Lee Ann Anderson

                _____

                Lee Ann Anderson
                Bar ID: 812827
                Greenberg Traurig, LLP
                2101 L Street, N.W.
                Washington, DC 20037
                (202) 331-3100
                andersonle@gtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time was served this 5th day of June, 2020, via CM/ECF on all parties.

/s/ Lee Ann Anderson
_____
Lee Ann Anderson
*Attorney for Richard C. Byrd*