IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. RDB-14-0186 |
| | : | Civil No. RDB-19-2312 |
| RICHARD C. BYRD, | : | |
|    Defendant. | : | |

**MOTION TO WITHDRAW AS COUNSEL**

Undersigned counsel respectfully requests that she be permitted to withdraw as counsel to Richard C. Byrd in this case. Both the Government and Mr. Byrd are aware of this request and the reasons for it, which are set forth below.

Undersigned counsel and her partner, Michael R. Sklaire, were appointed to represent Mr. Byrd because his prior counsel, Gregory Dolin, who remains involved in this case, received an appointment as an Associate Justice of the Supreme Court of Palau, Appellate Division. Mr. Sklaire and Ms. Anderson are shareholders (partners) in the law firm of Greenberg Traurig, LLP, which accepted the appointment and uses other attorneys associated with the firm on Mr. Byrd's case from time to time.

Ms. Anderson has resigned as a shareholder of the firm, effective November 30, 2020, to accept a position as an in house attorney at a private company, which requires that she spend all of her time on the company's matters. Therefore, she will be unable to continue to work on Mr. Byrd's case.

Mr. Sklaire and others at Greenberg Traurig will continue to represent Mr. Byrd, and Ms. Anderson has been working closely with Mr. Sklaire to ensure a smooth transition.

Undersigned counsel therefore respectfully requests that this Court grant her individual Motion to Withdraw as Counsel effective November 27th.

Respectfully submitted,

GREENBERG TRAURIG, LLP

/s/ Lee Ann Anderson

_____

Lee Ann Anderson
Bar ID: 812827
Greenberg Traurig, LLP
2101 L Street, N.W.
Washington, DC 20037
(202) 331-3100
andersonle@gtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Withdrawal As Counsel was served this 20th day of November, 2020, via CM/ECF on all parties.

/s/ Lee Ann Anderson
_____
Lee Ann Anderson
*Attorney for Richard C. Byrd*