**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. RDB-14-0186** |
| | : | **Civil No. RDB-19-2312** |
| **RICHARD C. BYRD,** | : | |
|     Defendant. | : | |

## MOTION TO SEAL

Richard C. Byrd, by and through undersigned counsel, hereby respectfully moves this Court for leave to file under seal Mr. Byrd's Motion Requesting a Judicial Recommendation Concerning Return of Defendant to his Prior Correctional Facility and its attached exhibit. Sealing the Motion and exhibit is warranted for the reasons set forth in the underlying Motion.

WHEREFORE, Mr. Byrd requests that the Court grant this Motion and place the Motion Requesting a Judicial Recommendation Concerning Return of Defendant to his Prior Correctional Facility and its attached exhibit under seal.

Respectfully submitted,

GREENBERG TRAURIG, LLP

*/s/ Michael R. Sklaire*
Michael R. Sklaire
MD Bar No. 16471
Greenberg Traurig, LLP
1750 Tysons Blvd., Suite 1000
McLean, Virginia 22102
Tel:  (703) 749-1308
Email:  sklairem@gtlaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion was served this 4th day of October, 2021, via CM/ECF on all parties.

*/s/ Michael R. Sklaire*
Michael R. Sklaire

*Attorney for Richard C. Byrd*