IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No. RDB-14-0186** |
| : | |
| **RICHARD C. BYRD,** : | |
|    Defendant. : | |

## MOTION TO SEAL

Richard C. Byrd, by and through undersigned counsel, hereby respectfully moves this Court for leave to file under seal Mr. Byrd's Memorandum. Sealing the Memorandum is warranted for the reasons set forth in the underlying Motion.

WHEREFORE, Mr. Byrd requests that the Court grant this Motion and place the Memorandum under seal.

Respectfully submitted,

GREENBERG TRAURIG, LLP

*/s/ Michael R. Sklaire*
Michael R. Sklaire
MD Bar No. 16471
Greenberg Traurig, LLP
1750 Tysons Blvd., Suite 1000
McLean, Virginia 22102
Tel: (703) 749-1308
Email: sklairem@gtlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion was served this 10th day of January, 2022, via CM/ECF on all parties.

*/s/ Michael R. Sklaire*
Michael R. Sklaire

*Attorney for Richard C. Byrd*