IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**RICHARD BYRD,**<br><br>Defendant. | <u>**UNDER SEAL**</u><br><br>**CRIMINAL NO.  14-CR-0186-LO** |

## <u>MOTION TO SEAL</u>

The United States of America, by and through its undersigned attorneys, hereby submits this motion to seal its Memorandum in Support of Government's Motion Pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure.  The reasons for sealing are contained within the memorandum itself.

WHEREFORE the Government requests that the Court enter an Order sealing its Memorandum in Support of Government's Motion Pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure.

        Respectfully submitted,

        Phillip Selden
        Attorney for the United States
        Acting Under Authority Conferred by 28 U.S.C. § 515

By: _____//s//_____
        Leo J. Wise
        Zachary H. Ray
        Assistant United States Attorneys

        Derek E. Hines
        Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served on counsel of record via CM/ECF.

　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　Leo J. Wise
　　　　　　　　　　　　　　　　　Assistant United States Attorney