IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. RDB-14-0186 |
| | : Civil No. RDB-19-2312 |
| RICHARD C. BYRD, | : |
| Defendant. | : |

## ORDER

UPON CONSIDERATION of Defendant Richard C. Byrd's Motion to Seal Memorandum, and all papers and arguments submitted in support,

IT IS HEREBY ORDERED that Mr. Byrd's Motion is GRANTED for the reasons set forth in the Motion, and that the Memorandum is SEALED.

Jan 11, 2022

/s/
Liam O'Grady
United States District Judge