IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD BYRD,<br>a/k/a Robert Smith<br><br>Defendant. | CRIMINAL NO. LO-14-186 |

## FINAL ORDER OF FORFEITURE

Before the Court is the United States' Motion for a Final Order of Forfeiture. On November 2, 2016, the Court entered a Preliminary Order of Forfeiture, ECF No. 382 (the "Preliminary Order"), forfeiting all of the Defendant's right, title, and interest in the following property:

1. Cash/Currency in lieu of 2010 Can AM Spyder Motorcycle, AZ Registration 62L6MC VIN# 2BXJADA16AV000230 (16-DEA-618577);

2. Cash/Currency in lieu of 2007 Mercedes S550, CA Registration 6MTF429 VIN#WDDNG71X47A032840 (16-DEA-618578);

3. Cash/Currency in lieu of 2007 Mercedes S550, AZ Registration AMC7192 VIN#WDDNG71X17A044685 (16-DEA-618579);

4. Cash/Currency in lieu of 2008 Mercedes CLS550, CA Registration 6NWK853 VIN#WDDDJ72X28A129550 (16-DEA-618580);

5. $252.52 U.S. Currency seized from Robert Smith's Bank of America account #349417137 (16-DEA-618582);

6. $4,241.41 U.S. Currency seized from Robert Smith's Wells Fargo account #101030-9466606 (16-DEA-618583);

7. $18,000.00 U.S. Currency seized from the 2002 Chevrolet Suburban (16-DEA-618581);

8. $1,300.00 in U.S. Currency seized from 4346 E. Royal Palm Rd., Paradise Valley, AZ (16-DEA-618584);

9. $800.00 U.S. Currency seized from inside the wallet of Richard Byrd that was inside Kimberly Reid's purse (added interest of $18.17) (16-DEA-618587);

10. $267,920.00 U.S. Currency seized from a black rolling suitcase in the possession of Richard Byrd (16-DEA-618588);

11. $749,080.00 U.S. Currency seized from 5346 East Royal Palm Road, Paradise Valley, AZ 85253 (added interest of $6,524.11) (16-DEA-618589);

12. $880.00 U.S. Currency seized from the inside pocket of Kimberly Reid's purse (added interest of $20.00) (16-DEA-618590);

13. Cash/Currency in lieu of 2002 Chevrolet Suburban, AZ Registration ANK4399 VIN#1GNEC16ZX2J306541 (16-DEA-618869); and

14. $437.58 U.S. Currency seized from the inside wallet of Kimberly Reid's purse (added interest of $9.91) (16-DEA-618591);

(collectively, the "Subject Property");

WHEREAS, pursuant to 21 U.S.C. § 853(n)(1) and Rule 32.2 (b)(6)(C), the United States caused to be published on an official government internet site (www.forfeiture.gov) notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all identified third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no timely third-party claim to the Subject Property has been filed and the deadline for doing so has expired;

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Subject Property is hereby forfeited to the United States of America pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(1) of Federal Rules of Criminal Procedure; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all right, title, and interest to the Subject Property is hereby condemned, forfeited, and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that this Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

March 30, 2022
Date

_____
Honorable Liam O'Grady
United States District Judge